AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
OCT 04 2011
AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

United States of America
v.
JOSEPH VINCENT JENKINS

*Defendant*

Case No. 7:11-MJ-373 (ATB)

A. C. FOR THE NORTHERN DISTRICT OF ___
the undersigned Clerk ___ do hereby certify ___
is a true copy ___

## ARREST WARRANT

# of pages (text) 2
Dated 9/12/11 ___ Lawrence K. Ba___
by ___ , Deputy Cl___

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSEPH VINCENT JENKINS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
knowingly and unlawfully transported child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1) and knowingly possess, and access with intent to view, child pornography that had been transported using any means of interstate and foreign commerce and in and affecting such commerce, and that was produced using materials which have been so transported, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) & 2256(8)(A).

Date: 09/12/2011

*Issuing officer's signature*

City and state: Syracuse, NY

Hon. Andrew T. Baxter, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/12/2011 , and the person was arrested on *(date)* 10/4/2011
at *(city and state)* Geneva, NY .

Date: 10/4/2011

*Arresting officer's signature*

Chad Willard   Special Agent
*Printed name and title*