11CR602

June 21, 2012

Joseph Jenkins
Cayuga County Jail
~~Auburn~~, NY 13021
7445 County House Rd.

JUN 25 2012
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

Dear Judge Suddaby,

I find myself in a bit of a bind and don't know where else to turn. I read in a federal court publication it is ok to write to a Judge.

I have been incarcerated here without bail for going on nine months now. I have nearly lost everything due to being denied bail even though I have no criminal history whatsoever.

There has been little progress in my case. I know no more now than when I was arrested. I saw some evidence be presented to me by the prosecutor in an attempt to coerce my pleading guilty. I was not interested. This was the first part of March this year. I have ~~Repeat~~ Repeatedly asked my attorney Mr Parry to see the full discovery in my case. He tells me it has not been turned over due to lack of a trial date. In March I told him to proceed to trial with no further delay. He said you set a date of July 1st or 2nd and gave me discovery dates, etc. I contacted him after discovery due date and before Motions due date and wanted to discuss both. He said don't worry about it the Judge called off the trial date. He has since said that you you gave a date of August 13th, In the same sentence he said that was tennative, which sounds to me unlikely. I

-2-

this matter has completely ruined my life and my business and has caused tremendous stress on my 76 year old parents who sit around and cry all day. I am really their only family and the stress is effecting their health + wellness.

I know I have supposed to be presumed innocent and have not, not by the court or my attorney who is not taking my wish to go to trial seriously. He is still discussing plea deal even though I have not seen full discovery.

Please help me move this matter along, after nine months I still don't have enough information to make decisions I need to make and the prosecution and defense, maybe the court is not taking my decision to go to trial seriously.

I appreciate anything you can do for me. Being confined this whole time has severely limited my ability to help myself or move this matter along.

The only evidence put in front of myself was by the prosecutor and it was not very damaging. I want to proceed without further delay. I want to see the full discovery which should include things to help my case. I have no one else to ask to expedite the matter.

I thank you in advance for any assistance in this matter. Please keep this confidential.

Sincerely

Joseph Jenkins

Joseph Jenkins
Inmate Name
Cayuga County Jail
7445 County House Road
Auburn, New York 13021

SYRACUSE NY 132
22 JUN 2012 PM 2 L

USA FIRST-CLASS FOREVER

Judge Suddaby
US District Court
PO Box 7367
Syracuse, NY 13261-7367

13261736767