Joseph Jenkins
7445 County House Rd
Auburn, NY 13021
July 12, 2012

Dear Judge Suddaby,

In my last letter to you Mr Parry suggested that I may have offended you, I would like to make it known that it was not my intent in any way. I meant rather that the lawyers on both sides were not taking the matter seriously in failing to provide me with discovery, that I had been asking for in the form of all paperwork. I gathered from what Mr Parry said that pushing a trial was the only way to gain possession of it, as of six months into this I had seen nothing. What Mr Parry has shown me since my letter to you is still incomplete. With motions submitted and a trial looming, I am gravely concerned that it is going to effect motions and maybe the resulting trial.

Everything Mr Parry has presented me with to date (is continuing to do so) has been presented to him by the US Attorney. It is of course extremely biased and conflicts heavily with essentially the same evidence from a forign trial I was (still am) involved with from a few years ago.

I have not been allowed to read the police statements myself, but from what Mr Parry tells me, the US Attorney has conducted they're own investigation into the events over three years ago in a forign country with extremely different results, from what I knew.

Everything has changed from the amount of evidence, to what seem to be revised statements from the forign police officers

Judge Suddaby            Page -2-

accounts, which years later seem to more support american laws than they previously had/have.

The US Attorney has failed to provide any disclosure whatsoever from the forign trial, as well as the transcript (minutes) of the proceedings. The proceeding discussed in detail everything from custody and contents of all of the evidence to the evaluation and seizure by forign officials. I feel all of this may have an effect on it's authenticity and admissibility into a US trial since it was in the possession of forign officials for at least two years and has no doubt passed through many peoples hands and endured a forign investigation as well as appearences at motion hearings and a trial.

I have repeatedly mentioned this to Mr. Barry over the last nine months, and went so far as to send a certified letter a few months ago. I don't know if it went any further.

I believe the omission of this evidence constitutes a huge oversight and neglect on the part of the US Attorney. She has previously stated at one of my defension hearings, something to the effect that - she had not made an effort to contact or discuss any of this with the forign officials and did not know the entire set of circumstances leading to my arrest.

No one has yet been able to explain to me the US Attorneys involvement in my forign affairs, but I believe I am the victim of an "OVERZEALOUS PROSECUTION" and have been not provided with adequate resources for a proper defense.

Judge Suddaby,                                                    Page -3-

In summary I believe that the omission of all of this material on the part of the prosecution has basically provided them with a blank slate to recreate and reinvent what happened in a forign jurisdiction the way they see fit.

I have repeatedly requested an investigation into the discrepencies of this matter and documents of those proceedings and have recieved neither.

I lack the resources here to contact the forign attorney who represents me in the matter and have not been able to obtain any of these documents on my own.

I know you have had no involvement with this whatsoever and that it is no reflection on you. But Mr Fhrey said that it is up to you to preserve my rights and ensure I receive a fair trial. That said I don't see how it is possible with the omission of all of this information. (origional)

All I can do from here is write letters to people who may listen. My family is all out of town and unable to assist.

Again I have no one else to turn to and am requesting help in aquisition of some of these materials for a proper defense. If I am to be tried in the US for a forign affair, I would like an accurate presentation of the facts and evidence as it occured then, not an updated version years later with a different spin on it by the US Attorney.

Again I would thank you in advance for any assistance.

Sincerely

Joseph Jenkins