# EXHIBIT A

## WILL SAY STATEMENT

**In the matter of:** Jenkins, Joseph Vincent 

### ANTICIPATED EVIDENCE OF:

GARRAH, TRISTAN M.
Border Services Officer
Canada Border Services Agency

Border Services Officer GARRAH, Tristan M. will state that he is presently stationed at the port of Lansdowne since the 27th of May 2009 and has previously worked at the port of Lansdowne during the prior summer of 2008.

THAT he was on duty May 24th, 2009

THAT he was on secondary with officers: Johnston, Jarret and Hache, Glenn at the Port of Lansdowne.

THAT at approximately 09:00 he began a secondary examination of a  NEW YORK. VIN: 1D7HU18D73S244487

THAT he and BSO's Hache and Johnston began searching a Toshiba laptop at approximately 09:10.

THAT during the inspection of the Toshiba Laptop (SERIAL # 78175808W) a video was found displaying two girls who appeared to be pre-pubescent clothed only in underwear while performing sexually suggestive acts.

THAT after viewing the initial video he secured two laptop bags that were located on top of a seat within the cab of the subjects truck. He then took these two bags into the customs office for further examination.

THAT upon opening one of the laptop bags he found a silver Compaq laptop (SERIAL # CNF3362GPN) and three USB storage devices.

THAT upon searching the contents of a Black and Blue Attaché USB drive (8gigabytes) at approximately 09:50 he found a video titled: 9yo_vicky_stripping_ and_sucking_kiddy_pedo_illegal_underage_preteen, that contained possible child pornography wherein said video a pre-pubescent girl with dark hair, pony tails and no development of breast or pubic hair was undressing. When she pulled down her underwear we stopped viewing the video.

THAT after viewing the video, he arrested the subject Jenkins, Joseph Vincent at approximately 09:55.

THAT he read the subject Jenkins, Joseph Vincent his rights and cautions and that the subject stated he understood his rights and cautions and would like to exercise his right to duty counsel. This statement was made at approximately 09:59. Jenkins was frisked and placed in the cell and duty counsel was called.

THAT at approximately 10:26 duty counsel Peter Berderka called and was transferred to the subject Jenkins, Joseph Vincent in a private room.

THAT at approximately 10:43 Superintendant Mona Scott read the subject Jenkins, Joseph Vincent his Vienna Convention rights and that the subject declined.

THAT at approximately 11:16 the additional laptop bag was searched and was non-resultant and that no other laptop was found.

THAT approximately between 11:47-12:26 he viewed various video's on the black Toshiba with BSO Johnston wherein numerous girls that appeared to be under 16 were displayed in various levels of disrobement while performing sexually suggestive possess, acts and dances. However all the girls had some development and we continued the search.

THAT at 12:59 subject Jenkins, Joseph Vincent was contacted by duty counsel in a private room.

THAT between approximately 12:41-13:25 an ICUC disk was run through the black Toshiba Laptop and displayed images of girls who appeared to be pre-pubescent. Wherein the above mentioned images the female subjects were in various stages of undress while posing in a sexual manner or voyeuristic manner to the extent that one set of photo's depicted a girl penetrating her genitalia with her fingers.

THAT at approximately 14:50 he briefed Investigator Vinette about his findings.

THAT at approximately 14:55 he viewed the above mentioned file: 9yo_vicky_stripping_and_sucking_kiddy_pedo_illegal_underage_preteen with Investigations Officer Marie Josee Vinette. Wherein a pre-pubescent girl with no development removes her underwear, poses then proceeds to administer oral sex to the man filming her.

THAT at approximately 15:13 he viewed a video with BSO Vinette titled: 2.95_gigs_in_71files_4 wherein two girls who appear to be pre-pubescent photograph each other in sexual posses. One girl appears to have no development of breast, hips, or pubic hair where the second girl appears to have some development.

THAT at approximately 15:17 he viewed a video with BSO Vinette titled: bd-company-9yo mariana. Wherein the girl depicted, shows no sexual development and poses nude in a sexual manner for a cameraman who is not depicted.

THAT at approximately 15:21 he viewed a video with BSO Vinette titled: Bd-C.avi_1 wherein a girl with no sexual development poses nude in a sexual manner.

THAT at approximately 17:10 he sealed all evidence in an evidence bag.

THAT at approximately 17:18 he locked all evidence in a secure room at the port with Superintendent Mike Hart and BSO Vinette.

Tristan Garrah
Badge Number: 20313
Border Services Officer, Port of Lansdowne.