# EXHIBIT C

Melany Boyd
Border Services Officer #16141
Canada Border Services Agency
Port of Entry Lansdowne, Ontario

Will state:

That she is employed as a Border Services Officer with the Canada Border Services Agency at the port of entry Lansdowne and has been employed since May 2006.

That she was on duty and in uniform at the port of entry Lansdowne from 0700-1900 on 24 May 2009.

That at approximately 0900 she was present in the Immigration office and was approached by Joseph Vincent JENKINS who presented his American Passport #104901419 and a CBSA referral slip.

That she began her Immigration questioning and examining. That she asked Mr. Jenkins his citizenship and he stated, American. That she asked Mr. Jenkins where he lives and he stated, Geneva, New York. That she asked Mr. Jenkins the purpose of his trip to Canada and that he stated he was going to his parent's cottage for one week in Quebec. She then asked what his parent's status is in Canada, he stated they are summer residents, he stated he comes to Canada once a year and has never had a problem crossing the border. That she asked Mr. Jenkins if he has ever been arrested, charged and/or convicted of an offence, he stated no.

That she ran Mr. Jenkins in FOSS, results; negative.

That CPIC/NCIC system was down for maintenance from 0900-1100 and was unable to run his record.

That she deferred the examination to secondary for a vehicle examination based on the following indicators and concerns; Mr. Jenkins appeared extremely nervous while she was questioning him, he did not make eye contact with her, that he was evasive in his answers and furthermore he was driving a truck pulling a trailer which appeared to be full of personal belongings. That she was concerned whether Mr. Jenkins would possibly stay in Canada long than a week considering he is self employed and that his parents live in Canada.

That BSO G. Hache responded to her deferred secondary.

That at approximately 1050 CPIC/NCIC began working. That Sup. M. Scott ran Mr. Jenkins record and the following information was received from NCIC. On 10FEB1998 in Geneva, New York subject was convicted of "AGG Har – 2nd: Communication/Alarm" For IRPA purposes subject is admissible to Canada.

That this ended her involvement in this case.

---

Melany Boyd #16141