# EXHIBIT D

<u>**WILL SAY STATEMENT**</u>

**In the matter of:**      Joseph Vincent Jenkins 

<u>**ANTICIPATED EVIDENCE OF:**</u>      ***BSO Jarret Johnston***
          Canada Border Services Agency
          Port of Lansdowne

Officer Johnston  #16077 will state that he is presently stationed at the Lansdowne Port since May 2006.

That he was on duty on May 24, 2009, and he was posted to the traffic office on day shift, 0730-1630.

That at approximately 0900, subject: Joseph Vincent Jenkins, was approached by Officer HACHE in the Custom building for a vehicle examination in the Secondary area.

That Officer Johnston witnessed BSO Hache ask <u>**JENKINS**</u> if he packed his own vehicle and if he was aware of all the contents, and <u>**JENKINS**</u> say yes.

That BSO Johnston and BSO Garrah assisted BSO Hache with the vehicle examination and that, at approximately 0905, BSO Johnston found a laptop in the back seat of the blue 2003 Dodge Ram 1500 pick up truck. Officer Johnston then asked <u>**JENKINS**</u> why he had what appeared to be a new laptop and <u>**JENKINS**</u> claimed he owned it for over a year and carried it in the original box since he did not possess a carrying case.

That BSO Johnston turned on the laptop in question and opened a shortcut on the desktop that portrayed a young female in the nude.  BSO Johnston then opened another video image portraying two young females to find a video of the two girls displaying sexually suggestive behaviour and containing nudity.

That BSO Johnston, at approximately 0910, closed the laptop, informed BSO Hache and Garrah that he was going to take the laptop in the customs office for further examination due to the indicators of possible prohibited material.

That at approximately 0925 BSO Johnston viewed various media files on the laptop, a black Toshiba serial number PSPCOC_03701C, observing many files containing nude girls performing sexually suggestive acts, yet none conclusively prohibited, while BSO Garrah began searching <u>**JENKINS**</u> second laptop found in the front passenger seat of the truck, a grey Compaq Presario 2100.

That at approximately 0950 BSO Garrah found a video on <u>**JENKINS**</u> Attache USB device he deemed to be suspected child pornography.

That at approximately 0955, BSO Johnston  witnessed subject: <u>**JOSEPH VINCENT JENKINS**</u> ████████, handcuffed and placed under arrest by Officer Garrah for suspected child pornography. That Officer Garrah read him his rights and caution.

That subject: <u>**JOSEPH VINCENT JENKINS**</u> ████████, stated he understood.

That Officer Garrah performed a frisk of the subject and moved him to the cell, asked him if he needed any water or medications.

That at approximately 1026, subject: <u>**JOSEPH VINCENT JENKINS**</u> ████████ used the phone, in privacy, to contact duty counsel.

That, at approximately 1110 BSO Johnston resumed his examination of the black Toshiba laptop and from that time until approximately 1334 viewed videos and images using the program ICWhatUC of many different young girls of inconclusive ages performing sexually suggestive acts in the nude.

That, at approximately 1325, BSO Johnston observed a picture in file 12180 of ICWhatUC on **JENKINS** black Toshiba laptop of **JENKINS** sitting with a young blonde female child that closely resembles and may be the same girl found on several sexually suggestive videos found on **JENKINS** FLV files on the same black Toshiba laptop. That same photo was also found on file P716000 in folder named new camera pics.

That, at approximately 1340, Investigator Mari-Josee Vinette arrived to make a determination on the suspected child pornography.

That, BSO Johnston briefed Investigator Vinette on his involvement and findings thusfar in the occurrence.

That, at approximately 1456, BSO Johnston, Garrah, and Investigator Vinette viewed the entirety of the video file named, 9yo_vicky_stripping_and_sucking_kiddy_pedo_illegal_underage_pretee n found on **JENKINS** Attache USB device. That the video begins with a young girl appearing to be prepubecent taking off all of her clothes in a bedroom. There is music playing and once the girl has taken all of her clothes off she approaches the male individual holding the camera and proceeds to perform oral sex with the video ending at 0139. The young girl did not appear to have hip or chest development, no pubic hair, had straight, long, brown hair with fair skin.

That, at approximately 1626, BSO Johnston and Hache, resumed performing a vehicle examination on **JENKINS** 2003 Dodge Ram 1500 pick up, vin: 1D7HU18D735244487 ████████████████████
████████

That, at approximately 1655, BSO Johnston and Hache concluded The vehicle examination and seized a Verizon Motorola cell phone and a Olympus digital camera, serial number 408242909 to transfer to the O.P.P along with the laptops and **JENKINS** personal effects.

That, at approximately 1735, BSO Johnston concluded his involvement with **JENKINS**.


*BSO Jarret Johnston 16077*
**Lansdowne 456**