# EXHIBIT F

<strong>WITNESS EVIDENCE</strong>

**NAME:** Marie-Josee Vinette #19367

**ADDRESS:** Canada Border Services Agency
Criminal Investigations Division
2265 St-Laurent Blvd, 3rd floor
Ottawa, ON, K1G 4K3

**OCCUPATION:** Investigator

**EVIDENCE**

Investigator VINETTE will state that she has been employed by the Canada Border Services Agency since June 2000 and has been working as an Investigator since September 2004.

THAT she was on standby duty on May 24th, 2009 and received a page at 9h45 from Superintendent Tim Cook from the Port of Lansdowne informing her that there was an American under arrest for possession of child pornography.

THAT she was told that the video in question was found on a USB stick and it was of a young girl disrobing beside a bed and that when she started pulling down her underwear that they stopped viewing the video and arrested the subject. She was informed that the subject had two laptops and 3 USB sticks.

THAT she informed the officers to verify the other laptop but no longer search the one on which the USB stick had been utilized.

THAT at approximately 10:19 she contacted the Ontario Provincial Police and asked them to contact someone from Project P. Detective Sargeant Terry Padden contacted her at approximately 11:25 and instructed her to review the video to ensure it was child pornography and to continue the search and see if there at least two or three other images or videos involving child pornography.

THAT she arrived at the Port of Lansdowne at 13:40 and had brought a sandwich and water for the subject. She was then briefed by all of the officers involved.

THAT she told that the subject was Joseph Vincent JENKINS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ That he was travelling into Canada in order to go spend a week at his parents' cottage who were seasonal residents.

THAT at 14:55 she reviewed the video for which the subject was arrested. It was entitled 9yo_vicky_stripping_and_sucking_kiddy_pedo_illegal_underage_preteen and had a length of 01:39. The video was of a young girl in a tank top and skirt and wearing black stockings. She appeared to be pre-pubescent and is instructed to twirl and undress. The girl removes all of her clothing except for the black stockings. She has no breast or hip development and no pubic hair. She approaches the person holding the video camera, unzips his pants and performs oral sex.

THAT at 15:09 she viewed another video entitled 2.95_gigs_in_71_files_26. The video has a marking in the top right hand corner which says Sun Dolls. The video is a young female with no pubic hair but there is some budding of the breast and she is in the shower.

THAT at 15:11 she viewed another video with unknown title with a marking of www.ls-magazine.com. This video is of a girl under 18 but there is some body development. That she chose to view this video because her experience has been that LS-models is a child pornography site.

THAT at 15:13 she viewed the video entitled 2.95_gigs_in_71_files_4. This video has a marking of www.bd-company.info and is of two girls naked being filmed. One girl has no development and the second girl has some development. One girl takes pictures of the other as they are both being filmed.

THAT at 15:17 she viewed the the video entitled bd-company-9yo_marina and was of a young girl, pre-pubescent posing for the camera. It also had the marking www.bd-company.com.

THAT at 15:21 she viewed a video entitled Bd-C.avi_1. This video is of a pre-pubescent girl with no development at all, she is posing for a photo shoot and at times the camera focuses on only her genitalia. The length of the video is 04:05.

THAT she decided to stop viewing any more videos and looked at the thumbnails and noticed that the majority of the videos were of under age females and there were 123 videos/images in total. All above-mentioned videos were found on USB stick "Attache" with black and blue plastic with an 8G marking. There was no serial number on the USB stick but the letters CEFG were indicated on the side.

THAT she contacted Detective Sargeant Terry Padden and updated him on the information found. He told me that an Investigator would be contacting me and making arrangements with the local O.P.P. for transportation.

THAT she went to speak to the accused and read him the secondary warning. He understood that he didn't have to make any statements to me. She asked him if he knew what child pornography was and he replied that he did.  She told him that some child pornography had been found on some media device found in his truck. He requested to speak to his mother or father and she allowed him to speak to his mother Bonnie.

THAT she then spoke with Detective Kip Wohlert from Project P who requested I send him a summary of the incident along with the officers' will says and a copy of the items seized to prepare a warrant.

THAT at approximately 17:18 all items were transferred to the Queen's Warehouse by Officer Garrah.

THAT at approximately 18:26 Constable Travis Buchan arrived at the port and transported JENKINS to the Brockville Detachment.