# EXHIBIT G

**WARRANT FOR ARREST (BENCH WARRANT)**
*MANDAT D'ARRESTATION (DÉCERNÉ PAR UN JUGE)*

CANADA
PROVINCE OF ONTARIO
PROVINCE DE L'ONTARIO

Modified Form / Formule modifiée 7
Sections / Articles 475, 493, 597, 800, and / et 803
of the Criminal Code / du Code criminel

__EAST__
(Region / Région)

To the peace officers in the said Region and in the Province of Ontario:
Aux agents de la paix dans ladite région et dans la province de l'Ontario:

Case/File No. / N° du cas/dossier: __1911-998-090899__

This warrant is issued for the arrest of __JOSEPH VINCENT JENKINS__
Le présent mandat est décerné pour l'arrestation de

(date of birth / date de naissance): __22 JAN 1970__

(occupation / profession) _____ of the __TOWN__ of __GENEVA__
du(de la)

in the __STATE__ of __NEW YORK__, hereinafter called the accused.
dans le(la)                de                                   ci-après appelé(e) le prévenu.

WHEREAS the accused has been charged that he/she*, on or about the/between* __24__ day of __MAY__, 20 __09__
ATTENDU QUE le prévenu a été inculpé d'avoir, il/elle*, le ou vers le/entre le*

at the __CUSTOMS PORT OF ENTRY__ of __LANSDOWNE__, in the said Region
à(au)                                        de                                dans ladite région.

(set out briefly the offence in respect of which the accused is charged / Indiquer brièvement l'infraction dont le prévenu est inculpé)

__S. 163.1 (3) - CCC__
__S. 163.1 (4) - CCC__
__S. 160 x 2 - CUSTOMS ACT__
__S. 160.1 - CUSTOMS ACT__

AND WHEREAS: **
ET ATTENDU QUE : **

(a) there are reasonable grounds to believe that it is necessary in the public interest to issue this warrant for the arrest of the accused (507(4), 512(1));
il existe des motifs raisonnables de croire qu'il est nécessaire dans l'intérêt public de décerner ce mandat pour l'arrestation du prévenu (507(4); 512(1));

(b) the accused failed to attend court in accordance with the summons served on him/her (512(2));
le prévenu a omis d'être présent au tribunal en conformité avec la sommation qui lui a été signifiée (512(2));

(c) (an appearance notice or a promise to appear or a recognizance entered into before an officer in charge) was confirmed and the accused failed to attend court in accordance therewith (512(2));
(une citation à comparaître ou une promesse de comparaître ou un engagement contracté devant un fonctionnaire responsable) a été confirmé(e) et le prévenu a omis d'être présent au tribunal en conformité avec cette citation ou promesse ou cet engagement (512(2));

(d) it appears that a summons cannot be served because the accused is evading service (512(2));
il semble qu'une sommation ne peut être signifiée car le prévenu se soustrait à la signification (512(2));

(e) the accused was ordered to be present at the hearing of an application for a review of an order made by a justice and did not attend the hearing (520(5), 521(5));
il a été ordonné au prévenu de se présenter à l'audience d'une requête pour l'examen d'une ordonnance rendue par un juge et il ne s'y est pas présenté (520(5), 521(5));

(f) there are reasonable grounds to believe that the accused has contravened or is about to contravene the (summons or appearance notice or promise to appear or undertaking or recognizance) on which he/she was released (524(1), 525(5), 679(6));
il y a des motifs raisonnables de croire que le prévenu a violé ou est sur le point de violer (une sommation ou citation à comparaître ou une promesse de comparaître ou une promesse ou un engagement) en raison duquel ou de laquelle il a été mis en liberté (524(1), 525(5), 679(6));

(g) there are reasonable grounds to believe that the accused has since his/her release from custody on (any summons or appearance notice or promise to appear or an undertaking or a recognizance) committed an indictable offence (524(1), 525(5), 679(6));
il y a des motifs raisonnables de croire que, depuis sa mise en liberté en vertu d'une/d'un (sommation ou citation à comparaître ou promesse de comparaître ou une promesse ou un engagement), le prévenu a commis un acte criminel (524(1), 525(5), 679(6));

(h) the accused was required by (an appearance notice or a promise to appear or a recognizance entered into before an officer in charge or a summons) to attend at a time and place stated therein for the purposes of the Identification of Criminals Act and did not appear at the time and place (502, 510);
le prévenu devait en vertu (d'une citation à comparaître ou d'une promesse de comparaître ou d'un engagement contracté devant un fonctionnaire responsable ou une sommation) comparaître aux temps et lieu y indiqués aux fins de la Loi sur l'identification des criminels et a omis de comparaître aux temps et lieu ainsi indiqués (502, 510);

(i) an indictment has been found against the accused and the accused has not appeared or remained in attendance before the court for his/her trial (597);
un acte d'accusation a été présenté contre le prévenu et celui-ci n'a pas comparu ou n'est pas demeuré présent pour son procès (597);

(j) † __FAILED TO ATTEND COURT ON OCTOBER 18, 2010 AT 10:00__
__am IN COURTROOM #3 AT 41 COURTHOUSE Sq., BROCKVILLE__
__ON, K6V 7N3 FOR HIS TRIAL.__

THIS IS THEREFORE, to command you, in Her Majesty's name, forthwith to arrest the said accused and to bring him/her before the
IL VOUS EST PAR LES PRÉSENTES enjoint, au nom de Sa Majesté, d'arrêter ledit prévenu et de l'amener devant le

Justice/Judge of the Superior Court of Justice/Ontario Court of Justice‡ of the said Region or before me or any Justice in and for the said Region, to answer to the said charge.
juge de paix/juge président de la Cour supérieure de justice/Cour de justice de l'Ontario‡ de ladite région ou devant moi ou tout juge de paix dans et pour ladite région, pour répondre à ladite inculpation.

DATED this __18__ day of __OCTOBER__, 20 __10__
FAIT ce            jour de

at the __CITY__
à(au)

of __BROCKVILLE__
de

in the Province of Ontario / dans la province de l'Ontario

JUSTICE J.D.G. WAUGH
Judge, or Justice of the Peace / Juge ou juge de paix

NOTE: If the Optional Authorization to Enter a Dwelling House in Form 7 needs to be added, use the Warrant for Arrest with Optional Authorization to Enter a Dwelling House (Form 7), CCO-7-475-1, or, in addition to this Warrant for Arrest (Bench Warrant), use the Warrant to Enter Dwelling House (Form 7.1), CCO-7.1-529-1.

NOTA: Si le mandat d'arrestation avec autorisation facultative d'entrer dans une maison d'habitation (formule 7) doit être ajouté, il faut utiliser le mandat d'arrestation avec autorisation facultative d'entrer dans une maison d'habitation (formule 7), CCO-7-475-1, ou, en sus du présent mandat d'arrestation (décerné par un juge), il faut utiliser le mandat pour entrer dans une maison d'habitation (formule 7.1), CCO-7.1-529-1.

OCT 1 8 2010

* Strike inapplicable.
  Rayer ce qui ne s'applique pas.
** Initial applicable recital.
   Parapher l'attendu qui s'applique.
† For any case not covered by recitals (a) to (i), insert recital in the words of the statute authorizing the warrant.
  Pour tout cas qui n'est pas couvert par les attendus a) à i), insérez l'attendu en empruntant les termes de la loi autorisant le mandat.
‡ Choose applicable recital.
  Choisir l'attendu qui s'applique.

CCO-7-475-B (rev. 06/07) CSD