# EXHIBIT H

**AFFIDAVIT**

STATE OF NEW YORK     )
COUNTY OF ONONDAGA    )
CITY OF SYRACUSE      )

I, Chad Willard, depose and state the following:

1. I am a Special Agent with United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed since August 6, 2006. I am currently assigned to the ICE resident agent office in Alexandria Bay, NY. As part of my of my daily duties as a Special Agent with ICE, I investigate criminal violations involving child exploitation and child pornography including violations pertaining to the illegal transportation, production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. I have participated in investigations of persons suspected of violating child pornography laws and have had the opportunity to observe and review numerous examples of child pornography as defined under Title 18, United States Code, Section 2256, in various forms of media including computer media.

2. As a federal agent, your affiant is authorized to investigate violations of laws of the United States and to

execute warrants issued under the authority of the United States.

3. On May 27, 2009, the attaché office of Homeland Security Investigations located in Ottawa, Ontario, Canada notified the Office of Homeland Security Investigations in Buffalo, New York that Canadian authorities had arrested the defendant, Joseph Jenkins, on May 24, 2009 on charges related to the possession of child pornography. Agents of Homeland Security Investigations had not participated in either the investigation or arrest of Jenkins by Canadian authorities at that point.

4. Agents of the United States had no further involvement in the Jenkins matter until October 21, 2010. On or about October 21, 2010, Detective Constable Kip Wohlert provided Homeland Security Investigations Special Agent Matthew Meyer with Ontario Provincial Police reports and forensic reports associated with the investigation of Jenkins. Because Jenkins had become a fugitive from the Canadian prosecution, Detective Constable Wohlert referred the investigation to Homeland Security Investigation agents for further action.

5. I, Special Agent Willard, have conferred with Special Agent Meyer and with Special Agent Spencer Schneider of the Homeland Security Investigations Ottawa

attaché office and attest that the Homeland Security Investigations Office in Buffalo, New York was not involved in any capacity with the arrest or prosecution of the defendant in Canada and did not become involved with the investigation of the defendant until after his arrest by the Canadian authorities.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Chad Willard
　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　Homeland Security Investigations

Sworn to before me this _____
day of July 23, 2012.
_____
Notary Public - State of New York

PAULA D. BRIGGS
Notary Public, State Of New York
No. 6068241
Qualified In Onondaga County
My Commission Expires 12/31/20 13