UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　Case No. 5:11-cr-00602-GTS

v.

　　　　　　　　　　　　　　　　　　　　　　　Notice of Motion

JOSEPH JENKINS,

　　　　　　　　Defendant.

---

**PLEASE TAKE NOTICE,** that upon the annexed Affidavit of Jeffrey Parry, Esq., the submitted Memorandum of Law and upon all of the prior pleadings and proceedings heretofore had herein, a Motion will be made as follows;

**DATE, TIME AND PLACE OF MOTION:** Per the Court's Scheduling Order, motions are returnable August 2, 2012 on submit.

**TYPE OF MOTION:** For appointment of an expert witness.

Dated: July 30, 2012　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey R. Parry*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey R. Parry, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Joseph Jenkins
　　　　　　　　　　　　　　　　　　　　　　Bar Roll No. 508023
　　　　　　　　　　　　　　　　　　　　　　The White House, Suite L103
　　　　　　　　　　　　　　　　　　　　　　7030 E. Genesee Street
　　　　　　　　　　　　　　　　　　　　　　Fayetteville, N.Y. 13066
　　　　　　　　　　　　　　　　　　　　　　(315)424-6115