UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,              Case No. 5:11-cr-00602-GTS

v.
                                        Affirmation
JOSEPH JENKINS,

                Defendant.

---

Jeffrey Parry deposes and states;

1. I am an attorney duly admitted before the District Court for the Northern District of New York and I am counsel for the Defendant herein. As such, I am fully familiar with the facts and circumstances as depicted herein.

2. My client has informed me that he wishes to avail himself of his right to trial in this matter.

3. In preparation for same, and as this case involves allegations of child pornography gathered off the internet, the defense requires an expert witness to explain the technical subtleties of the prosecutions defense and otherwise prepare for trial.

4. As well, the defense requires an expert at trial to rebut the testimony of the prosecutor's expert and his analysis of how the child pornography is alleged to have been procured and whether the defendant had any knowledge of its presence on his computer.

5. I have contacted Ms. Tami Loehrs, an experienced Certified Computer Forensic Examiner, and she is willing to assume these duties. Her curriculum vitae is attached hereto and made a part hereof as exhibit A.

6. The Court is respectfully requested to allow the retention of Ms. Loehrs.

Dated: July 30, 2012                    Respectfully submitted,

                                        *[signature]*
                                        Jeffrey R. Parry, Esq.
                                        Attorney for Defendant Joseph Jenkins
                                        Bar Roll No. 508023
                                        The White House, Suite L103
                                        7030 E. Genesee Street
                                        Fayetteville, N.Y. 13066
                                        (315)424-6115