**JEFFREY R. PARRY, ESQ.**
*The White House, Suite L103*
7030 E. Genesee Street
Fayetteville, New York 13066

Phone (315)424-6115                                Facsimile (315)622-4829

September 4, 2012

Hon. Glenn T. Suddaby
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

    Re:   U.S. v. Jenkins
             Motion for Additional Time to Respond to Motion

Dear Judge Suddaby,

    As the Court may be aware, Defendant's papers in opposition to the Government's pending motion are due on today's date. By this correspondence I respectfully request an extension of time to respond. This additional time is necessary because my client is incarcerated and without access to his financial records. Furthermore, his family is attending to his financial obligations in his absence and, unfortunately, they were abroad and unable to meet with me until today. As I am unable to complete my responding papers without their input, I would respectfully request until Friday, September 7, 2012 to formulate a response.

    I have conferred with Ms. Thompson of the U.S. Attorney's Office and she has no objection to a short delay.

    The Court's patience and courtesies in this matter are very much appreciated.

Very truly yours,

Jeffrey R. Parry