<u>Update as of October 18th, 2010-10-28</u>

<u>Joseph JENKINS
(d.o.b 1970-01-22)</u>

The trial for Joseph JENKINS was scheduled for September 13th, 2010 at which time all witnesses and the accused were in court. The lawyer for Mr. Jenkins, Steve Edgley, argued an 11(b) Charter Motion for unreasonable delay in relation to the disclosure provided by Project P. This motion started in the afternoon and Judge Waugh decided to render his decision on September 17th, 2010.

On September 17th, 2010, Judge Waugh dismissed the motion and stated that his reasons would be read out at the next court date of October 18th, 2010.

On October 18th, 2010, Judge Waugh read out his reasoning before the court before issuing a warrant for Mr. JENKINS as he had failed to show for his trial on this day.

The warrant has been entered in CPIC by Leeds County OPP and is also being held by them.

Charges under the Canada Criminal Code

163.1(3) Import-Distribute Child Pornography
163.1(4) Possessing Child Pornography

Charges under the Customs Act

12(1) Non-Report of Goods
153(c) – Evading Compliance with the Act
159 - Smuggling


   **WANTED**

   RADIUS: 250KMS, ELSEWHERE ADVISE
   1) BENCH WARRANT-FAIL TO APPEAR
   2) WARRANT STORED AT LEEDS CTY OPP.

   RECORD OWNER
OPP LEEDS COUNTY DET 613-345-1790  2010-10-18  18:12

   RELTYPE: RECOGNIZANCE

   CONDITION DESCRIPTION

A

1) NOT POSSESS FIREARMS OR WEAPONS.
2) NOT ATTEND CANADA EXCEPT FOR COURT OR LEGAL COUNSEL.
3) NOT BE WITH CHILD UNDER 16 EXCEPT IN PRESENCE OF CHILD'S
4) PARENT OR GUARDIAN.NOT ATTEND ANY SCHOOL,PARK OR PUBLIC
5) PLACE WHERE CHILDREN UNDER 16 ARE KNOWN TO BE PRESENT.

   REMARKS
4) CONDITIONS-NOT POSSESS OR HAVE ACCESS TO ANY COMPUTER,
5) INTERNET OR WIRELESS DEVICE ABSOLUTELY.
6) KEEP THE PEACE AND BE OF GOOD BEHAVIOUR.
7) NOTIFY LEEDS OPP 24HRS IN ADVANCE OF ANY ADDRESS CHANGE.

CASE: SP09109753

RECORD OWNER
OPP LEEDS COUNTY DET 613-345-1790