# Steven J. Edgley
### Barrister & Solicitor

9 Broad Street, Suite 206, Brockville, Ontario K6V 6Z4

Tel: 613-345-3899     Fax: 613-345-0856
E-Mail: steven.edgley@on.aibn.com

OUR FILE: 09-078

March 3, 2010

**PERSONAL AND CONFIDENTIAL**

Mr. Timothy Buckley
P.O. Box 308
Geneva, NY 14456
U.S.A.

Dear Sir:

Please find enclosed herewith a copy of a letter I received from the Crown Attorney's office in regard to our mutual client's case. The letter contains the Crown's position in regard to sentence if he were to re-attend Brockville, Ontario to resolve the charges against him.

Also enclosed herein is a copy of a report I have received from the Ontario Provincial Police, Child Exploitation Section. That report outlines the findings of the review of the hard drives and other computer storage items that have been reviewed by the OPP in this matter.

I have indicated to my client that his choices are either to make arrangements to come back and enter a guilty plea in which case he is looking at a minimum one year in jail or he can go to trial in September and plead not guilty. The third option is that he simply not return to Canada in which case there would be a bench warrant issued for his arrest Canada-wide and if he ever tried to attend Canada again he would be subject to arrest pursuant to that warrant. Also the money that he has posted for bail would be forfeit to Her Majesty the Queen. As you and I had discussed, even if he were to choose option # 1 and return to Canada and enter a guilty plea, after he served his sentence he would very likely be escorted back to the border and would find if very difficult, if not impossible, to gain re-entry to Canada in the future.

13

2

If you have any questions, please do not hesitate to call me.

Yours truly,

STEVEN J. EDGLEY
SJE/mc

DICTATED, BUT NOT READ