UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America

Case No. 5:11-cr-00602-GTS

Joseph Jenkins

## CERTIFICATE OF SERVICE

I hereby certify that on *October 19, 2012*, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Tamara Thompson, Esq., Office of the U.S. Attorney, Syracuse, N.Y.

2.

3.

4.

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

1.

2.

3.

S/(Name)

*Jeffrey Parry*