## AFFIDAVIT

I, Corporal M. Wojeski, being duly sworn, depose and state the following:

I am currently employed as a Corrections Corporal at Cayuga County Correctional Facility. I have been so employed since April 2000. I am a Corporal assigned to the telephone recording equipment. I now make this affidavit regarding the recorded jail calls submitted in connection with the government's motion concerning the eligibility of defendant Joseph Jenkins for court-appointed counsel in *United States v. Joseph Jenkins*, case no. 5:11-cr-00602-GTS.

1. I am familiar with the process of recording telephone calls placed by inmates at the Cayuga facility.
2. Each inmate is assigned a Personal Identification Number ("PIN") number. This PIN number is unique to the inmate.
3. Before placing a telephone call, an inmate must enter the PIN number assigned to him in the system.
4. After the inmate has entered his PIN number, he may place an outgoing call to a prepaid account connected to a specific phone number.
5. All outgoing calls are automatically recorded and the recordings of the calls are maintained for approximately 550 days.
6. If our facility receives a request for recordings of inmate telephone calls, we are able to locate and produce those recordings by identifying all calls placed using the inmate's assigned PIN number and copying them to a compact disk.
7. Defendant Joseph Jenkins is currently incarcerated at my facility, and has been since October 4th 2011.
8. Defendant Jenkins is assigned PIN number 15192.
9. The recorded calls contained in Exhibit C to the government's motion were placed by an inmate at the Cayuga County Correctional Facility.
10. There have been no alterations to the automatically created recordings of the telephone calls placed at the facility.

CPL. M. Wojeski    10/17/12
Corporal M. Wojeski
Cayuga County Correctional Facility

Sworn to before me this 17th day of October, 2012.

Harry E. Lang
Notary Public – State of New York

HARRY E. LANG
Notary Public, State of New York
No. 01LA6077669
Qualified in Cayuga County
Commission Expires July 15, 2014