## AFFIDAVIT

I, Special Agent Chad Willard, being duly sworn, depose and state the following:

I am a Special Agent with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed since August 6, 2006. I am currently assigned to the HSI resident agent office in Alexandria Bay, NY. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for Title 18 offenses enumerated in Section 2516 of Title 18, United States Code. I make this affidavit regarding the recorded jail calls submitted in connection with the government's motion concerning the eligibility of defendant Joseph Jenkins for court-appointed counsel in *United States v. Joseph Jenkins,* case no. 5:11-cr-00602-GTS.

1. I am familiar with the voice of defendant Jenkins because I have talked to him on October 4, 2011, the day I arrested him.
2. I requested recordings of defendant Jenkins' telephone calls made by the defendant while incarcerated at the Cayuga County Correctional Facility.
3. These recordings were provided on compact disk to me by Corporal Wojeski of Cayuga County Jail on April 27, 2012.
4. I have listened to each of the calls transcribed in attachments 4, 5, and 6 to the government's Motion for a Hearing to Determine the Eligibility of the Defendant for Appointed Counsel filed as Doc. No. 33 in the above-referenced matter.
5. I created the transcripts of the recorded telephone calls and I attest that those transcripts accurately reflect the dialogue in the calls placed by defendant Joseph Jenkins on October 6, 2011 at 5:43 p.m. (Attachment 4 to Doc. No. 33), on October 20, 2011 at 7:27 p.m. (Attachment 5 to Doc. No. 33), and on January 24, 2012 at 6:50 p.m. (Attachment 6 to Doc. No. 33).
6. I have listened to the recordings of the telephone calls and I attest that the voice identified as the voice of Joseph Jenkins in the transcripts submitted by the government as attachments 4, 5, and 6 to Doc. No. 33 is the voice of Joseph Jenkins.
7. I further attest that the recorded calls contained on the compact disk submitted with the present filing as Exhibit C are accurate duplicates of the selected calls from the recordings I obtained from the Cayuga County Correctional Facility as described in paragraph 2 above and that no material alteration or change has been made to the substance or contents of those selected calls.

_____
Special Agent Chad Willard
United States Immigration and Customs Enforcement

Sworn to before me this 17th day of October, 2012.

_____
Notary Public – State of New York

JILL A. TRICKEY
Notary Public, State of New York
No. 01TR6109625
Qualified in Jefferson County
Commission Expires May 17, 2016