State of New York DEPARTMENT OF MOTOR VEHICLES: Empire State Plaza, Albany, New York 12228

# ABSTRACT OF REGISTRATION RECORD

```
Document # ARWEB140
PRINT DATE: 10/18/2012 TIME: 14:20:28   OPERATOR: WEB OFFICE: DAB


  PLATE: 78367MA   TYPE: COMMERCIAL          REGISTRANT INFORMATION:
  VIN#: 1D7HU18D73S244487          JENKINS,JOSEPH,V        DOB: 01/22/70
  03 DODGE BLUE    PICK WEIGHT:007000                      SEX: M
  FUEL: GAS      CYL: 08               4072 DWYER DR        COUNTY: ONTA
  EXPIRES: 10/02/12  VALID: 09/10/10   GENEVA NY           ZIP: 14456
  INS:                                 MI#: J05506 08773 271071-70



  ----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH THIS RECORD -----

VOLUNTARY PLATE SURRENDER ON: 09/06/12

PREVIOUS PLATE: 19322JL  TYPE: COMMERCIAL  PLATES REPLACED ON: 09/10/10
```



```
*** END OF RECORD ***
```

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF TITLE RECORD

```
Document # ATWEB006
PRINT DATE: 10/18/2012 TIME: 14:21:34   OPERATOR: WEB OFFICE: DAB


VIN#: 1D7HU18D73S244487                    CURRENT OWNER
03  DODGE BLUE    PICK WGT: 005151        JENKINS,JOSEPH,V
ODOMETER:  046782  ACTUAL
FUEL: GAS      CYL: 08
                                          4072 DWYER DR
PLATE: 78367MA  TYPE: COMMERCIAL          GENEVA NY            14456
BATCH DATE:     05/31/07


ORIG DOC ISSUED: 06/28/07         LAST DOC ISSUED: 06/28/07
***************************** PRIOR OWNERS ******************************
USB;LEASING;LT
1850 OSBORN AVE      OSHKOSH WI        54902
BATCH DATE:     02/06/03
ORIG DOC ISSUED: 03/03/03
ODOMETER:  ACTUAL              000035
```



```
                        *** END OF RECORD ***
```

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF REGISTRATION RECORD

```
Document # ARWEB139
PRINT DATE: 10/18/2012 TIME: 14:18:32   OPERATOR: WEB OFFICE: DAB


PLATE: AL90869   TYPE: TRAILER              REGISTRANT INFORMATION:
VIN#: 457EA0E94X1010469             JENKINS,JOSEPH,V          DOB: 01/22/70
99 JB/EN GREEN  TRLR WEIGHT:007000                           SEX: M
FUEL: N/A        CYL: 00                    4072 DWYER LA     COUNTY: ONTA
EXPIRES: 12/31/11  VALID: 05/19/11         GENEVA NY         ZIP: 14456
INS:                                       MI#: J05506 08773 271071-70
```



*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

# ABSTRACT OF TITLE RECORD

```
Document # ATWEB005
PRINT DATE: 10/18/2012 TIME: 14:19:07   OPERATOR: WEB OFFICE: DAB


VIN#: 457EA0E94X1010469                      CURRENT OWNER
99  JB/EN GREEN  TRLR WGT: 002000      JENKINS,JOSEPH,V
FUEL: N/A        CYL: 00

                                       4072 DWYER LA
PLATE: AL90869  TYPE: TRAILER          GENEVA NY           14456
BATCH DATE:    10/21/04
ORIG DOC ISSUED: 11/26/04              LAST DOC ISSUED: 11/26/04
```



*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF REGISTRATION RECORD

```
Document # ARWEB137
PRINT DATE: 10/18/2012 TIME: 14:13:52   OPERATOR: WEB OFFICE: DAB


  PLATE: AD71072   TYPE: LT TRLR         REGISTRANT INFORMATION:
  VIN#: 1C9E31012T1565160             JENKINS,JOSEPH,V         DOB: 01/22/70
  96 CUSTO GREEN  LTRL WEIGHT:002990                          SEX: M
  FUEL: N/A       CYL: 00                4072 DWYER LANE       COUNTY: ONTA
  EXPIRES: 12/31/11  VALID: 05/13/11     GENEVA NY             ZIP: 14456
  INS:                                   MI#: J05506 08773 271071-70
```



\*\*\* END OF RECORD \*\*\*

EXCELSIOR

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF TITLE RECORD



```
Document # ATWEB003
PRINT DATE: 10/18/2012 TIME: 14:14:56   OPERATOR: WEB OFFICE: DAB


  VIN#: 1C9E31012T1565160                CURRENT OWNER
  96  CUSTO GREEN  LTRL WGT: 000630      JENKINS,JOSEPH,V
  FUEL: N/A      CYL: 00
                                         4072 DWYER LANE
                                         GENEVA NY          14456
  PLATE: AD71072  TYPE: LT TRLR
  NON-TITLE VEHICLE
```

*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF REGISTRATION RECORD

```
Document # ARWEB141
PRINT DATE: 10/18/2012 TIME: 14:22:26   OPERATOR: WEB OFFICE: DAB


   PLATE: 25YS15      TYPE: ATV              REGISTRANT INFORMATION:
   VIN#: 2BVEKSH1X8V000257            JENKINS,JOSEPH,V         DOB: 01/22/70
   08 CA/AM GREEN  ATV  WEIGHT:000723                         SEX: M
   FUEL: GAS        CYL: 02                  4072 DWYER LA     COUNTY: ONTA
   EXPIRES: 08/31/13  VALID: 07/25/12        GENEVA NY         ZIP: 14456
   INS:                                      MI#: J05506 08773 271071-70
```



*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF TITLE RECORD

```
Document # ATWEB007
PRINT DATE: 10/18/2012 TIME: 14:22:50   OPERATOR: WEB OFFICE: DAB


  VIN#: 2BVEKSH1X8V000257                   CURRENT OWNER
  08  CA/AM GREEN  ATV  WGT: 000723      JENKINS,JOSEPH,V
  FUEL: GAS         CYL: 02

                                          4072 DWYER LA
  PLATE: 25YS15   TYPE: ATV               GENEVA NY          14456
  NON-TITLE VEHICLE
```



*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF REGISTRATION RECORD

```
Document # ARWEB138
PRINT DATE: 10/18/2012 TIME: 14:15:45   OPERATOR: WEB OFFICE: DAB


PLATE: AL90005   TYPE: LT TRLR           REGISTRANT INFORMATION:
VIN#: 1MDAK6L14WA958232          JENKINS,JOSEPH,V         DOB: 01/22/70
98 SHORE WHITE  LTRL WEIGHT:001500                         SEX: M
FUEL: N/A       CYL: 00                 4072 DWYER LANE     COUNTY: ONTA
EXPIRES: 12/31/11  VALID: 07/11/11      GENEVA NY           ZIP: 14456
INS:                                    MI#: J05506 08773 271071-70



   ----- PREVIOUS VEHICLES/PLATES/INSURANCE INFO ASSOCIATED WITH THIS RECORD -----

PREVIOUS PLATE: AD94217   TYPE: LT TRLR      PLATES REPLACED ON: 05/21/04
```



```
                        *** END OF RECORD ***
```

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

## ABSTRACT OF TITLE RECORD

Document # ATWEB004
PRINT DATE: 10/18/2012 TIME: 14:16:26   OPERATOR: WEB OFFICE: DAB

VIN#: 1MDAK6L14WA958232                    CURRENT OWNER
98  SHORE WHITE  LTRL WGT: 000365          JENKINS,JOSEPH,V
FUEL: N/A        CYL: 00

                                           4072 DWYER LANE
PLATE: AL90005  TYPE: LT TRLR              GENEVA NY          14456
NON-TITLE VEHICLE



*** END OF RECORD ***

EXCELSIOR

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (04/11)

*Barbara J. Fiala*

COMMISSIONER OF MOTOR VEHICLES