U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 1 1 2013
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Joseph Jenkins
7445 County House Rd
Auburn, NY 13021

January 9, 2013

Court Clerk
Syracuse District Court
PO Box 7396
Syracuse, NY 13261-7396

5:11-CR-602 (GTS)

Re: US vs Jenkins

To whom it may Concern:

    I was sent a decision and Order by Judge Suddaby on 11-8-12.

    On the last page he would schedule an immediate pre trial conference after December 10, 2012, and require my appearance.

    I have not received any paperwork or summons to appear as of Today.

    I was waiting for this conference to decide how to proceed and move my case forward.

    I have not received a (CJA-7) that council was terminated or a (CJA-20) I was to be ordered to pay.

    I have issues with previous council and have no resources to search for new council.

    Again, I am not sure how to proceed and was hoping for this conference soon. Could you advise me if a date has been set? Or the status of my case?

Sincerely

Joseph Jenkins

Jenkins, Joseph
Cayuga County Jail
7445 County House Road

RECEIVED
JAN 11 2013

Syracuse Federal District Court
Court Clerk
PO Box 7396
Syracuse, NY 13261-7396



SYRACUSE NY 130
10 JAN 2013 PM 2 L

FOREVER
FIRST-CLASS
USA