CJA 7
(Rev. 9/05)

LOCATION CODE __NDNY__

Docket No. __5:11-cr-602-001__

United States vs. Joseph Vincent Jenkins

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☑
and/or
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ☐

Check one or both

WHEREAS, __Jeffrey R. Parry__ was appointed as counsel for the above defendant/petitioner, on the __11th__ day of __October__, __2011__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☑ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ __8,049.12__ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Defendant is directed to make payment in full by 4/4/13.

Payments are to be made payable to U.S. District Court and mailed to:

U.S. District Court
Attn: Finance Office
100 South Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

Dated this __4th__ day of __March__, __2013__.

_____
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE