5:11-CR-602



April 7, 2013

Joseph Jenkins
7445 County House Rd
Auburn, NY 13021

US Court of Appeals
40 Foley Square
New York, NY 10007
Re: Appelle vs Jenkins
Docket No 12-4543

Syracuse District Court
PO Box 7396
Syracuse NY 13261-7396
Re: US vs Jenkins

To whom it may concern:

I was just informed by the district court in Syracuse that my case was in default over this appeal. I did not ask for an appeal, It was done on behalf of my former attorney for reasons unknown to myself. I in fact sent him a certified letter January 10, 2013 saying that if a notice of appeal or anything else was currently holding up court to withdraw it and that I did not wish to pursue an appeal at this time. I would enclose a copy but I do not have access to a copy machine in this jail. Sorry for the misunderstanding it was not my intent to waste my time or yours. Please remove my case from your docket.

I would like to add that I have not been able to consult with an attorney about this because I was left without one but I need my case to move past discovery phase after 18 months of confinement.

Copies Written
Syracuse District
J Jenkins

Sincerely,

Joseph Jenkins

Jenkins Joseph

SYRACUSE NY 132
08 APR 2013 PM 1 L

USA FIRST-CLASS FOREVER

APR - 9 2013

Syracuse District Court
Court Clerk
PO Box 7396
Syracuse, NY 13261-7396

13261739696