\*HAND WRITTEN COPY\*

March 31, 2013

Joseph Jenkins
7445 County House Rd
Auburn, NY 13021-8297

Court Clerk / Judge Suddaby
Syracuse District Court
PO Box 7396
Syracuse, NY 13261-7396

Tamara Thomson
100 South Clinton St
Syracuse, NY 13261-7198

Re: US vs Jenkins - Request to move ahead.

Dear Judge Suddaby,

   In the intrest of moving things along I've decided to temporarily represent myself. The purpose being to try and move past the discovery phase of my proceeding that should have been completed a year ago. I have made what I believe are two reasonable and acceptable requests for missing information in the past two months. I would like to have all of this ready for an attorney and technical information available for myself to view so I can decide if a computer expert is even needed.

   In the past four years I have been the victim of several different conspiricys. More recently one involving my court appointed attorney and the US attorney. Despite all of my efforts in the beginning of all of this to provide detailed information about the case and materials needed for my purposes, my requests went completely ignored. In fact it seems that they had gone out of their way to avoid this information and keep it from me while pushing the case through.

   Interesting as it has been watching all of this conspiring, bullying and attempted sabotage as well as Mr. Perry making a fool of himself, as well as all of the attempts to cover it

Jenkins - Request to move ahead.                March 31, 2013        ②

up, all seemingly for my benefit, it simply insults my intelligence.

Despite all of these efforts and the way the system seems to support it and feed off of it, all at my time and expense, the fact still remains that the government has no credible evidence or witnesses to support the absurd allegations that they have made against me. Or even a ligitimate foundation for this case.

Citing all of the missing information and delays to date being no fault of my own, I would like the court to consider a time and date to discuss missing materials and also to consider my release pending trial or dismissal of all charges which I believe the court will consider the right thing to do after I obtain them and present them in one form or another.

I assure you that I am in no way intimidated by the governments case and in fact I did not 'run' from Canadians proceedings as has been implied by the government. It would be easier to argue for release with the missing materials I have requested, but I think that is why they are missing. Anyways, I believe I can make an acceptable arguement with the same materials Mr Parry has had access to from day one.

Therefore I ask the court to schedule a detainment hearing and a pretrial hearing at it's earliest convenience. I feel enough of my time has been wasted here. If the government simply wants to be a big bully and have a trial on their terms and conditions with what they want to show - they can do it without me - I'm not impressed. They can save it for the 98% who may be fooled and intimidated by it.

                                                                Sincerely,
                                                                Joseph Jenkins

Copies - written
US Attorney ✓
J Jenkins

* Jail does not copy - may not be identical, but same content