April 17, 2013

Joseph Jenkins
7445 County House Rd
Auburn, NY 13021-8297

Syracuse District Court
Judge Suddaby / Court Clerk - POBox 7396
Syracuse, NY 13261-7396

Tamara Thomson / US Attorney
100 South Clinton St
Syracuse, NY 13261-7198

Re: US vs Jenkins - Request to move ahead + produce materials requested.

Dear Judge Suddaby:

In the past four months I have made vital requests for missing information from this case, this should be in possession of the US attorney if not readily available. I am aware of no response. I believe they choose to remain silent because the information will prove the following:

① Close to four years ago a conspiracy began involving several police agencies that led to a very ~~suspe~~ questionable and conviently long drawn out and bumbled Canadian Police Investigation that failed to produce results even at the onset of trial.

② A conspiracy to improperly and illegally shift jurisdiction of the court proceedings, avoiding due process and proper extradition proceedings.

③ Conspiracy to temper with evidence.

④ Conspiracy to withhold paperwork and reports aquired up to a year before my arrest. These reports could have been used by a competent lawyer or even myself to prevent an indictment and continued detainment thereafter which resulted in ~~cost~~ catastrophic personal loss.

⑤ Conspiring between the US attorney and a court appointed and government sponsored defense attorney, now removed. They purposely kept out facts and information while purposely delaying

April 17, 2013  Jenkins - Request to move ahead + produce discovery ②
proceedings to selfishly simplify the case for themselves while
causing a great amount of unfair prejudice to me the defendant.
⑥ Several conspiracies to cover up all of the above
conspiracies including denying joint investigations and collaborating
in response to a somewhat ill prepared defense motion
in July 2012.

    I have reasons to believe that the materials I requested will
make proving the above almost effortless. I feel US interference
in the matter was unlawful and unwarranted from the start.

    On top of all of this, being accused of perjury has interfered
with and delayed the case another seven months and has left
me without an attorney. Being detained and of being denied
the right to work for 19 months after all of the above
which is what could reasonably be seen as international, illegal
buffoonery among police and government officals has left me
with little means to pay for an attorney and little patience to
put up with any more delays and scheming to sabotage my defense.

    I am asking the court to order production of the materials
I have requested and to either expedite the proceeding or
release me. In the aftermath of all that has transpired in the
last four years I really look forward to having a 'FAIR TRIAL'.
(Also) I look forward to this continuing - Parry was just the first in a
long line of people who will also make fools of themselves, in what follows.

Copies:
US district Court - Original
US Attorney
J. Jenkins
B+G Jenkins

Sincerely

Joseph Jenkins