May 7, 2013

5:11cr602

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 10 2013
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

Joseph Jenkins
7445 County House Rd
Auburn, NY 13201

US District Court
PO Box 7396
Syracuse, NY 13261

RE: US vs Jenkins — Prosecutors Motion  Faretta Hearing

Dear Judge Suddaby

I see a hearing has already been scheduled weeks out. In case it was not made clear in previous paperwork, I 100% refuse the right to a lawyer, 100% envoke the right to represent myself. I refuse the hearing, no further discussion is needed. If you feel the need to compell my presence, I will tell you the same.

I've been in front of the court, I've heard all of the threats and penalties, consequences, I don't wish to hear anymore. I'm not intimidated, scared or anything of the kind. I'm impatient, everyone is stalling because they don't want to turn over paperwork that has been in the governments possession for years and already used to their benefit against me.

I don't want anymore 'puppet' lawyers installed by the court or government to 'not defend me' and 'push someone elses agenda.' I wish to move ahead and not hear anymore excuses how my requests don't count for anything and I don't know what I'm doing. I just want the paperwork I've asked for, for over a year to move ahead, thats all.

Sincerely
Joseph Jenkins

Jenkins Joseph

MAY 10 2013

US District Court
PO Box 7396
Syracuse, NY 13261-7396

SYRACUSE NY 130
09 MAY 2013 PM 1 L

FOREVER
FIRST-CLASS
USA