

*U.S. Department of Justice*

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street*

*Room 900; P.O. Box 7198*
*Syracuse, New York  13261-7198*
*(315) 448-0672*

May 29, 2013

Joseph Vincent Jenkins
Cayuga County Jail
7445 County House Road
Auburn, NY 13021
*PRO SE*

Re:   *United States v. Joseph Vincent Jenkins*
      Criminal Case No.: 5:11-CR-602 (GTS)
      Discovery

Dear Mr. Jenkins:

Enclosed, please find duplicates of previous disclosures made by the government pursuant to its discovery obligations in the above-captioned matter.  The government has refined the inventory included in the government's filing dated May 27, 2103 (Doc. No. 69).  That inventory omitted the following records that have been previously disclosed: (1) Northern District of New York Arrest Warrant; (2) Northern District of New York Search Warrant and Application; (3) Affidavit of Special Agent Chad Willard; (4) Update as of 10/18/2010; (5) Google Maps directions; (6) ICE Enforcement Plan; (7) SEACATS report; (8) Canadian Report to Justice; (9) Ontario Police Persons Inquiry.  Those previously disclosed records are included in and reflected in the inventory of the present disclosures.

As the below updated inventory reflects, the government has also attached three additional documents: (1) a summary of forensic examination prepared by Ontario Provincial Police Sgt. Michael Harrington; (2) records of your border crossing activity; (3) a map of the point of entry at Landsdowne, Ontario.  The only records not included in the present disclosure packet are financial records described in the government's disclosure dated September 7, 2012 and submitted in connection with the government's motion concerning the veracity of your financial affidavit.  As the letter submitted to you and included in the present packet at bates nos. 175-76 indicates, these financial records were previously disclosed to you on September 7, 2012.  Because these records

relate to a matter independent of the present prosecution, they have not been included in this disclosure, although such disclosure has already been made to you.

## UPDATED DISCOVERY INVENTORY
* All items identified in below inventory are included in attached disclosure

| Bates Number | Date of Initial Disclosure | Item Disclosed |
|---|---|---|
| 1-2 | 10/21/2011 | Cover Letter for Discovery dated 10/21/11 |
| 3-8 | 10/21/2011 | ICE Enforcement Operation Plan |
| 9-10 | 10/21/2011 | Google Maps Directions |
| 11-14 | 10/21/2011 | DHS ICE Report dated 10/11/11 |
| 15-18 | 10/21/2011 | DHS ICE Report dated 8/22/2011 |
| 19-22 | 10/21/2011 | DHS ICE Report dated 7/8/2011 |
| 23-26 | 10/21/2011 | DHS ICE report dated 4/7/2011 |
| 27 | 10/21/2011 | NDNY Arrest Warrant |
| 28-33 | 10/21/2011 | NDNY Search Warrant |
| 34-65 | 10/21/2011 | Application for NDNY Search Warrant |
| 66-70 | 10/21/2011 | ICE Forensic Examination Report |
| 71-73 | 10/21/2011 | DHS ICE Report dated 10/7/2011 |
| 74-76 | 10/21/2011 | DHS ICE Report dated 9/27/2011 |
| 77-79 | 10/21/2011 | DHS ICE Report dated 9/22/2011 |
| 80-83 | 10/21/2011 | Custody and Property Receipts w/ index nos. 3563259, 3563260, 3563261 |
| 83-87 | 10/21/2011 | SEACATS Report |
| 88-90 | 10/21/2011 | Custody and Property Receipts w/ index nos. 3563259, 3563260, 3563261 |
| 91-93 | 10/21/2011 | DHS ICE Report dated 9/10/2010 |
| 94-99 | 10/21/2011 | DHS ICE Report dated 5/26/2009 |
| 100 | 10/21/2011 | Canadian Bench Warrant Issued by J.D.G. Waugh on 10/18/2010 |

| | | |
|---|---|---|
| 101 | 10/21/2011 | Canadian Evidence Inventory (seizure receipt) and Ontario Province Police Query |
| 102-3 | 10/21/2011 | Canadian Information to Obtain a Search Warrant |
| 104 | 10/21/2011 | Canadian Property Report |
| 105-36 | 10/21/2011 | Canadian Warrant to Search + Appendices A, B, C |
| 137 | 10/21/2011 | Canadian Property Seizure Report |
| 138-41 | 10/21/2011 | Ontario Police Persons Inquiry |
| 142-69 | 10/21/2011 | C4P Forensic Computer examination conducted by Canadian law enforcement |
| 170-71 | 10/21/2011 | Canadian Report to Justice |
| 172-74 | 10/21/2011 | Canadian Order of Disposition of Items Seized |
| 175-76 | 9/7/2012 | Cover Letter re: Discovery dated 9/27/12 |
| 177-78 | 9/7/2012 | Canadian Update as of 10/18/2010 |
| 179-80 | 9/7/2012 | Canadian Prosecutor's Information Sheet |
| 181-83 | 9/7/2012 | DHS ICE Report dated 10/21/2011 |
| 184-86 | 9/7/2012 | DHS ICE Report dated 5/29/2012 |
| 187-189 | 9/7/2012 | DHS ICE Report dated 5/29/2012 |
| 190-96 | 5/29/2013 | Canadian Summary of Forensic Findings |
| 197-206 | 5/29/2013 | DHS Requests, Certification and Border Crossing Records |
| 207-209 | 3/15/2012 | DHS Second Supplemental Forensic Examination report |
| 210-12 | 5/29/2013 | Cayuga County Sheriff's Office Visitor Log |
| 213 | 5/29/2013 | Landsdowne Point of Entry Map |
| 214-217 | 7/23/2012 | Will Say Statement of Tristan Garrah |
| 218-221 | 7/23/2012 | Will Say Statement of Glen Hache |
| 222-23 | 7/23/2012 | Will Say Statement of Melany Boyd |
| 224-26 | 7/23/2012 | Will Say Statement of Jarrett Johnston |

| 227-29 | 7/23/2012 | Will Say Statement of Marie-Josee Vinette |
| 230-33 | 7/23/2012 | Affidavit of Special Agent Chad Willard |

                    Respectfully,

                    RICHARD S. HARTUNIAN
                    United States Attorney

By:    */s/ Gwendolyn E. Carroll*
        Gwendolyn E. Carroll
        Assistant United States Attorney
        Bar Roll No. 515777

CC:    Joseph Jenkins
        Tamara Thomson, AUSA

Enclosures