# Jeffrey R. Parry, Esq.

### Attorney and Counselor at Law

Manuel Katsoulis, Esq.  
*Of counsel*

*The White House*  
7030 East Genesee Street  
Fayetteville, N.Y. 13066  
(315)424-6115  
(315)622-4829 - *facsimile*

JeffreyParry1@aol.com

June 4, 2013

Hon. Glenn T. Suddaby  
Federal Building and U.S. Courthouse  
P.O. Box 7396  
Syracuse, NY 13261-7396

    RE:   US v. Jenkins  
             Transfer of file

Dear Judge Suddaby,

      In reference to the Court's Order, recent e-mail correspondence is reproduced below for purposes of including it in the record on the ECF system. Mr. Jenkins is being provided a copy of this correspondence via regular mail.

E-Mail #1 dated May 29, 2013:

Please tell the judge that I will take care of it personally. Thanks. Jeff

E-Mail #2 dated May 29, 2013:

After sending my pervious e-mail I thought it might be better to clarify one detail. I had previously, and in the presence of another attorney, copied Mr. Jenkins' entire file and given it to him. I made the file available once again upon my being relieved. In compliance with the Court's Order I will now provide him with the entire file once again so that there can be no question that the materials were provided and that I have complied. Jeffrey Parry

E-Mail #3 dated May 31, 2013:

Per the Court's instructions, I delivered the entire file in the Jenkins matter to the Cayuga County

Jail this afternoon. The Jail's security protocols are such that the packages will be searched and then personally delivered to Mr. Jenkins in the morning. No amount of persuading on my part would cause the jail staff to give them to Mr. Jenkins today.

Problematic is the Compact Disc and Flash Drive which are essential parts of the file. I am informed that they are considered jail contraband and that they will very likely be returned to me. (Example: the CD can be broken and utilized as a knife.) Should the items be returned I will notify the Court and take whatever steps that the Judge deems advisable. Best, Jeff Parry

    I was informed on my visit of May 31, 2013 that Sargent Gleason would be sending me a receipt via U.S. Mail indicating the final delivery of the file to Mr. Jenkins. I will provide this to the Court when it is received. As well, I witnessed the watch officer record the receipt of the material in the prison computer thus, memorializing the delivery.

Very truly yours,

Jeffrey R. Parry

Cc: Joseph Jenkins