Registry Viewer
Report

## Registry Information

## LI 001 JENKINS SAM USERS

### SAM\Domains\Account\Users

Last Written Time   7/31/2008 21:45:08 UTC

| Name | Type | Data |
|---|---|---|
| (default) | REG_BINARY | (value not set) |
| | (ASCII String) | |
| | (UTF-16 String) | |

### SAM\Domains\Account\Users\000001F4

| | |
|---|---|
| Last Written Time | 8/1/2008 0:30:36 UTC |
| SID unique identifier | 500 |
| User Name | Administrator |
| Description | Built-in account for administering the computer/domain |
| Logon Count | 13 |
| Last Logon Time | 2/27/2008 2:24:04 UTC |
| Last Password Change Time | 1/21/2008 3:45:38 UTC |
| Expiration Time | Never |
| Invalid Logon Count | 0 |
| Last Failed Login Time | Never |
| Account Disabled | true |
| Password Required | true |
| Country Code | 0 (System Default) |
| Hours Allowed | Anytime |
| Has LAN Manager Password | false |
| Has NTLMv2 Password | true |

| Name | Type | Data |
|---|---|---|
| F | REG_BINARY | 02 00 01 00 00 00 00 00 F4 8D 5F D2 E7 78 C8 01 00 00 00 00 00 00 00 00 BF 9D 2A 16 E0 5B C8 01 00 00 00 00 00 00 00 00 00 00 00 F4 01 00 00 01 02 00 00 11 00 00 00 00 00 00 00 00 00 01 00 00 00 00 38 00 39 00 31 00 |
| | (ASCII String) | ...........x.......°.[.................................8.9.1. |
| | (UTF-16 String) | |

| | | |
|---|---|---|
| V | REG_BINARY | 00 00 00 00 BC 00 00 00 02 00 01 00 BC 00 00 00 1A 00 00 00 00 00 00 00 D8 00 00 00 00 00 00 00 D8 00 00 00 6C 00 00 00 00 00 44 01 00 00 00 00 00 00 44 01 00 00 00 00 00 00 44 01 00 00 00 00 00 00 44 01 00 00 00 00 00 00 01 00 00 00 00 00 00 00 44 01 00 00 15 00 00 A8 00 00 00 5C 01 00 00 08 00 00 00 01 00 00 00 64 01 00 00 04 00 00 00 68 01 00 00 14 00 00 00 00 00 00 04 00 00 00 00 00 00 00 80 01 00 00 04 00 00 00 00 01 00 14 80 9C 00 00 00 AC 00 00 00 14 00 00 00 44 00 00 00 02 00 30 00 02 00 00 00 02 C0 14 00 44 00 05 01 00 00 00 01 00 00 00 02 C0 14 00 FF FF 1F 00 01 01 00 00 00 00 00 05 12 00 00 00 02 00 58 00 03 00 00 00 00 00 14 00 5B 03 02 00 01 01 00 00 00 00 00 01 00 00 00 00 00 FF 07 0F 00 01 02 00 00 00 00 00 05 20 00 00 00 20 02 00 00 00 00 24 00 44 00 02 00 01 05 00 00 00 00 00 05 15 00 00 00 93 11 7E CE DC 2E 2E 1C 48 1E 9F A5 F4 01 00 00 01 00 00 00 05 20 00 00 00 20 02 00 00 01 02 00 00 00 00 00 05 20 00 00 00 20 02 00 00 01 00 04 64 00 6D 00 69 00 6E 00 69 00 73 00 74 00 72 00 61 00 74 00 6F 00 72 00 00 42 00 75 00 69 00 6C 00 74 00 2D 00 69 00 6E 00 20 00 61 00 63 00 63 00 6F 00 75 00 6E 00 74 00 20 00 66 00 6F 00 72 00 20 00 61 00 64 00 6D 00 69 00 6E 00 69 00 73 00 74 00 65 00 72 00 69 00 6E 00 67 00 20 00 74 00 68 00 65 00 20 00 63 00 6F 00 6D 00 70 00 75 00 74 00 65 00 72 00 2F 00 64 00 6F 00 6D 00 61 00 69 00 6E 00 6F 00 70 00 20 00 74 00 00 68 00 65 00 20 00 63 00 6F 00 6D 00 70 00 75 00 74 00 65 00 72 00 2F 00 64 00 6F 00 6D 00 61 00 69 00 6E 00 6F 00 70 00 20 00 74 00 FF FF FF FF FF FF 00 00 01 02 00 00 07 00 00 04 00 01 00 04 00 01 00 8F 7D 9E 81 31 74 89 26 C4 3A 79 3B BB 45 4E 4D 04 00 01 00 04 00 01 00 |
| | (ASCII String) | [................... ...$.D........~....H................ .......A.d.m.i.n.i.s.t.r.a.t.o.r.B.u.i.l.t.-.i.n. .a.c.c.o.u.n.t. .f.o.r. .a.d.m.i.n.i.s.t.e.r.i.n.g. .t.h.e. .c.o.m.p.u.t.e.r./.d.o.m.a.i.n.............................}.1t.&.;.ENM. |
| | (UTF-16 String) | |

### SAM\Domains\Account\Users\000001F5

| | |
|---|---|
| Last Written Time | 8/1/2008 0:30:36 UTC |
| SID unique identifier | 501 |
| User Name | Guest |
| Description | Built-in account for guest access to the computer/domain |
| Logon Count | 0 |
| Last Logon Time | Never |
| Last Password Change Time | Never |
| Expiration Time | Never |
| Invalid Logon Count | 0 |

| | | |
|---|---|---|
| Last Failed Login Time | Never | |
| Account Disabled | true | |
| Password Required | false | |
| Country Code | 0 (System Default) | |
| Has LAN Manager Password | false | |
| Has NTLMv2 Password | false | |

| Name | Type | Data |
|---|---|---|
| F | REG_BINARY | 02 00 01 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 FF FF FF FF FF FF FF 7F 00 00 00 00 00 00 00 F5 01 00 00 01 02 00 00 15 02 00 00 00 00 00 00 00 00 38 00 39 00 31 00 |
| | (ASCII String) | ....................................................8.9.1. |
| | (UTF-16 String) | |

V REG_BINARY
00 00 00 00 B0 00 00 00 02 00 01 00 B0 00 00 00 0A 00 00 00 00 00 00 BC 00 00 00 70 00 00 00 00 00 2C 01 00 00 00 00 00 00 00 00 00 00 00 00 00 2C 01 00 00 00 00 00 00 2C 01 00 00 00 00 00 00 BC 00 00 00 70 00 00 00 00 00 2C 01 00 00 00 00 00 2C 01 00 00 2C 01 00 00 00 00 00 00 2C 01 00 00 00 00 00 00 2C 01 00 00 00 00 01 00 14 80 90 00 00 A0 00 00 00 14 00 00 00 44 00 00 00 02 00 30 00 02 00 00 00 02 C0 14 00 44 00 05 01 01 00 00 00 00 00 01 01 00 00 00 00 00 05 07 00 00 00 02 4C 00 03 00 00 00 00 00 14 00 FF 07 0F 00 01 02 00 00 00 00 00 05 20 00 00 00 18 00 FF 07 0F 00 01 02 00 00 00 00 00 05 20 00 00 00 20 02 00 00 47 00 00 00 42 00 05 20 00 00 00 25 02 00 00 00 00 20 00 61 00 63 00 63 00 6F 00 75 00 6E 00 74 00 20 00 66 00 6F 00 73 00 07 00 20 00 74 00 6F 00 20 00 74 00 68 00 65 00 20 00 63 00 6F 00 6D 00 70 00 75 00 74 00 65 00 73 00 07 00 20 00 07 00 00 00 00 01 00
(ASCII String) ..........p.....................4....8....<...@....D....0....D.............L..
(UTF-16 String) .....$......................Guest. Built-in. account. for. guest. access. to. the .computer/domain.

**SAM\Domains\Account\Users\000003EB**

| | |
|---|---|
| Last Written Time | 5/24/2009 13:21:15 UTC |
| SID unique identifier | 1003 |
| User Name | Joe |
| Logon Count | 930 |
| Last Logon Time | 5/24/2009 13:21:15 UTC |
| Last Password Change Time | 7/31/2008 21:45:09 UTC |
| Expiration Time | Never |
| Invalid Logon Count | 0 |
| Last Failed Login Time | Never |
| Account Disabled | false |
| Password Required | false |
| Country Code | 0 (System Default) |
| Has LAN Manager Password | false |
| Has NTLMv2 Password | true |

| Name | Type | Data |
|---|---|---|
| F | REG_BINARY | 02 00 01 00 00 00 00 00 70 0D 16 84 72 DC C9 01 00 00 00 00 00 00 00 20 F0 D6 B3 56 F3 C8 01 FF FF FF FF FF FF FF 7F 00 00 00 00 00 00 00 EB 03 00 00 01 02 00 00 |
| | (ASCII String) | ........p..r.....V.................................. |
| V | REG_BINARY | 00 00 00 00 BC 00 00 00 02 00 01 00 BC 00 00 00 06 00 00 00 00 00 00 C4 00 00 00 00 00 00 00 00 00 00 00 00 00 C4 00 00 00 00 00 00 00 C4 00 00 00 00 00 |
| | (ASCII String) | .........................................D....0....D.............X.... |
| | (UTF-16 String) | |

User/Tile REG_BINARY
01 00 00 00 03 00 00 00 01 00 00 00 58 7C 00 00 42 4D 58 7C 00 00 00 00 00 00 50 00 00 00 28 00 00 00 7E 00 00 00 7E 00 00 00 01 00 10 00 03 00 00 00 8C 7C 00 00
...



(ASCII String)

**SAM\Domains\Account\Users\Names**

Last Written Time  7/31/2008 21:45:18 UTC

| Name | Type | Data |
|------|------|------|
| (default) | REG_NONE | (value not set) |

**SAM\Domains\Account\Users\Names\Administrator**

Last Written Time  7/31/2008 21:45:18 UTC

| Name | Type | Data |
|------|------|------|
| (default) | 0x01F4 | (value not set) |

**SAM\Domains\Account\Users\Names\Guest**

Last Written Time  7/31/2008 21:45:18 UTC

| Name | Type | Data |
|------|------|------|
| (default) | 0x01F5 | (value not set) |

**SAM\Domains\Account\Users\Names\Joe**

Last Written Time  7/31/2008 21:45:08 UTC

| Name | Type | Data |
|------|------|------|
| (default) | 0x03EB | (value not set) |

AccessData Registry Viewer

## Registry Information

 Registry Viewer Report

*JENKINS L1 001 (TOSHIBA laptop)*

## Summary Report: MountedDevices

### Summary Report Section

| Key Name | Name | Type | Data |
|---|---|---|---|
| MountedDevices | | Key Properties | Last Written Time: 5/16/2009 10:59:51 UTC |
| MountedDevices | \??\Volume {91a109e9-5f60-11dd-930e-806e6f6e6963} | REG_BINARY | 6E E5 11 11 00 00 10 00 00 00 00 00 |
| | | (ASCII String) | n.......... |
| | | (UTF-16 String) | □ ӕ |
| MountedDevices | \??\Volume {91a109ea-5f60-11dd-930e-806e6f6e6963} | REG_BINARY | 6E E5 11 11 00 00 D0 5D 00 00 00 00 |
| | | (ASCII String) | n......].... |
| | | (UTF-16 String) | · ӕ |
| MountedDevices | \??\Volume {91a109eb-5f60-11dd-930e-806e6f6e6963} | REG_BINARY | 6E E5 11 11 00 00 C0 E1 43 00 00 00 |
| | | (ASCII String) | n.......C... |
| | | (UTF-16 String) | · ӕ |
| MountedDevices | \??\Volume {91a109ee-5f60-11dd-930e-806e6f6e6963} | REG_BINARY | 5C 00 3F 00 3F 00 5C 00 49 00 44 00 45 00 23 00 43 00 64 00 52 00 6F 00 6D 00 48 00 4C 00 2D 00 44 00 54 00 2D 00 56 00 44 00 52 00 41 00 4D 00 5F 00 47 00 53 00 41 00 2D 00 54 00 34 00 30 00 4E 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 4A 00 54 00 30 00 33 00 5F 00 5F 00 5F 00 23 00 35 00 26 00 31 00 36 00 62 00 64 00 32 00 33 00 30 00 35 00 32 00 26 00 30 00 26 00 30 00 2E 00 30 00 2E 00 30 00 23 00 7B 00 35 00 33 00 66 00 35 00 36 00 33 00 30 00 :36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 06 00 32 00 2D 00 30 00 30 00 61 00 30 00 63 00 62 00 38 00 62 00 7D 00 |
| | | (ASCII String) | \.?.?.\.I.D.E.#.C.d.R.o.m.H.L.-.D.T.-.S.T._.D.V.D.R.A.M._.G.S.A.-.T.4.0.N._._._._._._._._._._.J.T.0.3._._._.#.5.&.1.b.d.2.3.0.5.2.&.0.&.0...0...0.#.{.5.3.f.5.6.3.0.d.-.b.6.b.f.-.1.0.0.a.0.c.9.1.e.f.b.8.b.}. |
| | | (UTF-16 String) | \??\IDE#CdRomHL-DT-ST_DVDRAM_GSA-T40N_____JT03___#5&1bd23052&0&0.0.0#{53f5630d-00a0c91efb8b} |
| MountedDevices | \DosDevices\C: | REG_BINARY | 6E E5 11 11 00 00 D0 5D 00 00 00 00 |
| | | (ASCII String) | n......].... |
| | | (UTF-16 String) | · ӕ |
| MountedDevices | \DosDevices\D: | REG_BINARY | 6E E5 11 11 00 00 C0 E1 43 00 00 00 |
| | | (ASCII String) | n.......C... |
| | | (UTF-16 String) | · ӕ |
| MountedDevices | \DosDevices\E: | REG_BINARY | 5C 00 3F 00 3F 00 5C 00 49 00 44 00 45 00 23 00 43 00 64 00 52 00 6F 00 6D 00 48 00 4C 00 2D 00 44 00 54 00 2D 00 56 00 44 00 52 00 41 00 4D 00 5F 00 47 00 53 00 41 00 2D 00 54 00 34 00 30 00 4E 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 5F 00 4A 00 54 00 30 00 33 00 5F 00 5F 00 5F 00 23 00 35 00 00 26 00 31 00 00 36 00 62 00 64 00 32 00 33 00 30 00 35 00 32 00 26 00 30 00 26 00 30 00 2E 00 30 00 2E 00 30 00 23 00 7B 00 35 00 33 00 66 00 35 00 36 00 33 00 30 00 :36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 06 00 32 00 2D 00 30 00 30 00 30 00 61 00 30 00 63 00 62 00 38 00 62 00 7D 00 |
| | | (ASCII String) | \.?.?.\.I.D.E.#.C.d.R.o.m.H.L.-.D.T.-.S.T._.D.V.D.R.A.M._.G.S.A.-.T.4.0.N._._._._._._._._._._.J.T.0.3._._._.#.5.&.1.b.d.2.3.0.5.2.&.0.&.0...0...0.#.{.5.3.f.5.6.3.0.d.-.b.6.b.f.-.1.0.0.a.0.c.9.1.e.f.b.8.b.}. |
| | | (UTF-16 String) | \??\IDE#CdRomHL-DT-ST_DVDRAM_GSA-T40N_____JT03___#5&1bd23052&0&0.0.0#{53f5630d |

|  |  |  |  |
|---|---|---|---|
|  |  | String) | 00a0c91efb8b} |
| MountedDevices | \??\Volume {364eb5b6-63ef-11dd-bce1-001e68455f0a} | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 ... 72 00 6F 00 64 00 5F 00 55 00 53 00 42 00 5F 00 44 00 49 00 53 00 4B 00 5F 00 32 00 2E 00 30 00 26 00 52 00 65 00 41 00 50 00 23 00 30 00 37 00 37 00 38 00 31 00 44 00 30 00 33 00 30 00 37 00 31 00 39 00 26 00 30 00 23 00 7B 00 3 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 2D ... 00 63 00 39 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.&.P.r.o.d._.U.S.B._.D.I.S.K._.2...0.&.R.e.v._.P.M.A.P.#.0.7.7.8.1.D.0.3.0.7.1 .b.6.b.f.-.1.1.d.0.-.9.4.f.2.-..0.0.a.0.c.9.1.e.f.b.8.b.}. |
|  |  | (UTF-16 String) | __??_USBSTOR#Disk&Ven_&Prod_USB_DISK_2.0&Rev_PMAP#07781D030719&0#{53f56307-b6bf-11d0-94f2-00... |
| MountedDevices | \DosDevices\F: | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 ... 72 00 6F 00 64 00 5F 00 55 00 53 00 42 00 5F 00 46 00 6C 00 61 00 73 00 68 00 5F 00 4D 00 65 00 6D 00 6F 00 72 00 76 00 5F 00 50 00 5F 00 00 41 00 50 00 23 00 35 00 42 00 38 00 35 00 30 00 36 00 30 00 30 00 30 00 31 00 36 00 26 00 00 33 00 06 00 65 00 35 00 36 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 30 00 39 00 30 00 30 00 61 00 30 00 63 00 09 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.&.P.r.o.d._.U.S.B._.F.l.a.s.h._.M.e.m.o.r.y.&.R.e.v._.P.M.A.P.#.5.B.8.5.0.6.0 {.5.3.f.5.6.3.0.7.-..b.6.b.f.-.1.1.d.0.-.9.4.f.2.-..0.0.a.0.c.9.1.e.f.b.8.b.}. |
|  |  | (UTF-16 String) | __??_USBSTOR#Disk&Ven_&Prod_USB_Flash_Memory&Rev_PMAP#5B8506000016&0#{53f56307-b6bf-11d0-94f... |
| MountedDevices | \??\Volume {b9723068-6423-11dd-b29d-001e68455f0a} | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 65 00 ... 59 00 26 00 00 00 72 00 6F 00 64 00 5F 00 55 00 53 00 42 00 5F 00 32 00 2E 00 30 00 5F 00 46 00 44 00 26 00 52 00 65 00 4D 00 41 00 50 00 23 00 36 00 45 00 37 00 34 00 31 00 45 00 31 00 32 00 30 00 42 00 33 00 41 00 26 00 30 00 23 00 7 00 00 36 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 30 00 30 00 63 00 09 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.P.N.Y.&.P.r.o.d._.U.S.B._.2...0._.F.D.&.R.e.v._.P.M.A.P.#.6.E.7.4.1.E.1.2.0._ {.5.3.f.5.6.3.0.7.-..b.6.b.f.-.1.1.d.0.-.9.4.f.2.-..0.0.a.0.c.9.1.e.f.b.8.b.}. |
|  |  | (UTF-16 String) | __??_USBSTOR#Disk&Ven_PNY&Prod_USB_2.0_FD&Rev_PMAP#6E741E120B3A&0#{53f56307-b6bf-11d0-94f2-... |
| MountedDevices | \??\Volume {de09380d-6796-11dd-84e3-837982fcf6f5} | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 65 00 ... 72 00 6F 00 64 00 5F 00 55 00 53 00 42 00 5F 00 46 00 6C 00 61 00 73 00 65 00 5F 00 4D 00 65 00 6D 00 6F 00 72 00 72 00 76 00 00 00 4D 00 41 00 50 00 23 00 35 00 42 00 38 00 35 00 30 00 36 00 30 00 30 00 30 00 31 00 36 00 26 00 30 00 23 00 00 33 00 06 00 65 00 35 00 36 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 30 00 30 00 61 00 30 00 63 00 09 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.&.P.r.o.d._.U.S.B._.F.l.a.s.h._.M.e.m.o.r.y.&.R.e.v._.P.M.A.P.#.5.B.8.5.0.6.0 {.5.3.f.5.6.3.0.7.-..b.6.b.f.-.1.1.d.0.-.9.4.f.2.-..0.0.a.0.c.9.1.e.f.b.8.b.}. |
|  |  | (UTF-16 String) | __??_USBSTOR#Disk&Ven_&Prod_USB_Flash_Memory&Rev_PMAP#5B8506000016&0#{53f56307-b6bf-11d0-94f... |
| MountedDevices | \??\Volume {de093835-6796-11dd-84e3-837982fcf6f5} | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 65 00 ... 72 00 6D 00 69 00 6E 00 26 00 00 00 72 00 6F 00 64 00 5F 00 6E 00 75 00 76 00 69 00 26 00 52 00 65 00 76 00 5F 00 31 00 2E 00 30 00 30 00 00 00 30 00 37 00 32 00 34 00 34 00 32 00 65 00 61 00 26 00 30 00 23 00 7B 00 35 00 33 00 66 00 0 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 2D 00 30 00 30 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.G.a.r.m.i.n.&.P.r.o.d._.n.u.v.i.&.R.e.v._.1...0.0.#.0.0.0.0.c.7.2.4.4.2.e.a.&.0.#. .1.1.d.0.-.9.4.f.2.-..0.0.a.0.c.9.1.e.f.b.8.b.}. |
|  |  | (UTF-16 String) | __??_USBSTOR#Disk&Ven_Garmin&Prod_nuvi&Rev_1.00#0000c72442ea&0#{53f56307-b6bf-11d0-94f2-00a0c91ef... |
| MountedDevices | \??\Volume {de093839-6796-11dd-84e3-837982fcf6f5} | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 00 ... 72 00 6D 00 69 00 6E 00 26 00 50 00 72 00 6F 00 64 00 5F 00 6E 00 75 00 76 00 69 00 5F 00 53 00 44 00 26 00 52 00 65 00 2E 00 30 00 30 00 23 00 30 00 30 00 30 00 30 00 63 00 37 00 32 00 34 00 34 00 32 00 65 00 61 00 26 00 31 00 23 00 23 00 7 00 36 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 00 30 00 30 00 39 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.G.a.r.m.i.n.&.P.r.o.d._.n.u.v.i._.S.D.&.R.e.v._.1...0.0.#.0.0.0.0.c.7.2.4.4.2.e.a. .b.6.b.f.-.1.1.d.0.-.9.4.f.2.-..0.0.a.0.c.9.1.e.f.b.8.b.}. |
|  |  | (UTF-16 String) | __??_USBSTOR#Disk&Ven_Garmin&Prod_nuvi_SD&Rev_1.00#0000c72442ea&1#{53f56307-b6bf-11d0-94f2-00a0c... |
| MountedDevices | \DosDevices\G: | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 00 ... 72 00 6F 00 64 00 5F 00 55 00 53 00 42 00 5F 00 44 00 49 00 53 00 4B 00 5F 00 32 00 2E 00 30 00 26 00 52 00 65 00 41 00 50 00 23 00 30 00 37 00 37 00 38 00 31 00 44 00 30 00 33 00 30 00 37 00 31 00 39 00 26 00 30 00 23 00 7B 00 3 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 2D 00 63 00 39 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.&.P.r.o.d._.U.S.B._.D.I.S.K._.2...0.&.R.e.v._.P.M.A.P.#.0.7.7.8.1.D.0.3.0.7.1 .b.6.b.f.-.1.1.d.0.-.9.4.f.2.-..0.0.a.0.c.9.1.e.f.b.8.b.}. |
|  |  | (UTF-16 String) | __??_USBSTOR#Disk&Ven_&Prod_USB_DISK_2.0&Rev_PMAP#07781D030719&0#{53f56307-b6bf-11d0-94f2-00... |
| MountedDevices | \??\Volume {57c4dc6d-6c08-11dd-83d7-001e68455f0a} | REG_BINARY | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 00 ... 61 00 73 00 68 00 26 00 50 00 72 00 6F 00 64 00 5F 00 44 00 72 00 69 00 76 00 65 00 5F 00 53 00 4D 00 5F 00 55 00 53 00 05 00 32 00 65 00 30 00 5F 00 31 00 31 00 30 00 30 00 23 00 30 00 41 00 30 00 41 00 30 00 30 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 31 00 00 33 00 30 00 37 00 2D 00 62 00 30 00 30 00 30 00 2D 00 30 00 30 00 39 00 00 34 00 00 66 00 00 32 00 2D 00 00 00 30 00 00 00 61 00 00 30 00 00 63 00 00 39 00 00 31 00 00 65 00 00 66 00 00 62 00 00 38 00 00 62 00 |
|  |  | (ASCII String) | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.F.l.a.s.h.&.P.r.o.d._.D.r.i.v.e._.S.M._.U.S.B.2.0.&.R.e.v._.1.1.0.0.#.A.A.0.4.0 |

| | | | |
|---|---|---|---|
| | (UTF-16 String) | | {.5.3.f.5.6.3.0.7.-.b.6.b.f.-.1.1.d.0.-.9.4.f.2.-.0.0.a.0.c.9.1.e.f.b.8.b.}. |
| | | | _?? USBSTOR#Disk&Ven_Flash&Prod_Drive_SM_USB20&Rev_1100#AA0401270000871 6&0#{53f56307-b6bf-11 |
| MountedDevices \DosDevices\H: | REG_BINARY | | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 ( 59 00 26 00 50 00 72 00 6F 00 64 00 5F 00 55 00 53 00 42 00 5F 00 32 00 2E 00 30 00 5F 00 46 00 44 00 26 00 52 00 ( 4D 00 41 00 50 00 23 00 36 00 45 00 37 00 34 00 31 00 45 00 31 00 32 00 30 00 42 00 33 00 41 00 26 00 30 00 23 00 7 00 36 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 30 00 63 00 39 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
| | (ASCII String) | | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.P.N.Y.&.P.r.o.d._.U.S.B._.2.0._.F.D.&.R.e.v._.P.M.A.P.#.6.E.7.4.1.E.1.2.0.' {.5.3.f.5.6.3.0.7.-.b.6.b.f.-.1.1.d.0.-.9.4.f.2.-.0.0.a.0.c.9.1.e.f.b.8.b.}. |
| MountedDevices \??\Volume {cafb7f0a-b8d4-11dd-aaf7-001e68455f0a} | (UTF-16 String) | | _?? USBSTOR#Disk&Ven_PNY&Prod_USB_2.0_FD&Rev_PMAP#6E741E120B3A&0#{53f56307-b6bf-11d0-94f2- |
| | REG_BINARY | | 5F 00 3F 00 3F 00 5F 00 55 00 53 00 42 00 53 00 54 00 4F 00 52 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 ( 59 00 4D 00 50 00 55 00 53 00 26 00 50 00 72 00 6F 00 64 00 5F 00 43 00 31 00 36 00 30 00 5F 00 23 00 7B ( 36 00 33 00 30 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 00 30 00 30 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
| | (ASCII String) | | _.?.?._.U.S.B.S.T.O.R.#.D.i.s.k.&.V.e.n._.O.L.Y.M.P.U.S.&.P.r.o.d._.C.1.6.0._.D.3.9.5.&.R.e.v._.1._.0.0.#.S.W.0.3.1.7.' {.5.3.f.5.6.3.0.7.-.b.6.b.f.-.1.1.d.0.-.9.4.f.2.-.0.0.a.0.c.9.1.e.f.b.8.b.}. |
| MountedDevices \??\Volume {ddc79ea9-0e46-11de-96cc-001e68455f0a} | (UTF-16 String) | | _?? USBSTOR#Disk&Ven_OLYMPUS&Prod_C160_D395&Rev_1.00#SW03176328_#{53f56307-b6bf-11d0-94f2-0 |
| | REG_BINARY | | 5F 00 3F 00 3F 00 5F 00 53 00 43 00 53 00 49 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 6E 00 5F 00 4F 00 72 00 6F 00 26 00 00 50 00 72 00 6F 00 64 00 5F 00 78 00 44 00 50 00 69 00 63 00 74 00 75 00 72 00 65 00 23 00 35 00 2 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 2D 00 30 00 30 00 61 00 00 39 00 31 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
| | (ASCII String) | | _.?.?._.S.C.S.I.#.D.i.s.k.&.V.e.n._.O.2.M.i.c.r.o.&.P.r.o.d._.x.D.P.i.c.t.u.r.e.#.5.&.1.7.3.2.e.f.a.c.&.0.&.0.0.0.0.0.0.#.{.5. .1.1.d.0.-.9.4.f.2.-.0.0.a.0.c.9.1.e.f.b.8.b.}. |
| MountedDevices \??\Volume {ddc79ead-0e46-11de-96cc-001e68455f0a} | (UTF-16 String) | | _?? SCSI#Disk&Ven_O2Micro&Prod_xDPicture#5&1732efac&0&000000#{53f56307-b6bf-11d0-94f2-00a0c91efb8t |
| | REG_BINARY | | 5F 00 3F 00 3F 00 5F 00 53 00 43 00 53 00 49 00 23 00 44 00 69 00 73 00 6B 00 26 00 56 00 65 00 6E 00 5F 00 4F 00 72 00 6F 00 26 00 50 00 72 00 6F 00 64 00 5F 00 4D 00 65 00 6D 00 6F 00 72 00 79 00 53 00 74 00 69 00 63 00 6B 00 37 00 33 00 32 00 65 00 66 00 61 00 63 00 26 00 30 00 26 00 30 00 30 00 30 00 30 00 30 00 30 00 23 00 7B 00 35 00 00 33 00 30 00 37 00 2D 00 62 00 36 00 62 00 66 00 2D 00 31 00 31 00 64 00 30 00 2D 00 39 00 34 00 66 00 32 00 2D 00 30 00 39 00 31 00 30 00 65 00 66 00 62 00 38 00 62 00 7D 00 |
| | (ASCII String) | | _.?.?._.S.C.S.I.#.D.i.s.k.&.V.e.n._.O.2.M.i.c.r.o.&.P.r.o.d._.M.e.m.o.r.y.S.t.i.c.k.#.5.&.1.7.3.2.e.f.a.c.&.0.&.0.0.0.0.0.0.# .1.1.d.0.-.9.4.f.2.-.0.0.a.0.c.9.1.e.f.b.8.b.}. |
| | (UTF-16 String) | | _?? SCSI#Disk&Ven_O2Micro&Prod_MemoryStick#5&1732efac&0&000000#{53f56307-b6bf-11d0-94f2-00a0c91ef |

```
                                 sjklfd
LOLITA HOUSE XXX Name Anonymous 09/05/12(Tue)04:14 No.191934     [Reply]
hpsp://letitbit.net/download/26c7e0359356a34/LH_5.rar.html

pass a129d106e0a8ad694de1??081sdgsdgsd
>> No Subject Name Anonymous 09/05/12(Tue)04:59 No.191943
+1
>> No Subject Name Anonymous 09/05/12(Tue)06:11 No.192017
Thanks!!!!!
>> pw Name me 09/05/12(Tue)06:44 No.192043
can somebody post correct pw. for me doesnt work. Thanks in advance


Sasha girl 12yo (NEW MOVIE)!!!! Name Anonymous 09/05/12(Tue)01:28 No.191877
hlap://letitbit.net/download/0f8eef07232aee6/Sasha_s3.rar.html

pass a129d106e0a8


pass only works on Russian pc's look at the H tat followes the e


a129d106e0a8ad694de1??081sdgsdgsd
a129d106e0a8ad694de1?H081sdgsdgsd
a129d106e0a8ad694de1eh081sdgsdgsd+1
A129D106E0A8AD694DE1EH081SDGSDGSD
a129d106e0a8ad694de1??081sdgsdgsd

a129d106e0a8ad694de1ÐµÐH081sdgsdgsd

a129d106e0a8ad694de1ÐµÐ¾081sdgsdgsd
```

This text file was located on the 8 GB thumb drive.

There is a .lnk file on the Toshiba laptop showing that the document was recently accessed

( C: Users\ Joe\ App Data\ Roaming\ Microsoft\ Recent Items\

sjk(fd.txt)

Page 1

240

## Summary Report: CurrentVersion

Summary Report Section

Microsoft\Windows NT\CurrentVersion Key Properties:

- Last Written Time: 4/15/2009 10:20:01 UTC
- OS Install Date (UTC): Fri Aug 01 00:32:22 2008
- OS Install Date (Local): Thu Jul 31 20:32:22 2008

Microsoft\Windows NT\CurrentVersion ProductName: Windows Vista (TM) Home Premium

Microsoft\Windows NT\CurrentVersion RegisteredOrganization: (value not set)

Microsoft\Windows NT\CurrentVersion RegisteredOwner: Joe

Microsoft\Windows NT\CurrentVersion CSDVersion: Service Pack 1

**Associating suspect CP files from thumb drives to Toshiba laptop**

The Toshiba laptop computer (line item 001 from the JENKINS seizure) had Windows Vista Home Premium installed on 7/31/08; as part of the operating system package, Windows Media Player (WMP) was installed at the same time.

WMP includes a database that lists all of the music, videos and pictures contained on the computer hard drive; on the Toshiba, this database is located in the following path:

Users\Joe\AppData\Local\Microsoft\MediaPlayer\CurrentDatabase_360.wmdb

This database contains links to the digital media files contained on the computer, rather than the actual digital media files.  Even after the files are deleted, the record of their existence on the hard drive (i.e., their file name and the path where they were stored) can remain in the database file.

The 4GB thumb drive (line item 004 from the JENKINS seizure) contains 10 suspect child pornography graphic files whose MD5 hash values match graphic files contained on the Toshiba laptop; 7 of these files were created on the thumb drive after 7/31/08 (the date when WMP was installed on the Toshiba). The file names of these graphic files on the thumb drive are as follows:

- 10.jpg
- 1241293646588.jpg
- 11.jpg
- 1241404640714.jpg
- 1239582374432.jpg
- 1239736202210.jpg
- 1238097185831.jpg

The above file names (as they appeared on line item 004, the 4GB thumb drive) were queried in the WMP database file; evidence was found that each of these file names were at one time located in the path C:\Users\Joe\Pictures.  This would conclusively establish that graphic files with these names were at one time contained on the Toshiba computer.  3 of these files (10.jpg, 11.jpg and 1239736202210.jpg) are MD5 hash matches to images of known victims from the National Center for Missing and Exploited Children (NCMEC).



| File Name | Full Path | Cr Date | Mod Date | Acc Date |
|---|---|---|---|---|
| 85384\7283-1 (29).jpg | 4GB Thumb Drive\Part_1\USB20FD-FAT32\USB DISK (E)\85384\7283-1 (29).jpg | 6/13/2007 12:44 | 11/21/2006 18:03 | 5/16/2009 0:00 |
| img200703062002949.jpg | 4GB Thumb Drive\Part_1\USB20FD-FAT32\USB DISK (E)\03170\7\img200703062002949.jpg | 6/13/2007 13:02 | 3/12/2007 22:11 | 5/16/2009 0:00 |
| 8878.JPG | 4GB Thumb Drive\Part_1\USB20FD-FAT32\USB DISK (E)\34\8878.JPG | 6/13/2007 13:05 | 3/8/2007 21:12 | 5/16/2009 0:00 |
| 1238097094803.jpg | 4GB Thumb Drive\Part_1\USB20FD-FAT32\032309\1238097094803.jpg | 3/26/2009 19:48 | 3/26/2009 18:01 | 5/16/2009 0:00 |
| 1239966716513.jpg | 4GB Thumb Drive\Part_1\USB20FD-FAT32\042009\1239966716513.jpg | 4/18/2009 7:02 | 4/17/2009 7:12 | 5/16/2009 0:00 |
| 1240882575725.jpg | 4GB Thumb Drive\Part_1\USB20FD-FAT32\042009\1240882575725.jpg | 4/28/2009 7:55 | 4/27/2009 23:37 | 5/16/2009 0:00 |
| I0.JPG | 8GB Drive\Part_1\NONAME-FAT32\I\gkfdK\I0.JPG | 5/5/2009 13:18 | 5/2/2009 16:51 | 5/16/2009 0:00 |
| I1.JPG | 8GB Drive\Part_1\NONAME-FAT32\I\gkfdK\I1.JPG | 5/5/2009 13:18 | 5/2/2009 16:51 | 5/16/2009 0:00 |
| 1241293646588.jpg | 8GB Drive\Part_1\NONAME-FAT32\I\gkfdK\1241293646588.jpg | 5/5/2009 13:18 | 5/3/2009 21:56 | 5/16/2009 0:00 |
| 1241404640714.jpg | 8GB Drive\Part_1\NONAME-FAT32\I\gkfdK\1241404640714.jpg | 5/5/2009 13:18 | 5/4/2009 6:41 | 5/16/2009 0:00 |

243

| File Name | Full Path | Cr Date | MD5 Hash |
|---|---|---|---|
| 112A039A0-4508-4AAC-A43B-59A31C6E9757J-4ewBoxl.jpg | 001 Toshiba laptop\Part_1\12A039A0d508-4AAC-A43B-59A31C6E9757J-4ewBoxl.jpg | 9/12/2008 21:26 | ACEUF677020D9AOEE23D5DF7201C1DC5 |
| JPEG_12447[1477355].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{ae0fdf34-1822-11de-bab5-8c73c61c737a}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_DGb>JPEG_12447[477355].jpg | 3/26/2009 18:41 | 57EFD0FB9DCD744D3DE10513478373F |
| JPEG_12427[705974].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{ae0fdf34-1822-11de-bab5-8c73c61c737a}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_DG0>JPEG_12427[445477998].jpg | 3/26/2009 18:41 | D568D78B88D36EE9EC56AC83509E6A6 |
| JPEG_23343[1097824].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{ae0fdf34-1822-11de-bab5-8c73c61c737a}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_DGo>JPEG_23343[1097824].jpg | 3/26/2009 18:41 | 516D4F526A77A816F11AC230145229292 |
| JPEG_13305[5]869391].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{ae0fdf34-1822-11de-bab5-8c73c61c737a}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_DGo>JPEG_13305[5]869391].jpg | 4/1/2009 16:53 | C0B0D5C3249F94415C153C6E8889384A6 |
| JPEG_11233[64]402216].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{e5581c51-37d4-11de-977e-001e68455f0b}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_15>>JPEG_11233[64]402216].jpg | 5/6/2009 7:47 | 8124E15CD451B1D81D00F7F36C6E27ACB |
| JPEG_18976[10]402233].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{e5581c51-37d4-11de-977e-001e68455f0b}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_17>>JPEG_18976[192]402233].jpg | 5/6/2009 7:47 | A0471B5D24F4AE4823F830206EC535B80 |
| JPEG_18882[50]402240].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{e5581c51-37d4-11de-977e-001e68455f0b}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_18>>JPEG_18882[50]402240].jpg | 5/6/2009 7:47 | 9FA93B8B209F4CDE184464CC6121BA53D |
| JPEG_14135[42]402795].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{e5581c51-37d4-11de-977e-001e68455f0b}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_19>>JPEG_14135[426]402795].jpg | 5/4/2009 15:43 | 556641558558DCD94144483CC34A3 |
| JPEG_17911[69]431441].jpg | 001 Toshiba laptop\Part_1\03A46E3A0D10-NTFS\System Volume Information\{1f1f3d6b-23b6-11de-a1cc-001e68455f0a}[3808378b-c17d-4e48-b7ac-00d6dec6c731]_20>>JPEG_17911[69]431441].jpg | 4/15/2009 23:42 | E094035AD3C37165550F6CCD54608B4C0 |

ICMEC requests pages 5 & 25

Blue Pillow series (Elk Grove PD, CA).

Property faries (FBI, SA Chris Trifiletti) pages 19 of 25.

Toshiba Laptop had desktop icon, New Folder (2).
That folder contained 49 video files — 3 marked during exam as CP, others child erotica, some which could be re-assessed as CP.

New Folder (2) created   1/19/09   6:00 PM
immediately 5 .flv files of female children dancing in underwear saved to folder.

channel .flv created 1/14/09   5:26 PM  (moved into "New Folder (2)" after it was created)

1/19/09  6:33 PM  someone opened an email to
     jjenkins70 @ rochester.rr.com

2/5/09   5:42 PM   stickam — erina — is nasty...
         10:19 PM  jjenkins email to Dave Mohter Dmm5769@ gmail. com
3/2/09   10:30 PM   sierra . avi
3/3/09   cts to WMV. wmv   8:47 PM
3/3/09   webcam + ane . avi   8:57 PM

245

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

CASE NUMBER

## CASE CHRONOLOGY & REVIEW FORM

4200-01 (3), P&PM (Special Agent Handbook)

| DATE | TIME EXPENDED | DESCRIPTION OF ACTIVITY |
|---|---|---|
| 3/20/12 | | AUSA would like additional work done on serial ____. ____ will attempt to carve for Windows shortcut files (very few visible in FTK - past probably cleaned by CCleaner) |
| 3/21/12 | | (Second) Supplemental Report emailed to AUSA + SA Willard. |
| 7/3/12 | | Phone con w/ AUSA, Case Agent, Defense Atty. |
| 7/9/12 | | Sent 2 spreadsheets to SA Willard - file props of files that were on both the computer and thumb drive (s). |
| 7/10/12 | | Created "JENKINS Working Copy" evidence HDD to take to meeting w/ AUSA 7/11. |
| 7/23/12 | | Met w/ AUSA, SA Willard, Solomon - Owen. <br> - need to check EVT LOG to determine if timers were altered <br> - screen shots of accessing email simultaneous to CP |
| | | |
| | | |
| | | |
| | | |

Customs From 9B (101086)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

| CASE NUMBER |
| --- |
| |

## CASE CHRONOLOGY & REVIEW FORM

4200-01 (3), P&PM (Special Agent Handbook)

| DATE | TIME EXPENDED | DESCRIPTION OF ACTIVITY |
| --- | --- | --- |
| 7/13/11 | | Created FTK report for analyzed thumb drives – mult. graphic + multimedia files of suspect CP. |
| | | Began processing L.1. 001 (Toshiba laptop) image in FTK |
| | | |
| 7/14/11 | | L.1.001 fully processed – began analyzing in FTK. |
| | | SA Meyer provided background data (OPP Child Exploit Unit CD, CBSA statements, etc.). |
| | | Began processing L.1.002 in FTK. |
| 7/17/11 | | Began analysis of L1 002 in FTK. |
| 7/29/11 | | Began processing L.1. 001 in EnCase to harvest Internet History. Saved results as .xls. |
| | | Began processing L1 002 in EnCase. Obtained Internet History, saved as .xls. |
| 8/10/11 | | Completed written exam report, evidence list, NCMEC liens. |
| | | |
| 10/21/11 | | Tele-con evidence review w/ AUSA, Case Agent + Defense Atty. |
| | | |
| 3/13/12 | | SA Willard called re: new teleconference 3/15 at 1 PM. Wants a count of suspect CP on Toshiba that matches CP found on thumb drives. |
| 3/14/12 | | Prepared supplementary exam for case agent + AUSA. |

Customs From 9B (101086)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

CASE NUMBER

## CASE CHRONOLOGY & REVIEW FORM

4200-01 (3), P&PM (Special Agent Handbook)

| DATE | TIME EXPENDED | DESCRIPTION OF ACTIVITY |
|------|---------------|-------------------------|
| 7/7/11 | | Received evidence (L.I. 001 → 007) from SA Willard re JENKINS, Joseph. Transported E/S to ICE Buffalo Lab. Unsealed E/S bag containing L.I. 003 → 005 (3 USB thumb drives) + began imaging L.I. 003. |
| | | Placed remaining E/S in Evidence Room. |
| 7/8/11 | | L.I. 003 imaged + verified. Began imaging L.I. 004. L.I. 004 imaged + verified. Began imaging L.I. 005. L.I. 005 imaged + verified. Sealed 24:5 - placed in E/S. Removed L.I. 001 from E/S. Photographed, removed HDD + began by verifying w/ FTK Imager. Began processing L.I. 003 in FTK. |
| 7/9/11 | | L.I. 003 fully processed in FTK, began processing L.I. 004. L.I. 001 verified, began imaging. |
| 7/11/11 | | L.I. 001 fully imaged - hashes match verification hashes. Began processing L.I. 005 in FTK. Returned HDD to L.I. 001, placed in E/S room. L.I. 005 fully processed - FTK Case "JENKINS USB Thumbdrives" contains L.I. 003, 004 + 005. Began analysis. Removed L.I. 002 (Compaq laptop) from E/S, verified HDD, imaged HDD, repackaged + returned to E/S. Removed L.I. 007 (cell phone) from E/S. Charged battery, attempted extraction of Cellebrite - unsuccessful. Returned to E/S. |

Toshiba Satellite P300 laptop

- Computer name — "JOE-PC"
- User profiles — "Joe" and "Administrator"
- Both thumb drives were attached to the laptop via USB port
- Windows operating system registered to "Joe" *shows serial #'s in registry*
- computer has Ethernet *connector* + Wireless net. card w/ associated IP addresses indicating connected to internet
- Has 3 email accounts through MS Outlook (roadrunner)
- 5 CP Pic found in System Volume folder (hidden — cached when system restored)
- Numerous ~~Pics~~ of CP in ~~each~~ thumb cache

Compaq Presario 2100 laptop

- Registered to "JOE"
- Registry shows both thumb drives connected to computer
- 1 CP movie in deleted space

PNY Technologies 4GB thumb drive

- Loaded w/ CP from June 2007 — May 2009
- info indicating used @ websites "Lolita House", Letitbit. net"

PNY Attaché 8 GB Thumb drive

- Same images of CP from Toshiba + other thumb
- Lots of CP movies — *1/2 which* downloaded from letitbit. net website
- From August 08 — May 2009

CP images from within thumb drive frames

249

From:      Trailer Parts Superstore <newsletter@easternmarine.com>
To:        Joe Jenkins <jjenkins70@rochester.rr.com>
Subject:   Trailer Parts Sale Specials



**"Serving the Boat, RV & Utility Trailer Market Since 1981"**
**Online Newsletter**

| | |
|---|---|
| Axles | |
| Boat Covers | |
| Brakes | |
| Bunks & Guides | |
| Couplers, Chains | |
| Frame Parts | |
| Hitch Parts | |
| Hubs, Bearings | |
| Jacks | |
| Leaf Springs | |
| Lights & Wiring | |
| Rollers | |
| Tires & Rims | |
| Tie-Downs | |
| Winches | |
| Tractor Trailer | |
| Utility Trailer | |
| Horse Trailer | |
| Snowmobile Trailer | |

## JAN. 2009 TRAILER PARTS SALE SPECIALS
### Prices in effect 01/19/09 thru 01/28/09
Featured Items Include: E-Track, Motorcycle Tie-Downs
Electric Brakes, Brake Controller, RACK'EM & TOW-RAX
Accessories

| | | |
|---|---|---|
| | **TOW-RAX Aluminum Trailer Accessories**<br>Interior accessories for Race Car Trailers, Motorcycle Trailers & Cargo Trailers including: Aluminum Cabinets, Racks, Shelves, Tables, Trays, Brackets, Hangers, Wheel Chocks, Floor Accessories & Miscellaneous Hardware. | **SALE 20% OFF EACH** |
| | **Aluminum 'Super Track' Kit #ST93**<br>Stylish tie-down kit includes four 46-1/2" long x 1-1/4" wide tracks and (8) adjustable load rings<br>**Stock #1326147   Reg. $89.95** | **SALE $69.95** |
| | **60" Series 'E'-Track Horizontal Strip**<br>5" wide x 60" long x 30 slot Horizontal 'E-Track' tiedown strip. 12ga. steel with powder coat finish<br>**Stock #1326123   Reg. $12.99** | **SALE $9.99** |
| | **24" Series 'E'-Track Horizontal Strip**<br>5" wide x 24" long x 12 slot Horizontal 'E-Track' tiedown strip. 12ga. steel with powder coat finish<br>**Stock #1326171   Reg. $8.79** | **SALE $5.79** |
| | **"Soft Tie" Motorcycle / ATV Tie-Down**<br>(2-pack) 8' x 1" web with Padded Rubber Handle Ratchet and built-in Soft Tie loop. Each strap has two full size, nonmarring vinyl coated S-hooks.<br>**Stock #1389113   Reg. $19.99** | **SALE $11.99** |
| | **Motorcycle Ratchet Tie-Down, 8' x 1-1/2"**<br>(2-pack) Built-in-loop provides a Soft Tie extension to prevent marring. Ratchet handle is extra wide and padded for a comfortable grip. | **SALE $16.50** |



Copyright© Eastern Group, Inc. All Rights Reserved

Powered By Mail-Logic Newsletter Manager
This email was sent to you because you are an
Eastern Marine Customer.
Click Here to Unsubscribe

| | | |
|---|---|---|
| whirlpool-NA.kdb | 1/19/2009 11:50:06 AM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\AppData\Local\VirtualStore\Program Files (x86)\IKEA HomeP\anner\I |
| W\hitegoods.kdb | 1/19/2009 11:50:06 AM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\AppData\Local\VirtualStore\Databases\IKEA\Whitegoods.kdb |
| W\hitegoods.kdb | 1/19/2009 11:50:06 AM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\AppData\Local\VirtualStore\Program Files (x86)\IKEA HomeP\anner\I |
| \$30 | 1/19/2009 6:00:08 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Desktop\New Folder (2)\\$30 |
| \13.liv | 1/19/2009 6:00:09 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Desktop\New Folder (2)\New Folder\13.liv |
| 14.liv | 1/19/2009 6:00:12 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Desktop\New Folder (2)\New Folder\14.liv |
| 15.liv | 1/19/2009 6:00:13 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Desktop\New Folder (2)\New Folder\15.liv |
| 25.liv | 1/19/2009 6:00:15 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Desktop\New Folder (2)\New Folder\25.liv |
| 30.liv | 1/19/2009 6:00:16 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Desktop\New Folder (2)\New Folder\30.liv |
| 7A84Z8FF-00000155.eml | 1/19/2009 6:33:57 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\AppData\Local\Microsoft\Windows Mail\Local Folders\Inbox\7A84Z8 |
| DECustomProperty | 1/19/2009 6:33:57 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\AppData\Local\Microsoft\Windows Mail\Local Folders\Inbox\7A84Z8 |
| favicon | 1/19/2009 8:04:34 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Favorites\Intematic T7401B - 7-Day Dial Time Switch - |
| Intematic T7401B - 7-Day Dial Time Switch - NEMA 1 Steel Case - 4PST... | 1/19/2009 8:04:34 PM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\Users\Joe\Favorites\Intematic T7401B - 7-Day Dial Time Switch - NEMA 1 Stee |
| SystemIndex: 130.Cvi | 1/20/2009 6:20:31 AM | 001 Toshiba laptop/Pat_Z\S3\46S3\0010\NTFS\ProgramData\Microsoft\Search\Data\Applications\Windows\GatheredLogs\Syster |

252

Subject:                   Price Adjustment Effective February 2, 2009
From:                     "Johanna Ball" <JBall@generac.com>
Cc:                       "Ryan Jeske"
                           <RJeske@generac.com>,<kylekauppila@gmail.com>,"Joanne
                           Wenzel" <JWenzel@generac.com>

Prices on Generac generators will be adjusted effective February 2, 2009, due to the product enhancements which allow us to meet new, more stringent EPA Guidelines.  Updated price lists have been sent out to all dealers and information is also available on the Dealer Connection.  Take advantage of current price levels by placing your orders by February 1, 2009 prior to the price adjustment.  Please direct questions regarding product pricing and availability to your inside sales representative.  Thank you,

Johanna Ball

Guardian Dealer Channel Marketing Manager

Phone:  262-544-4811, ext. 2058

Email:  jball@generac.com

```
                     AAA - NOTES for this timeline.txt
File "Zone.Identifier" is an alternate data stream (ADS) file created for
"meekrab.mpg".  It is created when a file (in this case, meekrab.mpg) is downloaded
from the Internet using Internet Explorer, and provides the URL security zone.
```



## Client Service Center

Glossary | FAQs | Help | Contact Us

Thank you for registering to access your account online!

You have successfully registered! Please check your email account to retrieve your username, so you that you can log in.

Please print this screen for your records. A confirmation has also been sent to the email address indicated below.

Your User Name: JJenkins001

Your Password: You selected your password during registration.

Your Email Address: jjenkins70@rochester.rr.com

Your Security Hint Question: City of Birth

Log in and view your account >>

>> Go back to the home page

| File Items | | | |
|---|---|---|---|
| Total File Items: | 456325 | Bookmarked Items: | 616 | Spreadsheets: | 64 |
| Checked Items: | 10 | Bad Extension: | 11733 | Databases: | 32 |
| Unchecked Items: | 456315 | Encrypted Files: | 16 | Graphics: | 72337 |
| Flagged Thumbnails: | 394 | From E-mail: | 995 | Multimedia: | 1685 |
| Other Thumbnails: | 71743 | Deleted Files: | 7263 | E-mail Messages: | 334 |
| | | From Recycle Bin: | 0 | Executables: | 27961 |
| Filtered In: | 456325 | Duplicate Items: | 130300 | Archives: | 14784 |
| Filtered Out: | 0 | OLE Subitems: | 111994 | Folders: | 19423 |
| Unfiltered | Filtered | Flagged Ignore: | 0 | Slack/Free Space: | 76776 |
| All Items | Actual Files | KFF Ignorable: | 0 | Other Known Type: | 9224 |
| | | Data Carved Files: | 15422 | Unknown Type: | 190968 |

| | | C-Date | Full Path |
|---|---|---|---|
| File Name | | | |
| stat.txt | | 1/20/2009 7:04:14 AM | 001 Toshiba laptop\Part_2\S3A6634D01\NTFS\Program Files (x86)\IKEA HomePlanner\settings\stat.txt |
| | | 1/20/2009 7:16:21 AM | 001 Toshiba laptop\Part_2\S3A6634D01\NTFS\Users\Joe\AppData\Local\Microsoft\Windows Mail\Local Folders\Inbox\27{?} |

255

| Name | Date | Path |
|---|---|---|
| Intermatic T7401B - 7-Day Dial Time Switch - NEMA 1 Steel Case - 4PST... | 1/19/2009 8:04:34 PM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\Favorites\Intermatic T7401B - 7-Day Dial Time Switch - NEMA 1 Stee |
| SystemIndex:139.Crwl | 1/20/2009 6:20:31 AM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\ProgramData\Microsoft\Search\Data\Applications\Windows\GatherLogs\System |
| Index.dat | 1/20/2009 6:57:52 AM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\Desktop\New Folder (2)\meetnab.msg |
| start.txt | 1/20/2009 7:04:14 AM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\Desktop\Program Files (x86)\IKEA HomePlanner\settings\start.txt |
| Zone.Identifier | 1/20/2009 7:16:21 AM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\AppData\Local\Microsoft\Windows\Local Folders\Inbox\22C05 |
| C2CD6DB8-00000165.eml | 1/20/2009 7:16:21 AM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\AppData\Local\Microsoft\Windows\Local Folders\Inbox\22C05 |
| OECustomProperty | 1/20/2009 3:10:39 PM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\Desktop\Registration Confirmation.htm |
| Registration Confirmation.htm | 1/20/2009 3:39:25 PM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\AppData\Local\Microsoft\Windows\Local Folders\Inbox\12231 |
| 12231724-00000159.eml | 1/20/2009 3:39:25 PM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\AppData\Local\Microsoft\Windows\Local Folders\Inbox\37CF1 |
| 37CF134D-00000157.eml | 1/20/2009 3:39:25 PM | 001 Toshiba laptop\Part_2\S3A6S34D010-NTFS\Users\Joe\AppData\Local\Microsoft\Windows\Local Folders\Inbox\37CF1 |
| OECustomProperty | | |

```
                                    start[220026].txt
All
IKEA Home Planner FY09  - 2.0.1
```

Zone.Identifier

```
[ZoneTransfer]
ZoneId=3
```

From:                           Ron Travis <iamrat@yahoo.com>
Subject:                        Maxine on the bailout
To:                             undisclosed recipients: ;
Attachment                      Attachment

_filtered #yiv178570470 {font-family:Verdana;} _filtered #yiv178570470 {margin:1.0in 1.25in 1.0in
1.25in;}#yiv178570470 #AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c P.MsoNormal {FONT-
SIZE:12pt;MARGIN:0in 0in 0pt;FONT-FAMILY:"Times New Roman";}#yiv178570470
#AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c LI.MsoNormal {FONT-
SIZE:12pt;MARGIN:0in 0in 0pt;FONT-FAMILY:"Times New Roman";}#yiv178570470
#AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c DIV.MsoNormal {FONT-
SIZE:12pt;MARGIN:0in 0in 0pt;FONT-FAMILY:"Times New Roman";}#yiv178570470
#AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c A:link {COLOR:blue;TEXT-
DECORATION:underline;}#yiv178570470 #AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c
SPAN.MsoHyperlink {COLOR:blue;TEXT-DECORATION:underline;}#yiv178570470
#AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c A:visited {COLOR:purple;TEXT-
DECORATION:underline;}#yiv178570470 #AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c
 SPAN.MsoHyperlinkFollowed {COLOR:purple;TEXT-DECORATION:underline;}#yiv178570470
#AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c P {FONT-SIZE:12pt;MARGIN-
LEFT:0in;MARGIN-RIGHT:0in;FONT-FAMILY:"Times New Roman";}#yiv178570470
#AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c SPAN.EmailStyle19 {COLOR:navy;FONT-
FAMILY:Arial;}#yiv178570470 #AOLMsgPart_3_2e760130-5780-4d14-a5b5-d8584a4f6f0c DIV.Section1
{}

BAIL EM OUT!

Back in 1990, the Government seized the Mustang Ranch brothel in Nevada for tax evasion and, as required by law, tried to run it. They failed and it closed.  Now we are trusting the economy of our country and our banking system to the same nit-wits who couldn't make money running a whore house and selling whiskey.



BAIL EM OUT!

Back in 1990, the Government seized the Mustang Ranch brothel in Nevada for tax evasion and, as required by law, tried to run it. They failed and it closed.  Now we are trusting the economy of our country and our banking system to the same nit-wits who couldn't make money running a whore house and selling whiskey.

From:                    Ron Travis <iamrat@yahoo.com>
Subject:                 The Kid from Brooklyn about Muslim Foot Baths
To:                      undisclosed recipients: ;
Attachment               wheresthesoapTim.wmv

| File | Date/Time | Path |
|---|---|---|
| {3EA4..-...12..-...}3EF43810-000001A3.eml | 2/?/2009 9:13:20 PM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\AppData\Local\Microsoft\Windows Defender\...acket\Inbox\35E43 |
| 3EF43810-000001A3.eml | 2/22/2009 9:14:03 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\AppData\Local\Microsoft\Windows Mail\Local Folders\Inbox\35E43 |
| OLECustomProperty | 2/22/2009 9:14:03 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\AppData\Local\Microsoft\Windows Mail\Local Folders\Inbox\35E43 |
| SystemIndex.172.Cwl | 2/22/2009 9:22:03 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\ProgramData\Microsoft\Search\Data\Applications\Windows\GatherLogs\Syster |
| $I30 | 2/22/2009 9:41:17 AM | 001 Toshiba laptop\Pat_4\NONAME-NTFS\{orphan}\*mstf\qt.t\\$I30 |
| _MSSETUP_Q_ | 2/22/2009 9:41:17 AM | 001 Toshiba laptop\Pat_4\NONAME-NTFS\{orphan}\*mstf\qt.t\_MSSETUP_Q_ |
| acmsetup.exe | 2/22/2009 9:41:58 AM | 001 Toshiba laptop\Pat_4\NONAME-NTFS\{orphan}\*mstf\qt.t\acmsetup.exe |
| ppview.dll | 2/22/2009 9:41:17 AM | 001 Toshiba laptop\Pat_4\NONAME-NTFS\{orphan}\*mstf\qt.t\ppview.dll |
| ~msstf.t | 2/22/2009 9:41:17 AM | 001 Toshiba laptop\Pat_4\NONAME-NTFS\{orphan}\*mstf\qt.t |
| acmsetup.hlp | 2/22/2009 9:41:18 AM | 001 Toshiba laptop\Pat_4\NONAME-NTFS\{orphan}\*mstf\qt.t\acmsetup.hlp |
| mssetup.dll | 2/22/2009 9:41:18 AM | 001 Toshiba laptop\Pat_4\NONAME-NTFS\{orphan}\*mstf\qt.t\mssetup.dll |
| $I30 | 2/22/2009 9:41:50 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\setup\$I30 |
| $I30 | 2/22/2009 9:41:50 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\setup\$I30 |
| MSCREATE.DIR | 2/22/2009 9:41:50 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\setup\MSCREATE.DIR |
| MSCREATE.DIR | 2/22/2009 9:41:50 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\setup\MSCREATE.DIR |
| PowerPoint Viewer | 2/22/2009 9:41:50 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer |
| setup | 2/22/2009 9:41:50 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\setup |
| MSCREATE.DIR | 2/22/2009 9:41:55 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\vlators\MSCREATE.DIR |
| Vlators | 2/22/2009 9:41:55 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\vlators |
| Microsoft PowerPoint Viewer 97.lnk | 2/22/2009 9:41:57 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\ProgramData\Microsoft\Windows\Start Menu\Programs\Microsoft PowerPoint Vi |
| setup.stf | 2/22/2009 9:42:00 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Program Files (x86)\PowerPoint Viewer\setup\setup.stf |
| $I30 | 2/22/2009 10:05:07 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\$I30 |
| zoe | 2/22/2009 10:05:07 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe |
| zoesfirstevebate pl2.wmv | 2/22/2009 10:05:17 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\zoesfirstevebate pl2.wmv |
| zoeshow.wmv | 2/22/2009 10:05:17 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\zoeshow.wmv |
| Zoe98flash.wmv | 2/22/2009 10:05:18 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\Zoe98flash.wmv |
| Zoelitsase2.wmv | 2/22/2009 10:05:18 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\zoelitsase2.wmv |
| Zoelisveg.wmv | 2/22/2009 10:05:19 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\Zoelisveg.wmv |
| zoesfirstevebate pl1.wmv | 2/22/2009 10:05:21 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\zoesfirstevebate pl1.wmv |
| zoedowntop.wmv | 2/22/2009 10:05:23 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\zoedowntop.wmv |
| zoeshow2.wmv | 2/22/2009 10:05:24 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\Desktop\New Folder (2)\zoe\zoeshow2.wmv |
| OLECustomProperty | 2/22/2009 11:10:46 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\AppData\Local\Microsoft\Windows Mail\Local Folders\Inbox\24AF0 |
| 24AF0A3A-000001A4.eml | 2/22/2009 11:10:46 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\Users\Uoe\AppData\Local\Microsoft\Windows Mail\Local Folders\Inbox\24AF0 |
| OLECustomProperty | 2/23/2009 6:58:43 AM | 001 Toshiba laptop\Pat_2\S3A6S34D010\NTFS\ProgramData\Microsoft\Search\Data\Applications\Windows\GatherLogs\Syster |

From:           "Joe Jenkins" <jjenkins70@rochester.rr.com>
To:             "Dave Montes" <dmm5169@gmail.com>
Subject:        Cobblestone

Dave,

I am researching the phase converter. I think you need a Digital Phase Converter that is safer for electronics, for the lasers anyways. The water chiller would be OK for a rotary converter, as long as is does not have electronic controls. The voltage stabilizer is not listed as completely safe for electronics. Is there anyway you can check with the lazer company to see what they recommend? Rotary phase converters in my past experience put out really rough power, which is ok for motors but not PLC's.

My preliminary calculations indicate that you would need a 200 amp single phase service to feed the three phase equipment, assuming you would require running all of it at the same time, which would not leave a lot of power left over for the house.

I have one more busy week ahead, then I will have more time to research.

Joe

