# *Jeffrey R. Parry, Esq.*

*Attorney and Counselor at Law*

Manuel Katsoulis, Esq.  
*Of counsel*

The White House  
7030 East Genesee Street  
Fayetteville, N.Y. 13066  
(315)424-6115  
(315)622-4829 - *facsimile*

JeffreyParry1@aol.com

June 11, 2013

Hon. Glenn T. Suddaby  
Federal Building and U.S. Courthouse  
P.O. Box 7396  
Syracuse, NY 13261-7396

    RE:    US v. Jenkins  
              Transfer of file

Dear Judge Suddaby,

      As promised in my correspondence of June 4, 2013, attached are receipts received from the Cayuga County Jail which memorialize my delivery of the file in the above referenced matter. Please note that I was not present when the file was placed in the "personal property" of Mr. Jenkins.

Very truly yours,

Jeffrey R. Parry

Cc: Joseph Jenkins

To: Jeffrey R. Parry, Esq.

From: Joseph Jenkins

Today, 06/04/2013 Sgt. Gleason gave me my legal files which formerly had been in the possession Attorney Jeffery R. Parry.

Without having viewed these records that were just presented to me I have requested that these records be placed in my personal property here at the Cayuga County Jail. I would like to not be in physical possession of them until I have obtained the services of a new attorney or I choose to sign these items out to my designee.

*Joseph Jenkins*
Joseph Jenkins

Witness:

# CAYUGA COUNTY SHERIFF'S OFFICE

*Custody Division*



Cayuga County Public Safety Building
7445 County House Road
Auburn, New York 13021-8297
Phone: 315-253-2911
Fax: 315-253-6731

**David Gould**
*Sheriff*

**James Stowell**
*Undersheriff*

## MEMORANDUM

TO: Mr. Jeffrey R. Parry, Esq.

FROM: Sergeant John Gleason

DATE: 06/04/2013

RE: Joseph Jenkins' Legal Documents

---

Mr. Parry, today 06/04/2013 inmate Joseph Jenkins was given the legal documents that were delivered to the Cayuga County P.S.B. by you on Friday 05/31/2013.

At that time inmate Jenkins was advised that the thumb drive and CD would be placed in his personal property as he would not be allowed to possess those items in his cell.

Sgt. John Gleason