UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

              v.                        CASE NO. 11-CR-602 (GTS)

JOSEPH VINCENT JENKINS,

                 Defendant.
_____

**Certificate of Service**

As I was out of the office on June 13, 2013, and unable to serve the defendant with copies of the transcript requests of the October 4, 2011 hearing and May 29, 2013 hearing, I hereby certify that on June 14, 2013, I served a copy to the defendant, Joseph Vincent Jenkins, by mailing the documents to him at:

Joseph Vincent Jenkins
Cayuga County Jail
7445 County House Road
Auburn, NY 13021
8297 PRO SE


                              S/_____
                                 Rose Tivnan