**CJA Attorneys in NDNY - Syracuse Division**

1  William Brennan
   201 East Jefferson Street
   Suite 302, Century Plaza
   Syracuse, NY 13202
   315-472-0161
   wmbrennan@verizon.net

2  Trisha LaFache
   Office of Anthony LaFache
   288 Genesee Street, Suite 2
   Utica, NY 13502
   315-793-8800
   trishalafache@yahoo.com

3  Edward Menkin
   Office of Edward Z. Menkin
   555 East Genesee Street
   Syracuse, NY 13202
   315-425-1212
   edmenkin@cnymail.com

4  Thomas Marris
   Marris, Bartholomae Law Firm
   317 Montgomery Street
   Syracuse, NY 13202
   315-472-6417
   tmarrislaw@yahoo.com

5  Dana VanHee
   Law Office of H. Dana VanHee
   333 East Onondaga Street
   Syracuse, NY 13202
   315-420-3502
   dvanhee@twcny.rr.com

6  A. Sheldon Gould
   Office of A. Sheldon Gould
   PO Box 11169
   Syracuse, NY 13218
   315-478-3186
   daddygould@yahoo.com

7  William Bartholomae
   Marris, Bartholomae Law Firm
   317 Montgomery Street
   Syracuse, NY 13202
   315-472-6417
   marrisbartholomaelaw@verizon.net

8  Thomas Murphy
   Green, Hershdorfer Law Firm
   One Lincoln Center, Suite 330
   Syracuse, NY 13202-1309
   315-422-6154
   tmurphy@greenehslaw.com

9  Jeffrey Parry
   Office of Jeffrey R. Parry
   124 Woodspath Road
   Liverpool, NY 13090
   315-412-9126
   jeffreyparry1@aol.com

10 Clarence Johnson
   Office of Clarence Q. Johnson
   58 Cedar Ridge Drive
   West Seneca, NY 14224
   716-783-2570
   ccqjohnson@roadrunner.com

11 James Weeks
   Office of James K. Weeks
   8025 Summerview Drive
   Fayetteville, NY 13066
   315-637-2141
   JamesKWeeks@gmail.com

12 William Sullivan
   Office of William C. Sullivan
   120 East Washington Street
   Syracuse, NY 13202
   315-476-8144
   sullivanesq@cnymail.com

13 Richard Priest
   Priest Law Offices
   333 East Onondaga Street
   Syracuse, NY 13202
   315-474-7401
   rdpdownes@aol.com

14 Kenneth Moynihan
   Office of Kenneth M. Moynihan
   120 East Washington Street
   Syracuse, NY 13202
   315-424-4944
   ken@moynihanlawoffice.com

15 Stuart LaRose
   Office of Stuart J. LaRose
   307 S. Clinton Street, Suite 300
   Syracuse, NY 13202
   315-428-1000
   slesq@aol.com

16 J. Scott Porter
   Office of J. Scott Porter
   78 Cayuga Street
   Seneca Falls, NY 13148
   315-568-6136
   jscttprtr@yahoo.com

17 Thomas Ryan
   Office of Thomas W. Ryan
   217 Montgomery Street
   Syracuse, NY 13202-1925
   315-476-0781
   defender8@aol.com

18 Christina Cagnina
   Office of Christina G. Cagnina
   120 E. Washington St, Suite 800
   Syracuse, NY 13202
   315-423-7025
   cgclaw@hotmail.com

19. Donald Kelly
    Tully, Rinckey Law Firm
    507 Plum Street, Suite 103
    Syracuse, NY 13204
    315-492-4700
    dkelly@1888law4life.com

20. S. Lance Cimino
    Office of S. Lance Cimino
    307 S. Clinton St., Suite 300
    Syracuse, NY 13202-1250
    315-428-1000
    ciminolaw@msn.com

21. Edward Dunn
    Dunn Law Office
    19 South Street
    Marcellus, NY 13108
    315-474-4648
    e.p.dunn@dunnrightlaw.com

22. George Hildebrandt
    Office of George F. Hildebrandt
    304 S. Franklin Street
    Syracuse, NY 13202
    315-422-4742
    george@georgehildebrandt.com

23. John Kinsella
    Office of John D. Kinsella
    6834 Buckley Road
    North Syracuse, NY 13212
    315-451-7955
    calvertlawfirm@yahoo.com

24. Richard Marris
    Marris, Bartholomae Law Firm
    317 Montgomery Street
    Syracuse, NY 13202
    315-472-6417
    rfmarris@gmail.com

25. James Medcraf
    Office of James H. Medcraf
    614 James St, Suite 100
    Syracuse, NY 13202
    315-478-3587
    james.medcraf@verizon.net

26. Frederick Sumner
    Sumner, Auser Law Firm
    226 Oneinda Street, POB 549
    Fulton, NY 13069
    315-592-4241
    sumner&auser@cnymail.com

27. Robert Wells
    Office of Robert G. Wells
    120 East Washington Street
    Syracuse, NY 13202
    315-472-4489
    dfndr@hotmail.com

28. Jarrod Smith
    Office of Jarrod W. Smith
    11 South Main Street, PO Box 173
    Jordan, NY 13080
    315-277-5370
    jarrodsmithlaw@gmail.com

29. Kimberly Zimmer
    Zimmer Law Office, PLLC
    333 East Onondaga St, Suite 301
    Syracuse, NY 13202
    315-422-9909
    kimzimmerlaw@gmail.com

30. Thomas Robertson
    Office of Thomas M. Robertson
    333 East Onondaga St
    Syracuse, NY 13202
    315-426-1149
    trobert5@twcny.rr.com

31. Paul Carey
    Cary Law Offices, PC
    333 East Onondaga St
    Syracuse, NY 13202
    315-474-0077
    esquire474@aol.com

32. Michael Spano
    Office of Michael Spano
    304 South Franklin Street
    Syracuse, NY 13202
    315-422-4742
    mspano@cnycriminallawyers.cor

33. Jeffrey DeRoberts
    Office of Jeffrey DeRoberts
    333 East Onondaga St, 3rd Fl
    Syracuse, NY 13202
    315-479-6445
    jeff@derobertslaw.com

34. M. Jerald Harrell
    Harrell Law Offices
    333 East Onondaga St, Suite 200
    Syracuse, NY 13202
    315-428-1967
    jharrelllaw@aol.com