| | | |
|---|---|---|
| June 18, 2013 | Motion | Joseph Jenkins |
| | Case 5:11-cr-00602-GTS | 7445 County House Rd |
| | | Auburn, NY 13021 |

✓ US District Court     US Attorney
Court Clerk     100 South Clinton St
PO Box 7396     Syracuse, NY 13261
Syracuse, NY 13261

Re: US vs Jenkins — <u>Really? Try again!</u>
Judge Suddaby, US Attorney

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 20 2013
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## (I) Background

Reguarding court last week on June 13, 2013, when (doc no 77) was put in front of me I was a little confused about what it was in reference to. Now I know why. I had not seen (doc no 75) yet, which was basically four pages of worthless babble by the government — That the court of course always agrees with, nothing at all to do with issues, all avoidence.

It did not even resemble what I had sent in on June 3, 2013, June 5 by your records, which is what it was apparently meant to be a reply to. This whole proceeding is based on, and has gone way too far on such worthless babble. That in fact was one of the reasons for the original letter. To address false statements, by police.

I also asked "my submissions and rights be respected by the government and the court, not avoided, misconstrued and thrown back at me." - "To seemingly waste time and avoid issues." I should have known better, why would it stop now.

## (II) Facts

I've never in my life been subjected to such unprofessional and amature conduct — Bullying - ignoring - lying - Bullying - I also stated on May 5 that "I've had enough of the games." I thought it would stop at parrys misconduct. No, It goes much further. 'The System' will do whatever it takes to protect its own selfish intrests, no boundries apparently.

June 18, 2013    US v Jenkins      2

I can see I have no chance at a fair trial in this court, the objective is to protect the government and Jeff Parry as well as whoever else is in the 'inner circle'.

**(III) Issues avoided**

This whole case is a joke. The court refuses to acknowledge my rights, or even my correspondance. The last letter addressed: Government corruption, cops lying, Joint Investigations, Illegal seizures, lost evidence, incomplete forensic reports, conspiracys, two trials at once, constitutional rights violations at two different countries at once, corrupt attorneys that lie, delays caused by the court and the US attorney trying to dig up and file more bogus corrupt charges against me that delayed the case a year, falsified computer exams. Paperwork exists to prove it all.

I sought dismissal of indictment for all of the above reasons, any of which in itself is enough - all together - This proceeding is a joke - foolishness - nothing else, add in to that - bullying - ignoring - bullying - lying, come on, Grow up!! Four pages about discovery!! Are you kidding!! Try again !!!

**IV Summary**

Abuse of descretion by the court - outrageous government conduct - violation of substantive due process. I'm citing illegal detension - I've been restrained of liberty in violation of existing laws and treaties and the constitution. I demand immediate remedys, Immediate release and an immediate review of this case by a neutral third party capable of making an honest informed decision after considering all of the facts I've set fourth since ridding myself of parry. Submissions April 15 to now.

**V Conclusion**

This has gone way too far on the governments worthless babble and corrupt lying cops and falsified evidence that is incomplete and corrupt as the cops are. Ignoring laws, ignoring my rights as a citizen, ignoring common sense, you take oaths for this. quite a system you've established. Now I've come down to your level.    Joseph Jenkins

↳ Ranting.

Jenkins, Joseph
Inmate Name:
Cayuga County Jail
7445 County House Road
Auburn, New York 13021

SYRACUSE NY 130
19 JUN 2013 PM 4 L

USA
FIRST-CLASS
FOREVER

US District Court
Court Clerk
PO Box 7396
Syracuse, NY 13261

DISTRICT COURT
LAWRENCE K. BAERMAN CLERK
JUN 20 2013
REC'D

13261739696