| | | | |
|---|---|---|---|
| June 26, 2013 | Motion | | Joseph Jenkins |
| | Case 5:11-cr-00602-GTS | **FILED** JUL -1 2013 U.S. DISTRICT COURT - N.D. OF N.Y. AT____ O'CLOCK____ Lawrence K. Baerman, Clerk - Syracuse | 7445 County House rd. Auburn NY 13021 |
| | US District Court | US Attorney | |
| | PO Box 7396 | 100 South Clinton st | |
| | Syracuse, NY 13261 | Syracuse NY 13261 | |
| | Re: US vs Jenkins | | |

Defendant requests an immediate hearing for dismissal of all charges. Proper forign documentation acquired. Original, Stamped, sealed.

**I  Facts**

I have in my possession Court Dockets from the Ontario Court of Justice in Canada, that by proper procedure are (1) attested to by an authorized person of the court (2) Stamped and certified for genuineness. This is required by both Federal Rules of Evidence and the treaty in standing between the US and Canada. These documents prove (1) No finding of guilt in the matter (2) the case has not been released or turned over to another jurisdiction (3) Evidence was not released by authority.

**II  Lack of Facts**

The government has provided no paperwork from any authorized officials, releases of evidence, nothing certified or attested to, only "Detective Wohlert said," not even a signed statement. Therefore the government has no credible evidence or paperwork nor any jurisdiction over the proceedings in Canada on 5-24-09 to date.

**III  Conclusion**

The government and the court have bullied an american citizen for some 21 months with illegally acquired evidence, selective evidence, provided by lowly, rogue detective/agents operating outside and around laws, it has gone too far. As much as 'the system' likes to ignor the issues they are real and not going away. I have previously underestimated the driving selfishness behind 'the system'. It rises as needed with the level of corruption and bullying. I see it's time to take it to a higher court.

Joseph Jenkins

Joseph Jenkins
Inmate Name:
Cayuga County Jail
7445 County House Road
Auburn, New York 13021

SYRACUSE NY 130
28 JUN 2013 PM 3 L

JUL 01 2013

FOREVER
FIRST-CLASS
USA

US District Court
Court Clerk
PO Box 7396
Syracuse, NY 13261

1326173969G