June 17, 2013

Case 5:11-cr-00602-GTS
(6 pages total) Re US vs Jenkins

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 18 2013
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Joseph Jenkins
7445 County House Rd
Auburn, NY 13021

<u>Defense Documents</u>
In support of previous filings, submitted under prejudice.
(attached 1, 2, 3, 4, 5)

I'm submitting selected documents obtained recently. I'm withholding certain pages for privacy. I will produce them in person but do not wish to have them on the court docket at this time, as I feel this whole matter is no business of the US Government.

I will testify I have the originals and that they are (1) attested to by an authorized person of the Ontario Court of Justice in Canada (2) Bear the (Raised) stamped impression and seal and are dated May 28, 2013.

These documents confirm previous statements such as (1) No finding of guilt in the matter (2) I did show up on my trial date (3) No further action was taken by the Canadian Court since October 22, 2010 (4) Council appeared on my behalf on October 18, 2010.

Notes:
Further documentation in the governments possession will show ① No forensic analysis was completed, ever ② Evidence was lost ③ I was detained by US agents upon returning from personal appearances in Court for many, many hours ④ US agents have been involved since May 25, 2009 ⑤ Evidence was not released from this proceeding by (a) myself (b) Judge ⑥ Basically the US is an unauthorized third party in possession of illegally obtained evidence. Canadian Laws require evidence be returned to owner, on all of their documents.

Joseph Jenkins

Page "A"

☐ Interpreter / *Interprète*

**APPEARANCES - ADJOURNMENTS**
**COMPARUTIONS – AJOURNEMENTS**

| Date | Accused | Adjournment | Parties Consent | Appearance Details | Counsel as Agent | Fails to Appear | Bench Warrant | Discretion | Certificate of Default |
|---|---|---|---|---|---|---|---|---|---|
| MAY 25 2009 | IIC | 26 May 09 | | 2pm #1    C2 | | | | | |
| MAY 26 2009 | BG | June 19-09 | | 9 TBST | | | | | |
| JUN 19 2009 | np der- | July 3-09 | | PT # 4 | | | | | |
| JUL 03 2009 | np | 30 Oct 09 | | 9 AM TBST   S3 | | | | | |
| OCT 30 2009 | np - ADJ - | Nov. 27/09 | | @ 9 am #1 ST S3 | | | | | |
| NOV 27 2009 | np - ADJ - | JAN. 8/10 | | @ 9 am #1 ST S1 | | | | | |
| JAN 08 2010 | np - ADJ - | FEB. 5/10 | | @ 9 am #1 ST S1 | | | | | |
| FEB 05 2010 | np - ADJ - | SEP. 13/10 | | @ 10 am #2 ½ DAY TR.ST | | | | | |
| SEP 03 2010 | np | Sept 13-10 | | application hearing #2 | | | | | |
| SEP 13 2010 | ip - ADJ - | OCT. 18/10 | | @ 10 am #2 TR | | | | | |
| | | ↳ SEPT. 17/10 | | @ 10 am #3 DECISION ON 11(b) | | | | | |
| SEP 17 2010 | ip | Oct 18/10 | | 10 am #2 ½ day trial 11b denied | | | | | |
| OCT 18 2010 | np - pgd. | 3x - BW | | NOT ENDORSED *bail estreated* | | | | | |
| OCT 22 2010 | | | | | | | | | |

| Date | Clerk | Reporter | For Crown | For Accused | Justice's Initials |
|---|---|---|---|---|---|
| MAY 25 2009 | TC | MB | Benson | DIC | JC |
| MAY 26 2009 | LL | MB | Furland | DC | JD |
| JUN 19 2009 | LL | GN | Clarke | Edgley | JD |
| JUL 03 2009 | TC | GW | Clark | Edgley/Coq | JC |
| OCT 30 2009 | MB | EG | CLARKE | EDGLEY | WS |
| NOV 27 2009 | MB | KD | CLARKE | EDGLEY | LG |
| JAN 08 2010 | MB | MB | CLARKE | EDGLEY | JD |
| FEB 05 2010 | MB | GN | CLARKE | EDGLEY | WS |
| SEP 03 2010 | AG/MB | MB | Legrand | Edgly | JDW |
| SEP 13 2010 | MB | MR | CLARKE/BREAULT | EDGLEY | JDW |
| SEP 17 2010 | AG/SD | MR | Legrand | Edgley | JDW |
| OCT 18 2010 | MB | KD | TIPPINS | EDGLEY | JDW |
| OCT 22 2010 | RA | MB | Tippins | Edgly | B.S. |

Accused / *Accusé(e)*     Notice Given Under H.T.A.     ☐ Suspension     ☐ Impoundment
*Avis en vertu du Code de la route*     *Suspension*     *Mise en fourrière*

Sworn before me at the City / Assermenté devant moi à(au) _____
of / de **Brockville** _____
in the Province of Ontario / dans la province de l'Ontario
this **25th** day of **May** _____ , yr. **2009**
ce         jour de                                         an

Informant / Dénonciateur

Justice of the Peace / Juge de paix

☐ Appearance Notice / Citation à comparaître
☐ Promise to Appear / Promesse de comparaître
☐ Recognizance / Engagement pour  for / le _____ , yr. ___ an
☐ Confirmed on / Confirmé(e) le _____ , yr. ___ an

☐ Publication ban pursuant to / Interdiction de publication en vertu de _____

Justice of the Peace / Juge de paix

| Date | Crown Elects to Proceed / Choix de la Couronne | ☐ Summarily / Procédure sommaire | ☑ By Indictment / Acte d'accusation | ☐ Summary Conviction Offence(s) | ☐ Indictable Offence(s) |
|---|---|---|---|---|---|
| | SEP 13 2010 | | | | |

| Date | Accused / Accusé(e) | Elects Trial by — Superior Court Judge | Superior Court Judge & Jury | Ontario Court Judge On Counts | Prelim. Hearing Yes | Prelim. Hearing No | Justice's Initials | Abs. Juris. | Guilty to Counts | Not Guilty to Counts |
|---|---|---|---|---|---|---|---|---|---|---|
| SEP 13 2010 | JENKINS | | | ✓ | | | | | ✓ mB | 1, 2 |

| Date | Accused / Accusé(e) | Committed (or) Ord. Std. Trial *On Counts | Discharged on Counts | Found Guilty on Counts | Not Guilty on Counts |
|---|---|---|---|---|---|
| | | | | | |

* ☐ With consent of accused and prosecutor, without taking or recording
Avec le consentement de l'accusé(e) et du poursuivant sans recueillir ou consigner

☐ (a) any evidence / a) de preuve    (or)(ou)    ☐ (b) further evidence / b) de preuve supplémentaire

Judge / Juge

☐ Victim Surcharge $ _____    Time to Pay $ _____
Suramende compensatoire      Délai de paiement

Interpreter / *Interprète* _____

## APPEARANCES - ADJOURNMENTS
## COMPARUTIONS – AJOURNEMENTS

Page "A"

| Date | Accused / Accusé(e) | Adjournment / Ajournement | Parties Consent | Appearance Details / Détails de la comparution | Counsel as Agent | Fails to Appear | Bench Warrant | Discretion | Certificate of Default |
|---|---|---|---|---|---|---|---|---|---|
| MAY 25 2009 | "C | 26 May 09 | | 2pm #1     ca w/o | | | | | |
| MAY 26 2009 | BG | June 19-09 | | 9 TBST | | | | | |
| JUN 19 2009 | np des | July 3-09 | | Pt #4 | | | | | |
| JUL 03 2009 | np | 30 Oct 09 | | 9am TBST     S3 | | | | | |
| OCT 30 2009 | np-ADJ- | Nov. 27/09 | | @ 9am #1 ST     S3 | | | | | |
| NOV 27 2009 | np-ADJ- | JAN. 8/10 | | @ 9am #1 ST     S1 | | | | | |
| JAN 08 2010 | np-ADJ- | FEB. 5/10 | | @ 9 am #1 ST     S1 | | | | | |
| FEB 05 2010 | np-ADJ- | SEP. 13/10 | | @ 10 am #2 ½ DAY TR ST | | | | | |
| SEP 03 2010 | np | 18 oct/10 | | trial #2 @ 10:00 | | | | | |
| SEP 13 2010 | charter→ iP-ADJ- | 13 Sept 1/10     Oct. 18/10 | | application hearing #2 @ 10:00     @ 10 am #2 TR | | | | | |
| | | → Sept. 17/10 | | @ 10 am #3 DECISION ON 11(b) | | | | | |
| SEP 17 2010 | ↓ | Oct 18/10 | | 10am #2 ½ day trial     11b denied | | | | | |
| OCT 18 2010 | np-pgd 3x - BW not endorsed | | | | | | | | |

| Date | Clerk / Greffier | Reporter / Sténographe | For Crown / Pour la Couronne | For Accused / Pour l'accusé(e) | Justice's Initials / Initiales du juge |
|---|---|---|---|---|---|
| MAY 25 2009 | TC | MB | Benson | DIC | JC |
| MAY 26 2009 | LA | MB | Ferland | DE | JD |
| JUN 19 2009 | ✓ | GN | Clarke | Edgley | L |
| JUL 03 2009 | TC | ON | Clarke | Edgly coa | JC |
| OCT 30 2009 | MB | EG | CLARKE | EDGLEY | WS |
| NOV 27 2009 | MB | KD | CLARKE | EDGLEY | LG |
| JAN 08 2010 | MB | MB | CLARKE | EDGLEY | JD |
| FEB 05 2010 | MB | GN | CLARKE | EDGLEY | WS |
| SEP 03 2010 | AG/MS | MB | Legrand | Edgly cia | JDW |
| SEP 13 2010 | MB | MR | CLARKE/BREAULT | EDGLEY | JDW |
| SEP 17 2010 | AG/SD | MR | Legrand | Edgley | JDW |
| OCT 18 2010 | MS | KD | TIPPINS | EDGLEY | JDW |

Accused / Accusé(e)   Notice Given Under H.T.A. / Avis en vertu du Code de la route   Suspension   Mise en fourrière

CCO-2-000-4 CSD (rev. 05/05) (posted / affichée 05/24/05)

APPEARANCES - ADJOURNMENTS
COMPARUTIONS - AJOURNEMENTS

Page "A"                                                                                                                        ④ 3

| Date | Accused Accusé(e) | Appears Adjournment (Remand to) Comparution Ajournement (Renvoi) | Parties Consent Consentement des parties | Bail and/or other Action Cautionnement et/ou autre mesure | Reason for Adjournment Raison de l'ajournement | Fails to Appear Omet de comparaître | Bench Warrant Mandat du tribunal | Discretion Discrétion | Estreat Confiscation |
|---|---|---|---|---|---|---|---|---|---|
| OCT 2 2 2010 | bail estreatment | | | | | | | | |

| Date | Clerk Greffier | Reporter Sténographe | For Crown pour la Couronne | For Accused pour l'accusé(e) |
|---|---|---|---|---|
| OCT 2 2 2010 | AY | MB | Tipping | B.S. |

Accused/Accusé(e): _____    Notice Given Under H.T.A. / Avis en vertu du Code de la route   ☐ Suspension / Prohibitions   ☐ Impounded
                                                                                                       Suspension / Interdictions      Mis en fourrière

515(9.1) Detained in custody primarily because of a previous conviction       Yes ☐    No ☐    Date: _____
Détention sous garde fondée principalement sur une condamnation antérieure    Oui     Non
                                                              Confirmed and initialled by the Judge/ Justice of the Peace in appropriate box above
                                                              Confirmé et paraphé par un(e) juge/juge de paix dans la case appropriée ci-haut

At the Bail Review dated : _____ , 515(9.1) was    ☐ confirmed    ☐ rescinded    ☐ Made (see application)
Au moment de la révision du cautionnement, le : _____ , 515 (9.1) a été      confirmé      révoqué       exécuté (voir la requête)

⑤

Sworn before me at the **City**
*Assermenté devant moi à(au)*
of / de **Brockville**
in the Province of Ontario / *dans la province de l'Ontario*
this **25** day of **May** , yr. **2009**
ce _____ jour de _____ an _____

Informant / *Dénonciateur*

His Worship Jack Chiang
Ontario Court of Justice
Justice of the Peace / *Juge de paix*

☐ Appearance Notice
*Citation à comparaître*

☐ Promise to Appear
*Promesse de comparaître*

☐ Recognizance
*Engagement pour*
for _____ , yr. _____
le _____ an

☐ Publication ban pursuant to _____
*Interdiction de publication en vertu de*

☐ Confirmed on _____ , yr. _____
*Confirmé(e) le* _____ an

Justice of the Peace
*Juge de paix*

| Date | Crown Elects to Proceed SEP 13 2010 | ☐ Summarily *Procédure sommaire* | ☑ By Indictment *Acte d'accusation* | ☐ Summary Conviction Offence(s) *Infraction(s) punissable(s) sur déclaration de culpabilité par procédure sommaire* | ☑ Indictable Offence(s) *Infraction(s) punissable(s) par mise en accusation* |

| Date | Accused *Accusé(e)* | Elects Trial by *Choix d'un procès devant* ||| Preliminary Hearing Requested *Enquête préliminaire demandée* || Justice's Initials *Initiales du juge* | Abs. Juris. Comp. *absolue* | Pleads / *Plaidoyer* ||
|---|---|---|---|---|---|---|---|---|---|---|
| | | Superior Court *Cour supérieure* Judge *Juge* | Ontario Court *Cour de l'Ontario* Judge & Jury / *Juge et jury* | Judge On Counts *Juge pour les chefs d'accusation* | Yes *Oui* | No *Non* | | | Guilty to Counts *Coupable pour les chefs d'accusation* | Not Guilty to Counts *Non coupable pour les chefs d'accusation* |
| SEP 13 2010 | JENKINS | | | ✓ | | | | | | 1, 2, 3 |

| Date | Accused *Accusé(e)* | Committed (or) Ord. Std. Trial *On Counts *Interné(e) (ou) renvoyé(e) à son procès* pour les chefs d'accusation* | Discharged on Counts *Libéré(e) pour les chefs d'accusation* | Found Guilty on Counts *Reconnu(e) coupable pour les chefs d'accusation* | Not Guilty on Counts *Non coupable pour les chefs d'accusation* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*☐ With consent of accused and prosecutor, without taking or recording
*Avec le consentement de l'accusé(e) et du poursuivant sans recueillir ou consigner*

☐ (a) any evidence (or) ☐ (b) further evidence
*a) de preuve* *(ou)* *b) de preuve supplémentaire*

Judge / *Juge*

☐ Victim Surcharge $ _____   Time to Pay _____
*Suramende compensatoire*   $ *Délai de paiement*

CCO-2-000-4 CSD (rev. 05/05) (posted / affichée 05/24/05)

July 13, 2013 | United States ) Northern District Court of New York
| vs } Case 5:11-cr-00602-GTS
| Jenkins ) Defense Motion - Civil - complaint, property claim

I Joseph Jenkins, defendant in the above matter am filing a civil complaint to be considered against the above action. I claim rightful ownership to items improperly forfeited under the Canadian Customs Act 110(3) dates, but not limited to, May 23, 2009 to present. (1) Items of physical evidence in the following documents numbered 7, 8, 9, 10 in the upper right hand corner and (2) Any paperwork related to these items improperly forfeited under the Canadian Privacy Act (3) any documents and physical evidence the product of the previously mentioned, as a result of this improper forfeiture.

These items were illegally seized without a warrant in violation of my fourth amendment rights, which, in turn violated rights too numerous to mention. This seizure was conducted by Department of Homeland Security and/or Customs and Border Patrol 799 9th Street NW, Washington, DC 20229, through Alexandria Bay and Buffalo, NY offices. The department of justice, plantiff, possibly a co-conspirator.

I demand return of these items and associated paperwork. I reserve the right to file additional claims for missing and/or damaged items. I reserve the right to file additional claims associated with the seizure (warrantless) and all damages resulting from it, including, but not limited to loss of life, liberty and property without due process of law and privacy rights. Previously mentioned items contain personal and business information confidential in nature and are irreplaceable. Items are listed on document 7.

The US Government is an Unauthorized third party, this property was obtained through a particularly offensive seizure. The government has no standing to argue otherwise. Complaint also being filed on my behalf in Canadian Court of the above mentioned acts, and property.    Joseph Jenkins

## CBSA INVESTIGATIONS

.5.2009 10:07AM

25th?

**Canada Border Services Agency** / **Agence des services frontaliers du Canada**

### EVIDENCE SEIZURE RECEIPT - REÇU DE SAISIE DE LA PREUVE

**PROTECTED WHEN COMPLETED** / **PROTÉGÉ LORSQUE REMPLI**

Note: The information on this form is collected to enforce the law, especially as it concerns the laws relating to the importation and exportation of goods and is protected under the provisions of the *Privacy Act*. The form is stored in personal information bank, Customs Intelligence Records record no. CCRA PPU 016.

Nota : Les renseignements que contiennent ce formulaire sont recueillis dans le but d'appliquer la loi, principalement les lois ayant trait à l'importation et l'exportation des marchandises et sont protégés par les dispositions de la *Loi sur la protection des renseignements personnels*. Le formulaire est conservé dans le fichier de renseignements personnels concernant les registres de la division des renseignements n° ADRC PPU 016.

| | |
|---|---|
| Evidence seizure no. - N° de saisie de la preuve | |
| K19 ref. no. - N° de réf. de la K19 | |
| Office - Bureau | Lansdowne |
| Date (Y-M-D) - (A-M-J) | 2009-05-24 |
| U.C.L. no. - N° de la LMNR | |

**Surname - Nom de famille:** Jenkins
**Given name - Prénom:** Joseph Vincent

**Address - Adresse:** 4072 Dwyer La, Geneva, NY, 14456

**Statement of evidence - Exposé de la preuve**

One Toshiba Laptop Serial S/N 78175808W
One Compaq Laptop Serial S/N CNF3362GPN
One Attache USB Stick 8 gig marked PNY on Cap (black and blue)
One Attache USB Stick 4 gig marked PNY on Cap and Back (all black)
One Attache USB Stick 2 gig marked OPTIMAPRO (black and yellow)
Six CD's (5 staples and 1 compaq)
One BELKIN Wireless G Plus MIMO Notebook Card SN 15822C9302697
One Olympus Digital Camera S/N 408242909
One Olympus XD Picture Card S/N MXD16P3K57106SSX30421MAD
One Verizon Motorola Cellphone (silver colour)

☑ The goods described have been seized under section 110(3) of the *Customs Act*, as it is believed on reasonable grounds that the goods will afford evidence in respect of a contravention of the *Customs Act* or the regulations.

☐ Les marchandises décrites ont été saisies en vertu de l'article 110(3) de la *Loi sur les douanes* puisqu'il est soupçonné, pour des motifs raisonnables, qu'elles constituent des éléments de preuve par rapport à une infraction à la *Loi sur les douanes* ou au règlement afférent.

☐ The goods described have been seized under section 489(2) of the *Criminal Code*, as it is believed on reasonable grounds that the goods will afford evidence in respect of an offence against the *Criminal Code* or any other Act.

☐ Les marchandises décrites ont été saisies en vertu de l'article 489(2) du *Code criminel* puisqu'il est soupçonné, pour des motifs raisonnables, qu'elles constituent des éléments de preuve par rapport à une infraction au *Code criminel* ou toute autre loi du Parlement.

**Seizing officer - Agent responsable de la saisie:** Marie-Josee Vinette (Investigator)

**Badge no. - N° de l'insigne:** 19367

### RETURN OF EVIDENCE - RENVOI DE LA PREUVE

The above evidence was returned on - La preuve susmentionnée a été renvoyée le

| Date | Location - Endroit |
|---|---|
| | |

| Person in receipt of evidence - Personne qui a reçu la preuve | Customs officer - Agent des douanes |
|---|---|
| | |

E352 (04/10)    CBSA COPY - EXEMPLAIRE DE L'ASFC    Canada

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

⑧

3563259

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2011070800004101 | 2011SZ0060372011 |

| 3. Investigative Case No. | 4. Enforce No. | | |
|---|---|---|---|
| AB07KR11AB006 | | | |

| | 6. Date Seized (mm/dd/yyyy) | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|
| 5. Prior Detention? Yes ☐ No ☐  If yes, CBP 6051D No. _____ | 04/01/2011 | 1200 | |

| 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|
| | 0740636 |

9. Seized From:
Name: Joseph Jenkins
Address: 4072 Dwyer Lane
Geneva, NY 14456

Telephone No. ( )   Ext:

12. Remarks: Replaces Ontario Provincial Police PROPERTY REPORT dated 24 MAY 2009.

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Toshiba Laptop S/N: 78175808W | 1 | bg | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | Signature | Date |
|---|---|---|
| Chad Willard  Print Name | x [signature] | 04/01/2011 |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | laptop | BRIAN BRAISTED SA/HSI | R. D. Braist | 7/6/11 |

out 7/6

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☒

CBP Form 6051S (03/04)

CBP Retains Original

U.S. DEPARTMENT OF HOMELAND SECURITY  
Bureau of Customs and Border Protection

3563260

⑨

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2011070800004101 | 2011S20060372011 |

| 3. Investigative Case No. | 4. Enforce No. | | |
|---|---|---|---|
| AB07QK11AB006 | | | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 04/01/2011 | 7. Time Seized (Use 24 Hrs) 1200 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Joseph Jenkins | 10. Entry No. | 11. Seal or Other ID Nos. 0740637 |
|---|---|---|
| Address: 4072 Dwyer Lane Geneva, NY 14456 | 12. Remarks: Replaces Ontario Provincial Police PROPERTY REPORT dated 24 MAY 2009. | |

Telephone No. (   )       Ext:

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 002 | Compaq Laptop S/N: CNF33626PN | 1 | bg | 1 | ea. | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Chad Willard Print Name | X | Signature (signed) | 04/01/2011 Date |
|---|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| OUT 002 | Compaq laptop | BRIAN BRAISTED HSI SA | Brian D. Braist | 7/6/11 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☒

CBP Form 6051S (03/04)

CBP Retains Original

⑩

**U.S. DEPARTMENT OF HOMELAND SECURITY**
Bureau of Customs and Border Protection

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

3563261

Handbook 5200-09

| 1. FPF No. 20110708000410I | 2. Incident No. 2011520060372011 |
|---|---|
| 3. Investigative Case No. AB07QR01AB0006 | 4. Enforce No. |

| 5. Prior Detention? Yes ☐ No ☑ If yes, CBP 6051D No. ___ | 6. Date Seized (mm/dd/yyyy) 04/01/2011 | 7. Time Seized (Use 24 Hrs) 1200 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Joseph Jenkins Address: 4072 Dwyer Lane Geneva, NY 14456 | 10. Entry No. | 11. Seal or Other ID Nos. 477336, 337, 338 |
|---|---|---|
| | 12. Remarks: Replaces Ontario Provincial Police PROPERTY REPORT dated 24 May 2009 | |

Telephone No. ( ) ████
13. Send Correspondence to:

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 003 | Attache 8GB Thumbdrive | 1 | bg. | 1 | ea | $ |
| 004 | Attache 4GB Thumbdrive | 1 | bg. | 1 | ea. | $ |
| 005 | Attache 2GB Thumbdrive | 1 | bg. | 1 | ea. | $ |
| 006 | Olympus Digital Camera | 1 | bg. | 1 | ea. | $ |
| 007 | Verizon Motorola Cellphone | 1 | bg. | 1 | ea. | $ |

| 15. Seizing Officer Chad Willard Print Name | x [signature] Signature | 04/01/2011 Date |
|---|---|---|

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 3,4,5, 6,7 OUT | 3 THUMB DRIVES, CAMERA, CELL PHONE | BRIAN BRAIST(?) SA/HSI | B. D. Braist | 7/6/11 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☑

CBP Form 6051S (03/04)

CBP Retains Original

Joseph Jenkins
Inmate Name:
Cayuga County Jail
7445 County House Road
Auburn, New York 13021

SYRACUSE NY 130
17 JUL 2013 PM 4 L

USA FIRST-CLASS FOREVER

Federal District Court
Court Clerk
PO Box 7396
Syracuse, NY 13261

DISTRICT COURT
LAWRENCE K. BAERMAN, FRK
JUL 18 2013
RECEIVED

Legal Mail

13261739696