Exhibit A

Case 5:11-cr-00602-GTS   Document 94-2   Filed 07/29/13   Page 1 of 4

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2011070800004101 | 2011SZ0060637201 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| AB07QK11AB0006 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. ____ | 6. Date Seized (mm/dd/yyyy) 04/01/2011 | 7. Time Seized (Use 24 Hrs) 1200 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: | | | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|---|---|
| Name: | Joseph Jenkins | | | 0740636 |
| Address: | 4072 Dwyer Lane | | 12. Remarks: Replaces Ontario Provincial Police PROPERTY REPORT dated 24 MAY 2009. | |
| | Geneva, NY 14456 | | | |
| Telephone No. ( ) Ext. | | | | |

13. Send Correspondence to:

14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Toshiba Laptop S/N: 78175808W | 1 | bg | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Chad Willard | x (signature) | | 04/01/2011 |
| Print Name | Signature | | Date |

16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | laptop | BRIAN BRAISTED SA/HSI | R. D. Braisted | 7/6/11 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☒        CBP Form 6051S (03/04)

CBP Retains Original

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection
Case 5:11-cr-00602-GTS   Document 94-2   Filed 07/29/13   Page 3 of 4
3563260

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| | |
|---|---|
| 1. FPF No. 2011070800004101 | 2. Incident No. 2011SZ00603720I |
| 3. Investigative Case No. AB07QK11AB006 | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. ____ | 6. Date Seized (mm/dd/yyyy): 04/01/2011  7. Time Seized (Use 24 Hrs): 1200  8. FDIN/Misc. |
| 9. Seized From: Name: Joseph Jenkins  Address: 4072 Dwyer Lane, Geneva, NY 14456  Telephone No. ( )  Ext: | 10. Entry No.  11. Seal or Other ID Nos.: 0740637  12. Remarks: Replaces Ontario Provincial Police PROPERTY REPORT dated 24 MAY 2009. |
| 13. Send Correspondence to: | |

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 002 | Compaq Laptop  S/N: CNF3362GPN | 1 | bg | 1 | ea. | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer
Print Name: Chad Willard   x [signature]   Date: 04/01/2011

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 002 | Compaq laptop | BRIAN BRAISTED HSI/SA | Brian D. Braist | 7/6/11 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☒

CBP Form 6051S (03/04)

CBP Retains Original

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| | |
|---|---|
| 1. FPF No. 20110708000410l | 2. Incident No. 2011S200603720l |
| 3. Investigative Case No. AB07QR01AB006 | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. ____ | 6. Date Seized: 04/01/2011  7. Time Seized: 1200  8. FDIN/Misc. |
| 9. Seized From: Name: Joseph Jenkins  Address: 4072 Dwyer Lane, Geneva, NY 14456  Telephone No. ( )  Ext: | 10. Entry No.  11. Seal or Other ID Nos. 477336, 337, 338  12. Remarks: Replaces Ontario Provincial Police PROPERTY REPORT dated 24 May 2009 |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 003 | Attache 8GB Thumbdrive | 1 | bg. | 1 | ea. | $ |
| 004 | Attache 4GB Thumbdrive | 1 | bg. | 1 | ea. | $ |
| 005 | Attache 2GB Thumbdrive | 1 | bg. | 1 | ea. | $ |
| 006 | Olympus Digital Camera | 1 | bg. | 1 | ea. | $ |
| 007 | Verizon Motorola Cellphone | 1 | bg. | 1 | ea. | $ |
| | | | | | | $ |

15. Seizing Officer: Chad Willard  x [signature]  04/01/2011
    Print Name                        Signature                  Date

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 3,4,5,6,7 | 3 THUMB DRIVES, CAMERA, CELL PHONE | BRIAN BRAISTED SA/HSI | Br D. Braist | 7/6/11 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☒

CBP Form 6051S (03/04)

CBP Retains Original