Aug 1, 2013

Joseph Jenkins
7445 County House Rd
Auburn, NY 13021

Case 5:11-cr-00602-GTS

US District Court                 US Attorney
PO Box 7396                        100 South Clinton St
Syracuse NY                        Syracuse NY.

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG - 5 2013
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Re: Status Reports

①  Attorney - I have not found an attorney and have stopped looking for one. I do not see a trial in the near future. I have made my position clear. I have had enough of the games and the Jeff Penny puppet shows. I've had enough of the phoney computer exams, phoney police statements, ignoring and bullying. If the next decision and order is just more of the same, I will do my appealing now to avoid any more of the antics and methods that go on at the entry level of the court system. Make no mistake. I've had enough. I will fight my own battles. I will not submit to the bogus trial being induced here.

②  Motions - I did not receive a response or any correspondance from the government regarding (dukvos 89, 91) There special allotment of time expired last week. I don't know if it is more conspiring, new antics or just more ignoring, but if they done playing games, I would like this nonsense to come to an end. It is either time to drop it or take it to the next level. I could care less at this point in time, Lets take this foolishness to New York City. It's your move. I'm waiting.

Joseph Jenkins

SYRACUSE NY 130

02 AUG 2013 PM 3 L

USA
FIRST-CLASS
FOREVER

Inlend Joseph
Inmate Nme:
Cayuga Cunty Jail
7445 County House Road
Auburn, New York 13021

Federal District Court
Court Clerk
Po Box 7396
Syracuse, NY 13261

13261739696