US v. Jenkins
Case 5:11-cr-602-GTS (cr)
August 4, 2013

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG - 6 2013
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Joseph Jenkins
7445 Gunty House Rd
Auburn, NY 13021

Re: ① Status Update ② Brief commentary on (doc 94) like it or not, 1st amendment right

① I did receive (doc 94) on Aug 2, 2013, late. ② It is more of the same. The government did not invoke a treaty here, they bypassed it. That is the problem. This is a sham prosecution. Canadian Authorities were not involved. There was no 'Executive' or 'Central' Authority or any agreement whatsoever. There was not even 'competent' authority involved. It was all scheming idiots who lose evidence and cannot to IS. An illegal seizure was a nice way of putting it. The government cannot now go and invoke clauses from the treaty to their advantage to justify what they did, or to use against me. There is no case here. The offense was charged and prosecuted in Canada. No Authorities, "rendered the involvement of the United States necessary." Furthermore, "Only once it became clear... Jenkins not comply... Canadian Law Enforcement made contact..." Is flat out perjury. "... Investigative Steps... Knowledge..." Are you people really that freaking stupid? Have you looked at your own paperwork? Border Stops? Detainment for hours? Flagging? The courtroom conduct here is just as outrageous as that of the scheming monkeys who stole property and are lying about the contents to frame me. The government (US) has illegally obtained property. Canadian Laws do not allow for the antics you are trying to pull off, that is why proper authority did not participate. Wohlert deserves an early dishonorable retirement. Any knowledge gained through that illegal seizure is irrelevant, the government had no right to any paperwork and/or to make any of it public. I'm entitled to damages resulting from such, not to mention all of the slander involved to me and my family. As a third party to property, the government has no standing to argue against suppression of it. I demand return. My next motion is going to be for a grand jury investigation into this outrageous conduct, by all parties. Your clowns should be disbarred and 'special agents' should go back to the circus or to writing parking tickets... I dissent...

Joseph Jenkins

Jeff Jenkins
Inmate Name:
Cayuga County Jail
7445 County House Road
Auburn, New York 13021

SYRACUSE NY 130
05 AUG 2013 PM 1 L

USA
FIRST-CLASS
FOREVER

AUG - 5 2013

District Court, Federal
Court Clerk
PO Box 7396
Syracuse, NY 13261

13261735656