```
AARON M. GOLDSMITH, ESQ. (519101)
225 Broadway Suite 715
New York, New York 10007
(914) 588-2679
Attorney for Mr. Jenkins
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

(HONORABLE GLENN T. SUDDABY, USDJ)

| UNITED STATES OF AMERICA, | ) | Case No.: 11-CR-602 (GTS) |
|---|---|---|
| Plaintiff, | ) | |
|  | ) | Date: November 6, 2013 |
|  | ) | Time: |
| v. | ) | |
|  | ) | **DEFENDANT'S NOTICE OF MOTION** |
| JOSEPH VINCENT JENKINS, | ) | **FOR SUPPRESSION** |
|  | ) | |
| Defendant. | ) | |

TO:
    TAMARA B. THOMSON,
    ASSISTANT UNITED STATES ATTORNEY
    NORTHERN DISTRICT OF NEW YORK

    JOSEPH VINCENT JENKINS, by and through his counsel, Aaron M. Goldsmith, brings this motion to:

    1) Suppress evidence seized from his computers and thumb drives on May 24, 2009; or in the alternative, for hearings to be held to determine the admissibility of such evidence; and for such other and further relief as this Court deems just and proper.

    Mr. Jenkins also brings this motion pursuant to the Fourth Amendment of the United States Constitution, all other applicable statutes, case law and local rules. This motion is based on the attached Affidavit of Mr. Jenkins, statement of facts and memorandum of points and authorities.

                                                Respectfully submitted,

Dated: November 6, 2013
       New York, NY                      AARON M. GOLDSMITH, ESQ.
                                                   Attorney for Mr. Jenkins