

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*     *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*                *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

November 15, 2013

Hon. Glenn T. Suddaby
U.S. District Judge
James Hanley Federal Building
100 South Clinton Street
Syracuse, NY 13261

Re:   *United States v. Joseph Jenkins*
      Criminal Action No.: 11-CR-602 (GTS)

Dear Judge Suddaby:

    Please allow this letter to serve as the government's request to withdraw it's motion for reciprocal discovery filed on October 10, 2013. *See* Govt. Motion, Dkt. 110. Attorney Aaron Goldsmith turned over the Canadian transcripts requested by the government and assured the government that there was no additional discovery disclosures to be made at this time.

                                                    Truly,

                                                   /s/_____
                                                 Tamara B. Thomson
                                                 Assistant United States Attorney
                                                 Bar Roll #515310

cc:   Defense counsel, via ECF