LAW OFFICE OF
# AARON M. GOLDSMITH
A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Tel.) – (212) 566-6212
(Fax) - (212) 566-8165
*www.aarongoldsmithlaw.com*

★ Admitted in NY and CT

January 12, 2014

***Via ECF and Overnight Mail***
US DISTRICT COURT, NDNY
Hon. Glen T. Suddaby, USDJ
100 S. Clinton St.
Syracuse, NY 13261

Re:  United States v Jenkins
     Docket No.: 11 CR 605(GTS)

Dear Honorable Sir:

As the Court is aware, I am the attorney-of-record for Defendant JOSEPH JENKINS in the above-referenced matter. Please accept this correspondence as a request to have Defendant moved prior to trial and adjourn the trial for one (1) day from February 3, 2014 to February 4, 2014.

1. Mr. Jenkins has been moved from Cayuga County Corrections to Tioga County Corrections in Owego, NY. The Tioga facility is over seventy (70) miles from the Courthouse. The amount of travel time back and forth will prevent Counsel from meeting with Mr. Jenkins during the trial and thus negatively impact my ability to adequately and properly represent Defendant at trial. Accordingly, it is respectfully requested that the Court make a recommendation to the US Marshal to move Mr. Jenkins closer to Syracuse for the trial.

2. Trial is scheduled to commence Monday, February 3, 2014. I have a personal commitment Sunday, February 2, 2014. I am concerned that traveling the afternoon/evening of the eve of trial may be impacted by winter weather. I believe the extra day will ensure that there are no delays related to travel and weather. I have discussed the scheduling with the Government and the parties do not feel that a one (1) day adjournment will significantly impact the duration of the trial.

I have discussed both applications with AUSA Tamara Thomson, and the Government does not oppose either request.

Defense Counsel believes that both applications are in the interest of Justice and balance the needs of the Court and Public with the protections afforded the Defendant.

Thank you for your time and consideration. Should the Court have any further questions, concerns or directives, please feel free to contact the undersigned.

                                            Respectfully submitted,

                                            Aaron M. Goldsmith

cc:   Tamara Thomson, AUSA
       *via ECF and email*