UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*******************************
**UNITED STATES OF AMERICA**

                                                      **Criminal Action No.**

               **v.**                                      **11-CR-602 (GTS)**

**JOSEPH JENKINS**,
                **Defendant.**
***********************************

## SPECIAL VERDICT FORM

We, the jury in the above-entitled case, find as follows concerning the forfeiture of property in this case:

Instruction:  Answer "Yes" or "No" in the spaces below.  If the Government has met its burden of proof, answer "Yes"; otherwise, answer "No".

Question 1:

Did the Government prove by a preponderance of the evidence that the **Toshiba laptop, serial number 78175808W**, was used or intended to be used to commit or to promote the commission of the offenses charged in Counts 1 and 2 of the Indictment?

ANSWER _____

DATE: _____                      _____
                                                             PRESIDING JUROR

Question 2:

      Did the Government prove by a preponderance of the evidence that the **PNY Attache 8GB USB Thumb Drive** was used or intended to be used to commit or to promote the commission of the offenses charged in Counts 1 and 2 of the Indictment?

ANSWER _____

DATE: _____        _____
                                                              PRESIDING JUROR

Question 3:

      Did the Government prove by a preponderance of the evidence that the **PNY Attache 4GB USB Thumb Drive** was used or intended to be used to commit or to promote the commission of the offenses charged in Counts 1 and 2 of the Indictment?

ANSWER _____

DATE: _____        _____
                                                              PRESIDING JUROR