UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: January 13, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| G1 | | | | Map |
| G2A | | | | Photo of Border |
| G2B | | | | Photo of Border |
| G2C | | | | Photo of Border |
| | | | | |
| G3 | | | | Toshiba Laptop |
| G3A | | | | Graphic Image of the Defendant |
| G3B | | | | Screen shot |
| G3C | | | | CD of Graphic Files |
| G3D | | | | Graphic Image |
| G3E | | | | Graphic Image |
| G3F | | | | Graphic Image |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

### *UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: January 13, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| G3G | | | | Graphic Image |
| G3H | | | | CD of 3 Multimedia Files Found in New Folder 2 |
| | | | | |
| G4 | | | | PNY Attache 8GB |
| G4A | | | | CD of Graphic Images |
| G4B | | | | Graphic Image |
| G4C | | | | Graphic Image |
| G4D | | | | Graphic Image |
| G4E | | | | CD of Multimedia Files |
| | | | | |
| G5 | | | | PNY Attache 4GB |
| G5A | | | | CD of Graphic Images |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: January 13, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| G5B | | | | Graphic Image |
| G5C | | | | Graphic Image |
| G5D | | | | Graphic Image |
| G5E | | | | CD of Multimedia File |
| | | | | |
| G6 | | | | PNY Attache 2GB |
| G7 | | | | Compaq Laptop Computer |
| G8 | | | | Olympus Digital Camera |
| G9 | | | | Motorola Cellphone |
| G10 | | | | CD of Jail Call |
| G11 | | | | DMV Abstract of Vehicle Registration Record |