## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**UNITED STATES OF AMERICA,**

                                  **Criminal Action No.**
        **v.**                           **11-CR-602 (GTS)**

**JOSEPH VINCENT JENKINS,**

             **Defendant.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the **GOVERNMENT'S**

**EXHIBIT LIST** with the Clerk of the District Court using the CM/ECF system, which sent

notification of such filing to the following CM/ECF participant:

        Aaron Goldsmith, Esq.

                                      /s/
                                      Rose Tivnan
                                      Legal Assistant