IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,　　　　　　　Criminal Action No.
　　　　　　　　　　　　　　　　　　　　1:11-CR-602 (GTS)
　　　　v.

JOSEPH JENKINS,

　　　　　　　　　Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES' VERDICT FORM


Dated:　January 13, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　RICHARD S. HARTUNIAN
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　By:　*/s/ Tamara B. Thomson*
　　　　　　　　　　　　　　　　　　　　Tamara B. Thomson
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Bar Roll No. 515310

　　　　　　　　　　　　　　　　　　　　*/s/ Gwendolyn E. Carroll*
　　　　　　　　　　　　　　　　　　　　Gwendolyn E. Carroll
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Bar Roll No. 515777

We, the jury, unanimously find as follows:

**COUNT 1**
18 U.S.C. § 2252A(a)(1) and 2256(8)(A)
[Transportation of Child Pornography]

_____          _____
Guilty          Not Guilty

**COUNT 2**
18 U.S.C. § 2252A(a)(5)(B) and 2256(8)(A)
[Possession of Child Pornography]

_____          _____
Guilty          Not Guilty

**SIGN AND DATE THE VERDICT SHEET AND REPORT YOUR VERDICT TO THE MARSHAL.**

So say we all,

_____          Dated: _____
Foreperson