IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**UNITED STATES OF AMERICA,**

                      **Criminal Action No.**
      v.                      **11-CR-602 (GTS)**

**JOSEPH VINCENT JENKINS,**

              **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the **GOVERNMENT'S TRIAL BRIEF** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF participant:

    Aaron Goldsmith, Esq.

                                            /s/
                                            Rose Tivnan
                                            Legal Assistant