UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X
United States of America,

       Docket No.: **11 CR 602 (GTS)**

    -against-

       **DEFENDANT'S**
JOSEPH VINCENT JENKINS,       **EXHIBIT LIST**

       Defendant.
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

Dated: January 13, 2014       Respectfully submitted,

       Law Office of
       AARON M. GOLDSMITH, PC
       Attorneys for Defendant

       _____/s/_____
       By: Aaron M. Goldsmith, Esq.
       Bar Roll No.: 519101
       225 Broadway, Sutie 715
       New York, NY 10007
       (914) 588-2679
       aarongoldsmithlaw@gmail.com

TO:  US DISTRICT COURT, NDNY
     Hon. Glen T. Suddaby, USDJ
     100 S. Clinton Street
     Syracuse, NY 13261
     *Via ECF*

     US ATTORNEY, NDNY
     Attn.:  Tamara B. Thomson, AUSA   (Bar Roll No.:515310)
           Gwendolyn E. Carroll, AUSA (Bar Roll No.:515777)
     100 S. Clinton Street
     Syracuse, NY 13261
     *Via ECF and email*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
United States of America,

                                                                Docket No.: **11 CR 602 (GTS)**

   -against-

JOSEPH VINCENT JENKINS,                   **DEFENSE EXHIBIT LIST**

       Defendant.
-------------------------------------------------------X

     Defendant JOSEPH VINCENT JENKINS, by and through Counsel, submits the following as a list of Exhibits he intends to introduce at trial:

     At this time, Defendant does not seek to introduce any Exhibits. However, Defendant JOSEPH VINCENT JENKINS hereby reserves the right to amend and/or supplement this list up to and including the time of trial.

Dated: January 13, 2014
        New York, NY                                     _____/s/_____
                                                                              Aaron M. Goldsmith (Bar Roll No:519101)
                                                                              Attorney for Defendant JENKINS

## CERTIFICATION OF SERVICE

AARON M. GOLDSMITH, an attorney duly admitted to practice law before the Courts of the United States, Northern District of New York, affirms the following under penalty of perjury:

That I am attorney for Defendant JOSEPH VINCENT JENKINS in the above-entitled action; that I am not a party to this action; and that on the 13th day of January, 2014, I served the annexed EXHIBIT LIST, by ECF and electronic means, to the following:

US ATTORNEY, NDNY
Attn.:  Tamara B. Thomson, AUSA   (Bar Roll No.:515310)
        Gwendolyn E. Carroll, AUSA (Bar Roll No.:515777)
100 S. Clinton Street
Syracuse, NY 13261

AND that I further filed the annexed document, electronically.

This being the address of record within the State of New York, listed for service of the parties to the within action.

Dated:  New York, NY
        January 13, 2014

_____/s/_____
Aaron M. Goldsmith, Esq.
Bar Roll No.: 519101