# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

United States of America,

       -against-

JOSEPH VINCENT JENKINS,

          Defendant.

-------------------------------------------------------X

Docket No.: **11 CR 602 (GTS)**


**DEFENDANT'S PROPOSED
VERDICT  and
<u>SPECIAL VERDICT FORMS</u>**


Dated: January 13, 2014

Respectfully submitted,

Law Office of
AARON M. GOLDSMITH, PC
Attorneys for Defendant


_____/s/_____

By: Aaron M. Goldsmith, Esq.
Bar Roll No.: 519101
225 Broadway, Sutie 715
New York, NY 10007
(914) 588-2679
aarongoldsmithlaw@gmail.com


TO:   US DISTRICT COURT, NDNY
       Hon. Glen T. Suddaby, USDJ
       100 S. Clinton Street
       Syracuse, NY 13261
       *Via ECF*

       US ATTORNEY, NDNY
       Attn.:  Tamara B. Thomson, AUSA  (Bar Roll No.:515310)
              Gwendolyn E. Carroll, AUSA (Bar Roll No.:515777)
       100 S. Clinton Street
       Syracuse, NY 13261
       *Via ECF and email*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

United States of America,

                                Docket No.: **11 CR 602 (GTS)**

     -against-


JOSEPH VINCENT JENKINS,                        **<u>VERDICT FORM</u>**

           Defendant.

-------------------------------------------------------X

       WE, THE JURY IN THE ABOVE-CAPTIONED MATTER, UNANIMOUSLY FIND AS FOLLOWS:


**<u>COUNT  I</u>**                                    **<u>COUNT  I</u>**

"Transportation of Child Pornography"

18 USC §§2252A(a)(1) and 2256(8)(A)        ----------     ------------

                                          Not Guilty     Guilty


**<u>COUNT  II</u>**                                  **<u>COUNT  II</u>**

"Possession of Child Pornography"

18 USC §§2252A(5)(B) and 2256(8)(A)        ----------     ------------

                                          Not Guilty     Guilty


**SIGN AND DATE THE VERDICT SHEET AND REPORT YOUR VERDICT TO THE MARSHAL**.


SO SAY WE ALL,


_____      Dated:_____

Foreperson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

United States of America,

                                               Docket No.: **11 CR 602 (GTS)**

      -against-

JOSEPH VINCENT JENKINS,                        **<u>SPECIAL VERDICT FORM</u>**

             Defendant.

-------------------------------------------------------X


WE, THE JURY IN THE ABOVE-CAPTIONED MATTER, UNANIMOUSLY FIND AS FOLLOWS, CONCERNING THE FORFEITURE OF PROPERTY IN THIS CASE:


      **<u>Instruction</u>**:  If you have found the Defendant "GUILTY" of any offense charged, answer "YES" or "NO" in the spaces provided below.  If the Government has met its Burden of Proof, answer "YES;" if not, answer "NO."


*-intentionally blank-*
*Please turn to next page.*

UNITED STATES v JOSEPH VINCENT JENKINS                    11 CR 602 (GTS)

 

**Question 1:**  Did the Government prove by a preponderance of the evidence that the **Toshiba Laptop, serial number 78175808W**, was used or intended to be used to commit or to promote the commission of the offenses charged in Counts I and II of the Indictment?

Answer  _____

_____          Dated: _____
Foreperson

**Question 2:**  Did the Government prove by a preponderance of the evidence that the **PNY Attache  8G USB "Flash Drive,"** was used or intended to be used to commit or to promote the commission of the offenses charged in Counts I and II of the Indictment?

Answer  _____

_____          Dated: _____
Foreperson

**Question 3:**  Did the Government prove by a preponderance of the evidence that the **PNY Attache 4G  USB "Flash Drive,"** was used or intended to be used to commit or to promote the commission of the offenses charged in Counts I and II of the Indictment?

Answer  _____

_____          Dated: _____
Foreperson

## CERTIFICATION OF SERVICE

AARON M. GOLDSMITH, an attorney duly admitted to practice law before the Courts of the United States, Northern District of New York, affirms the following under penalty of perjury:

That I am attorney for Defendant JOSEPH VINCENT JENKINS in the above-entitled action; that I am not a party to this action; and that on the 13th day of January, 2014, I served the annexed PROPOSED VERDICT and SPECIAL VERDICT FORMS, by ECF and electronic means, to the following:

US ATTORNEY, NDNY
Attn.:  Tamara B. Thomson, AUSA  (Bar Roll No.:515310)
        Gwendolyn E. Carroll, AUSA (Bar Roll No.:515777)
100 S. Clinton Street
Syracuse, NY 13261

AND that I further filed the annexed document, electronically.

This being the address of record within the State of New York, listed for service of the parties to the within action.

Dated:  New York, NY
        January 13, 2014

_____/s/_____
Aaron M. Goldsmith, Esq.
Bar Roll No.: 519101