LAW OFFICE OF
# AARON M. GOLDSMITH
A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Tel.) – (212) 566-6212
(Fax) - (212) 566-8165
www.aarongoldsmithlaw.com

★ Admitted in NY and CT

January 15, 2014

**Via ECF**
US DISTRICT COURT, NDNY
Hon. Glen T. Suddaby, USDJ
100 S. Clinton St.
Syracuse, NY 13261

         Re: <u>United States v Jenkins</u>
            Docket No.: 11 CR 605(GTS)

Dear Honorable Sir:

  As the Court is aware, I am the attorney-of-record for Defendant JOSEPH JENKINS in the above-referenced matter.  Please accept this correspondence as a request to appear at the January 21, 2014 Pre-Trial Conference telephonically, in accordance with the Court's scheduling Order issued earlier today.

  Should the Court grant this request, Counsel will contact Chambers to coordinate appearance by telephone.

  Thank you for your time and consideration.  Should the Court have any further questions, concerns or directives, please feel free to contact the undersigned.

           Respectfully submitted,


           s/Aaron M. Goldsmith

cc: Tamara Thomson, AUSA
   ***via ECF***