LAW OFFICE OF
# AARON M. GOLDSMITH
A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Tel.) – (212) 566-6212
(Fax) - (212) 566-8165
*www.aarongoldsmithlaw.com*

★ Admitted in NY and CT

January 20, 2014

*Via ECF*
US DISTRICT COURT, NDNY
Hon. Glen T. Suddaby, USDJ
100 S. Clinton St.
Syracuse, NY 13261

          Re:  United States v Jenkins
                Docket No.: 11 CR 602(GTS)

Dear Honorable Sir:

    As the Court is aware, I am the attorney-of-record for Defendant JOSEPH JENKINS in the above-referenced matter. Please accept this correspondence as a request to issue a subpoena for Steven J. Edgley, Mr. Jenkins' attorney in Canada.

    Upon further conversations with Mr. Jenkins, Counsel feels that Mr. Edgley may have testimony appropriate to rebut arguments of the Government that Mr. Jenkins willfully evaded prosecution in Canada. Attached is a proposed subpoena for the Court's review. In furtherance thereof, I wish to also amend Defendant Jenkins' Witness List to include Mr. Edgley's name if the Court so-Orders the subpoena.

    Thank you for your time and consideration. Should the Court have any further questions, concerns or directives, please feel free to contact the undersigned.

                              Respectfully submitted,

                              Aaron M. Goldsmith

cc:  Tamara Thomson, AUSA
     *via ECF*

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YOR

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSEPH VINCENT JENKINS | ) | Case No.  11 CR 602 (GTS) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  STEVEN J. EDGLEY, Barrister & Solicitor
9 Broad Street, Suite 206
Brockville, Ontario CA  K6V 6Z4
steven.edgley@on.aibn.com

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | US DISTRICT COURT NDNY<br>100 S. Clinton St.<br>Syracuse, NY 13261 | Courtroom No.: | Hon. Glen T. Suddaby, USDJ |
|---|---|---|---|
| | | Date and Time: | 02/06/2014 0:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
Letters and correspondence addressed to JOSEPH VINCENT JENKINS regarding your representation of him in a matter before the Brockville, Ontario Courts.

(SEAL)

Date:  _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  JOSEPH V. JENKINS
_____ , who requests this subpoena, are:

AARON M. GOLDSMITH, ESQ.
225 Broadway, Suite 715
New York, NY 10007
(914) 588-2679
aarongoldsmithlaw@gmail.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   11 CR 602 (GTS)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: