# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: February 2, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1A | | | | Map |
| 1B | | | | Photo of Border |
| 1C | | | | Photo of Border |
| 1D | | | | Photo of Border |
| 1E | | | | Photo of Border |
| 2A | | | | E-67 |
| 2B | | | | Passport |
| 2C | | | | Application for Admission |
| 2D | | | | Photo of Joseph Jenkins |
| 3A | | | | Toshiba Laptop |
| 3B | | | | Screenshots of Toshiba, pages 1-25 |
| 3C | | | | CD of Graphic Files - Toshiba |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.:  11-CR-602

DATE:  February 2, 2014

PRESIDING JUDGE:  Hon. Glenn T. Suddaby

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 3D | | | | Graphic Image - Toshiba |
| 3E | | | | Graphic Image - Toshiba |
| 3F | | | | Graphic Image - Toshiba |
| 3G | | | | CD of Multimedia Files - Toshiba |
| 3H | | | | CD of 3 Videos - Toshiba |
| 3I | | | | User Activity on January 19, 2009, pages 1-2 |
| 3J | | | | User Activity on January 20, 2009, pages 1-3 |
| 3K | | | | User Activity on January 24, 2009, pages 1-4 |
| 3L | | | | User Activity on February 22, 2009, pages 1-5 |
| 3M | | | | User Activity on March 2, 2009, pages 1-3 |
| 3N | | | | User Activity on May 22, 2009, pages 1-7 |
| 4A | | | | PNY 8GB Thumb Drive |

Page 3 of 5

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: February 2, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 4B | | | | CD of Graphic Images from 8GB and 4GB Thumb Drive |
| 4C | | | | CD of Multimedia Images from 8GB and 4GB Thumb Drive |
| 4D | | | | Graphic Image – 8GB |
| 4E | | | | Graphic Image – 8GB |
| 4F | | | | Graphic Image – 8GB |
| 4G | | | | CD with 3 Multimedia Files from 8GB Thumb Drive |
| 5A | | | | PNY Attache 4GB Thumb Drive |
| 5B | | | | Graphic Image – 4GB |
| 5C | | | | Graphic Image – 4GB |
| 5D | | | | Graphic Image - GB |
| 5E | | | | CD of Multimedia Files – 4GB |
| 5F | | | | Text Document – 4GB |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602
DATE: February 2, 2014
PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 5G | | | | Webpage – 4GB |
| | | | | |
| 6 | | | | PNY 2GB Thumb Drive |
| 7 | | | | Compaq Laptop |
| 8 | | | | Olympus Camera |
| 9 | | | | Motorola Cellphone |
| 10A | | | | CD of Jail Call – March 6, 2012 |
| 10B | | | | Transcript of jail call |
| 11 | | | | DMV Abstract of Vehicle Registration |
| 12 | | | | Homeland Security Custody Receipt |
| 13 | | | | Ontario Provincial Police Property Report |
| 14 | | | | Hash Value Chart, pages 1-2 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: February 2, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 15 | | | | Hard Drive from Forensic Examination |
| 16 | | | | Bench Warrant – October 18, 2010 |