## JURY TRIAL CALENDAR
### Hon. Glenn T. Suddaby, Presiding

**Date:** Monday, February 3, 2014
**Location:** Syracuse, NY
**Clerk:** Lori Welch
**Court Reporter:** Jodi Hibbard
**Law Clerks**: MGL/CAS

**Case Name:** U.S. vs. Joseph Vincent Jenkins
**Case Number:** 5:11-cr-602

**Appearances:** Tamara Thomson, AUSA
Gwendolyn Carroll, AUSA
Aaron Goldsmith, Esq. for Defendant

## Jury Trial - Day 1

9:02 a.m.   Court in session without jury panel.  Def. moves to preclude evidence in this trial due to pending criminal trial in Canada. Motion denied.

AUSA advises that a criminal complaint has been filed against Defendant for perjury regarding financial affidavit qualifying defendant for CJA counsel and that Defendant will need to be arraigned on the complaint before a Magistrate some time this week.

AUSA advises that Witness Roy Shephard had a family emergency and that he is unavailable to travel due to wife's injury and requests that video testimony be taken.  Defendant objects.  AUSA to file motion regarding same.

9:12 a.m.   Court in recess.

9:38 a.m.   Court resumes with jury panel present.  Judge Suddaby makes introductory remarks.  Jury panel is sworn and twelve jurors are seated in jury box.  Judge conducts Round 1 of voir dire examination of prospective jurors.

11:07 a.m.  Judge meets at sidebar with counsel.  Counsel makes additional requests for voir dire.  Government and defense counsel exercise challenges for cause.

11:15 a.m.  Judge asks follow up question to potential jurors pursuant to defense counsel's request.

| | |
|---|---|
| 11:20 a.m. | Government and Defense counsel exercise challenges for cause and peremptory challenges. Three jurors excused for cause and five jurors excused via peremptory challenges. |
| 11:25 a.m. | Judge Suddaby conducts Round 2 of voir dire examination of prospective jurors. |
| 12:13 p.m. | Judge meets at sidebar with counsel.  Counsel makes additional requests for voir dire. |
| 12:18 p.m. | Government and Defense counsel exercise challenges for cause and peremptory challenges. Six members of the jury panel excused.  Six new panel members replaced in jury box. |
| 12:29 p.m. | Court in recess. |
| 1:33 p.m. | Court Resumes.   Judge Suddaby conducts Round 3 of voir dire examination of prospective jurors. |
| 2:21 p.m. | Government and Defense counsel exercise challenges for cause and peremptory challenges.  Four jurors are excused. |
| 2:31 p.m. | Judge Suddaby conducts Round 4 of voir dire examination of prospective jurors. |
| 2:55 p.m. | Government and Defense counsel have no challenges for cause.  Both sides are out of peremptory challenges. |
| 3:00 p.m. | Two potential alternate jurors seated.  Judge Suddaby continues Round 4 of voir dire examination of prospective jurors to choose alternate jurors. |
| 3:15 p.m. | Government and Defense counsel exercise challenges for cause and peremptory challenges.   No jurors excused. |
| 3:24 p.m. | Jury is selected and sworn.  Judge admonishes jurors and gives warnings. |
| 3:28 p.m. | Court in recess. |
| 3:42 p.m. | Court resumes.  Judge gives preliminary charges to the jury. |
| 4:06 p.m. | Opening statement by Ms. Thomson. |
| 4:28 p.m. | Opening statement by Mr. Goldsmith. |
| 4:38 p.m. | Jury is excused for the day. |
| 4:40 p.m. | Court in recess until 9:00 a.m. on February 4, 2014. |