JURY TRIAL CALENDAR
Hon. Glenn T. Suddaby, Presiding

**Date:** Tuesday, February 4, 2014
**Location:** Syracuse, NY
**Clerk:** Lori Welch
**Court Reporter:** Jodi Hibbard
**Law Clerks**: MGL/CAS

**Case Name:** U.S. vs. Joseph Vincent Jenkins
**Case Number:** 5:11-cr-602

**Appearances:** Tamara Thomson, AUSA
Gwendolyn Carroll, AUSA
Aaron Goldsmith, Esq. for Defendant

## Jury Trial - Day 2

9:01 a.m.   Court in session without jury panel. Discussion held with regard to Defendant's prior criminal history and Exhibit 2C.

9:05 a.m.   Jury returns to Courtroom. Government Witness #1 - **PEDRO SOUSA-DIAS** - direct examination by Ms. Thomson.

9:29 a.m.   Cross-examination of PEDRO SOUSA-DIAS by Mr. Goldsmith.

9:33 a.m.   Government Witness #2 - **MELANY BOYD -** direct examination by Ms. Thomson.

9:58 a.m.   Cross-examination of MELANY BOYD by Mr. Goldsmith.

10:09 a.m.   Re-direct examination of MELANY BOYD by Ms. Thomson.

10:10 a.m.   Government's witness #3 - **TRISTAN M. GARRAH** - direct examination by Ms. Carroll.

10:36 a.m.   Jury exits courtroom. Judge discusses with counsel appropriate manner to display video.

10:37 a.m.   Court in recess.

10:51 a.m.   Court resumes. Continued direct examination of TRISTAN M. GARRAH by Ms. Carroll.

10:47 a.m.   Cross-examination of TRISTAN M. GARRAH by Mr. Goldsmith.

| | |
|---|---|
| 11:18 a.m. | Re-direct examination of TRISTAN M. GARRAH by Ms. Carroll. |
| 11:19 a.m. | Government's Witness #4 - **GLEN HACHE** - direct examination by Ms. Carroll. |
| 11:27 a.m. | Cross-examination of GLEN HACHE by Mr. Goldsmith. |
| 11:37 a.m. | Government's Witness #5 - **JARRET JOHNSTON -** direct examination by Ms. Carroll. |
| 11:49 a.m. | Cross examination of JARRET JOHNSTON by Mr. Goldsmith. |
| 11:58 a.m. | Re-direct examination of JARRET JOHNSON by Ms. Carroll. |
| 11:59 a.m. | Court in recess. |
| 1:00 p.m. | Court resumes. Government's Witness #6 - **MARIE-JOSEE VINETTE** - direct examination by Ms. Carroll. |
| 1:21 p.m. | Cross-examination of MARIE-JOSEE VINETTE by Mr. Goldsmith. |
| 1:29 p.m. | Re-direct examination of MARIE-JOSEE VINETTE by Ms. Carroll. |
| 1:30 p.m. | Government's witness #7 - **LAURIE SHERIDAN -** direct examination by Ms. Carroll. |
| 1:33 p.m. | Government's witness #8 - **JEFF OLEAR** - direct examination by Ms. Thomson. |
| 1:36 p.m. | Cross-examination of JEFF OLEAR by Mr. Goldsmith. |
| 1:37 p.m. | Government's witness #9- **MICHEL BOULAY** - direct examination by Ms. Carroll. |
| 1:50 p.m. | Cross-examination OF MICHEL BOULAY by Mr. Goldsmith. |
| 1:55 p.m. | Re-direct examination of MICHEL BOULAY by Ms. Carroll. |
| 1:56 p.m. | Re-cross-examination of MICHEL BOULAY by Mr. Goldsmith. |
| 1:57 p.m. | Government's witness #10 - **PAUL THOMPSON** - direct examination by Ms. Carroll. |
| 2:05 p.m. | Cross-examination of PAUL THOMPSON by Mr. Goldsmith. |
| 2:08 p.m. | Government's witness #11 - **KIP WOHLERT** - direct examination by Ms. Thomson. |

| | |
|---|---|
| 2:34 p.m. | Cross-examination of KIP WOHLERT by Mr. Goldsmith. |
| 2:52 p.m. | Re-direct examination of KIP WOHLERT by Ms. Thomson. |
| 2:55 p.m. | Re-cross examination of KIP WOHLERT by Mr. Goldsmith. |
| 2:56 p.m. | Re-direct examination of KIP WOHLERT by Ms. Thomson. |
| 2:57 p.m. | Court in recess. |
| 3:25 p.m. | Court resumes. Government's Witness #12 - **CHAD WILLARD** - direct examination by Ms. Thomson. |
| 3:40 p.m. | Cross-examination of CHAD WILLARD by Mr. Goldsmith. (Defense exhibit D-1 marked) |
| 3:54 p.m. | Re-direct examination of CHAD WILLARD by Ms. Thomson. |
| 3:56 p.m. | Government's Witness #13 - **BRIAN BRAISTED** - direct examination by Ms. Thomson. |
| 4:38 p.m. | Jury is excused. |
| 4:40 p.m. | Court in recess until 9:00 a.m. on February 5, 2014. |