JURY TRIAL CALENDAR
Hon. Glenn T. Suddaby, Presiding

**Date:** Wednesday, February 5, 2014
**Location:** Syracuse, NY
**Clerk:** Lori Welch
**Court Reporter:** Jodi Hibbard
**Law Clerks**: MGL/CAS

**Case Name:** U.S. vs. Joseph Vincent Jenkins
**Case Number:** 5:11-cr-602

**Appearances:** Tamara Thomson, AUSA
Gwendolyn Carroll, AUSA
Aaron Goldsmith, Esq. for Defendant

## Jury Trial - Day 3

9:09 a.m.   Court in session.  Continued direct examination of Government's Witness #13 - **BRIAN BRAISTED** - by Ms. Thomson.

10:03 a.m.   Jury excused from Courtroom.  Monitors turned off to gallery.  Court in recess.

10:13 a.m.   Court resumes. Jury returns to courtroom.  Continued direct examination of BRIAN BRAISTED by Ms. Thomson.

11:08 a.m.   Jury excused from Courtroom. Monitors turned off to gallery.  Court in recess.

11:11 a.m.   Court resumes. Jury returns to courtroom. Continued direct examination of BRIAN BRAISTED by Ms. Thomson.

11:35 a.m.   Cross-examination of BRIAN BRAISTED by Mr. Goldsmith.

12:18 a.m.   Re-direct examination of BRIAN BRAISTED by Ms. Thomson.

12:23 p.m.   Jury excused from Courtroom.  Remainder of testimony discussed.

12:26 p.m.   Court in recess.

1:35 p.m.   Court resumes.  Government recalls **CHAD WILLARD** - direct examination by Ms. Carroll.

1:39 p.m.   Cross-examination of CHAD WILLARD by Mr. Goldsmith.

| | |
|---|---|
| 1:40 p.m. | Government's Witness #14 - **JOSHUA FINDLEY** - direct examination by Ms. Thomson. |
| 1:50 p.m. | Cross-examination of JOSHUA FINDLEY by Mr. Goldsmith. |
| 1:51 p.m. | Re-direct examination of JOSHUA FINDLEY by Ms. Thomson. |
| 1:52 p.m. | Government's Witness #15 - **CHRIS MCCLELLAN** - direct examination by Ms. Thomson. |
| 1:58 p.m. | Government's Witness #16 - **JUSTIN MYERS** - direct examination by Ms. Thomson. |
| 2:02 p.m. | Government's Witness #17 - **MICHAEL J. WOJESKI -** direct examination by Ms. Thomson. |
| 2:14 p.m. | Cross examination of MICHAEL J. WOJESKI by Mr. Goldsmith. |
| 2:16 p.m. | Government rests.  Jury exits courtroom. |
| 2:20 p.m. | Defendant moves to dismiss pursuant to Rule 29.  Motion is denied.  Defendant moves to dismiss Indictment pursuant to extradition treaty with Canada.  Motion is denied. |
| 2:39 p.m. | Court in recess. |
| 2:42 p.m. | Court resumes.  Defendant takes the witness stand outside the presence of the jury. |
| 2:43 p.m. | Jury returns to Courtroom.  Defendant's Witness #1 - **JOSEPH JENKINS** - direct examination by Mr. Goldsmith. |
| 3:36 p.m. | Cross-examination of JOSEPH JENKINS by Ms. Thomson. |
| 4:18 p.m. | Jury is excused for day.  Judge breaks to permit attorneys to review proposed jury charges & verdict sheet. |
| 4:20 p.m. | Court in recess. |
| 4:30 p.m. | Court resumes.  Charge conference with counsel. |
| 4:48 p.m. | Court in recess until 9:00 a.m. on February 6, 2014. |