## JURY TRIAL CALENDAR
### Hon. Glenn T. Suddaby, Presiding

**Date:**            Thursday, February 6, 2014
**Location:**        Syracuse, NY
**Clerk:**           Lori Welch
**Court Reporter:**  Jodi Hibbard
**Law Clerks**:      MGL/CAS

**Case Name:**    U.S. vs. Joseph Vincent Jenkins
**Case Number:**  5:11-cr-602

**Appearances:**  Tamara Thomson, AUSA
                  Gwendolyn Carroll, AUSA
                  Aaron Goldsmith, Esq. for Defendant

### Jury Trial - Day 4

9:07 a.m.    Court in session. Jury returns to Courtroom.  Defense rests.

9:10 a.m.    Government's Rebuttal Witness #1 - **CHAD WILLARD** - direct examination by Ms. Thomson.

9:12 a.m.    Government rests.  Closing argument by Ms. Carroll.

10:01 a.m.   Closing argument by Mr. Goldsmith.

10:27 a.m.   Rebuttal argument by Ms. Carroll.

10:34 a.m.   Court in recess.

10:46 a.m.   Court resumes. Judge reads jury instructions and review special verdict sheet with jury.

11:40 a.m.   Courtroom Security Officers are sworn.  Jury retires for deliberation. Exhibits provided to jurors.

11:44 a.m.   Court in recess.

1:35 p.m.    Court resumes.  Jury returns a verdict of guilty as to Counts 1 and 2 of the Indictment and finds the defendant guilty of transportation of child pornography and possession of child pornography.  Defense counsel requests that jury be polled. Clerk polls jury.

1:39 p.m.    Judge inquires to the Government as to whether it intends to offer witness testimony with regard to forfeiture allegations. Government does intend to produce witness testimony.

| | |
|---|---|
| 1:40 p.m. | With regard to forfeiture allegations, Government's Witness #1 - **CHAD WILLARD** - direct examination by Ms. Carroll. |
| 1:41 p.m. | Cross-examination of CHAD WILLARD by Mr. Goldsmith. |
| 1:42 p.m. | Government rests.  Closing argument by Ms. Carroll. |
| 1:43 p.m. | Defense rests.  Judge reads jury instructions and reviews verdict sheet with jury with regard to forfeiture allegations. |
| 1:50 p.m. | Court in recess. |
| 1:57 p.m. | Court resumes.  Jury returns to courtroom and finds the laptop and thumb drives were used to commit or promote the commission of the offenses charged in the indictment.  Jury polled.  Jury is excused with thanks of the Court. |
| 2:01 p.m. | Clerk is directed to file verdict forms.  Exhibits returned to counsel. |
| | Court orders a Presentence Report from Probation. |
| | Sentencing is set June 17, 2014 at 10:00 a.m. in Syracuse. |
| | Judge advises attorneys of deadlines to file post-trial motions and appeal rights. |
| 2:05 p.m. | Court adjourned. |