UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                                          5:11-CR-0602
                                                                               (GTS)
JOSEPH VINCENT JENKINS,

              Defendant.
_____

# VERDICT FORM

1.  As to Count One, Transportation of Child Pornography, how do you unanimously find the Defendant?

    (X Guilty)          ____ Not Guilty

2.  As to Count Two, Possession of Child Pornography, how do you unanimously find the Defendant?

    (X Guilty)          ____ Not Guilty

FOREPERSON, PLEASE SIGN IN THE SPACE PROVIDED BELOW,
AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.

So say we all,

**Foreperson name redacted**
Foreperson

Dated: 2/6/2014