UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602
DATE: February 2, 2014
PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1A | | | | Map |
| 1B | 2/4/14 | 2/4/14 | Boyd | Photo of Border |
| 1C | 2/4/14 | 2/4/14 | Sousa-Dias | Photo of Border |
| 1D | 2/4/14 | 2/4/14 | Sousa-Dias | Photo of Border |
| 1E | 2/4/14 | 2/4/14 | Boyd | Photo of Border |
| 2A | 2/4/14 | 2/4/14 | Sousa-Dias | E-67 |
| 2B | 2/4/14 | 2/4/14 | Boyd | Passport |
| 2C | 2/4/14 | 2/4/14 | Boyd | Application for Admission |
| 2D | 2/4/14 | 2/4/14 | Boyd | Photo of Joseph Jenkins |
| 3A | 2/4/14 | 2/4/14 | Garrah | Toshiba Laptop |
| 3B | 2/4/14 | 2/4/14-Pg 22 only<br>2/4/14-Full document | Garrah<br>Braisted | Screenshots of Toshiba, pages 1-25 |
| 3C | 2/5/14 | 2/5/14 | Braisted | CD of Graphic Files - Toshiba |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: February 2, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 3D | 2/5/14 | 2/5/14 | Braisted | Graphic Image - Toshiba |
| 3E | 2/5/14 | 2/5/14 | Braisted | Graphic Image - Toshiba |
| 3F | 2/5/14 | 2/5/14 | Braisted | Graphic Image - Toshiba |
| 3G | 2/5/14 | 2/5/14 | Braisted | CD of Multimedia Files - Toshiba |
| 3H | 2/5/14 | 2/5/14 | Braisted | CD of 3 Videos - Toshiba |
| 3I | 2/5/14 | 2/5/14 | Braisted | User Activity on January 19, 2009, pages 1-2 |
| 3J | 2/5/14 | 2/5/14 | Braisted | User Activity on January 20, 2009, pages 1-3 |
| 3K | 2/5/14 | 2/5/14 | Braisted | User Activity on January 24, 2009, pages 1-4 |
| 3L | 2/5/14 | 2/5/14 | Braisted | User Activity on February 22, 2009, pages 1-5 |
| 3M | 2/5/14 | 2/5/14 | Braisted | User Activity on March 2, 2009, pages 1-3 |
| 3N | 2/5/14 | 2/5/14 | Braisted | User Activity on May 22, 2009, pages 1-7 |
| 4A | 2/4/14 | 2/5/14 | Garrah | PNY 8GB Thumb Drive |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: February 2, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 4B | 2/5/14 | 2/5/14 | Braisted | CD of Graphic Images from 8GB and 4GB Thumb Drive |
| 4C | 2/5/14 | 2/5/14 | Braisted | CD of Multimedia Images from 8GB and 4GB Thumb Drive |
| 4D | 2/5/14 | 2/5/14 | Braisted | Graphic Image – 8GB |
| 4E | 2/5/14 | 2/5/14 | Braisted | Graphic Image – 8GB |
| 4F | 2/5/14 | 2/5/14 | Briasted | Graphic Image – 8GB |
| 4G | 2/4/14 | 2/4/14 | Garrah | CD with 3 Multimedia Files from 8GB Thumb Drive |
| 5A | 2/4/14 | 2/5/14 | Garrah | PNY Attache 4GB Thumb Drive |
| 5B | 2/5/14 | 2/5/14 | Braisted | Graphic Image – 4GB |
| 5C | 2/5/14 | 2/5/14 | Braisted | Graphic Image – 4GB |
| 5D | 2/5/14 | 2/5/14 | Braisted | Graphic Image - GB |
| 5E |  |  |  | CD of Multimedia Files – 4GB |
| 5F | 2/5/14 | 2/5/14 | Braisted | Text Document – 4GB |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: February 2, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 5G | 2/5/14 | 2/5/14 | Braisted | Webpage – 4GB |
|  |  |  |  |  |
| 6 | 2/4/14 | 2/4/14 | Garrah | PNY 2GB Thumb Drive |
| 7 | 2/4/14 | 2/5/14 | Garrah | Compaq Laptop |
| 8 | 2/4/14 | 2/5/14 | Garrah | Olympus Camera |
| 9 | 2/4/14 | 2/5/14 | Garrah | Motorola Cellphone |
| 10A | 2/4/14 | 2/5/14 | Willard | CD of Jail Call – March 6, 2012 |
| 10B |  |  |  | Transcript of jail call |
| 11 | 2/4/14 | 2/4/14 | Sheridan | DMV Abstract of Vehicle Registration |
| 12 | 2/4/14 | 2/4/14 | Willard | Homeland Security Custody Receipt |
| 13 | 13a-2/4/14   13-2/5/14   13b-2/4/14 | 13a-2/4/14   13-2/5/14   13b-2/4/14 | Boulay   Willard   Wohlert | Ontario Provincial Police Property Report |
| 14 | 2/5/14 | 2/5/14 | Braisted | Hash Value Chart, pages 1-2 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 11-CR-602

DATE: February 2, 2014

PRESIDING JUDGE: Hon. Glenn T. Suddaby

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 15 | 2/4/14 | 2/4/14 | Braisted | Hard Drive from Forensic Examination |
| 16 | 2/4/14 | 2/4/14 | Vinette | Bench Warrant – October 18, 2010 |
| 17 | | | | |
| 18 | 2/4/14 | 2/4/14 | Garrah | Exhibit Control sheet - dated 5/24/09 |
| 10c | 2/5/14 | | Wojeski | CD with jail recordings |
| 10d | 2/5/14 | | Wojeski | CD with jail recordings |
| 19 | 2/5/14 | | Jenkins | Letter from Attorney Edgely to Defendant |

Dated: 2/6/14    All exhibits returned to counsel: _____