UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                          5:11-CR-0602
                                            (GTS)
JOSEPH VINCENT JENKINS,

       Defendant.

---

## SPECIAL VERDICT FORM

1.  As to the Government's Forfeiture Allegation in the Indictment, has the Government proved, by a preponderance of the evidence, that the **Toshiba laptop, serial number 78175808W**, was used or intended to be used to commit or to promote the commission of the offenses charged in the Indictment?



    Yes (X)          No _____

2.  Has the Government proved, by a preponderance of the evidence, that the **PNY Attache 8GB USB Thumb Drive** was used or intended to be used to commit or to promote the commission of the offenses charged in the Indictment?



    Yes (X)          No _____

3. Has the Government proved, by a preponderance of the evidence, that the **PNY Attache 4GB USB Thumb Drive** was used or intended to be used to commit or to promote the commission of the offenses charged in the Indictment?



Ⓧ Yes    ___ No

**FOREPERSON, PLEASE SIGN IN THE SPACE PROVIDED BELOW, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.**

**So say we all,**

\*\*Foreperson name redacted

**Foreperson**

Dated: 2/6/2014

2