Notice of Appeal

United States district court for the Northern District
of New York

File number 5:11-cr-602

United States ]
        v
Jenkins ]

Notice of appeal



U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**
NOV 1 7 2014
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Notice is hereby given that Joseph V Jenkins defendant
in the above named case, hereby appeals to the (court)
United States Court of Appeals for the Second Circuit
(all) final Judgments, Orders (for restitution, fines, forfietures)
including sentencing related to the above named case
entered in this action on (or about) the day of November 12,
2014.

Oneida County Correctional Facility
6075 Judd Road
Oriskany, New York 13424
        or
4072 Dwyer Lane
Geneva, NY 14456

Joseph V Jenkins
Defendant

11-14-14



From: Jenkins, Joseph (38170)
Oneida-County Correctional Facility
6075 Judd Road
Oriskany, NY 13424

Federal District Court
PO Box 7396
Syracuse NY 13261-7396

132617396996

COUNTY JAIL
INMATE MAIL

SYRACUSE NY 130
14 NOV 2014 PM 3 L

FIRST-CLASS USA
FOREVER

NOV 17 2014