

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   Tel.: (315) 448-0672
*James M. Hanley Federal Building*          Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

November 18, 2014

Honorable Glenn T. Suddaby
United States District Court Judge
James Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

      Re:    *United States v. Joseph Jenkins*
             **Criminal No.: 5:11-CR-602 (GTS)**

Dear Judge Suddaby:

      On June 13, 2014, the Court issued a Preliminary Order of Forfeiture directing forfeiture of the defendant, Joseph Jenkins's, interest, if any, in certain property.

      The United States published notice of the Court's Preliminary Order of Forfeiture on the government's official internet website, www.forfeiture.gov, and the Declaration of said Publication has been filed with the District Court Clerk's Office. The notice advised all potential third parties of their right to petition the Court within sixty (60) days after the first day of publication for a hearing to adjudicate the validity of his or her claimed legal interest in the forfeited properties. The government also gave direct written notice to all known third-party interests, if any. There have been no petitions in response to either form of notice.

      General Order 15 (IV) (C) states: "If no third party files an ancillary claim within the prescribed period of time, the United States Attorney's Office, at sentencing, will provide a letter to the Court advising that (i) no ancillary claims have been filed, (ii) the Preliminary Order of Forfeiture will become final as to the defendant and (ii) no separate Final Order of Forfeiture will be prepared." Consistent with the general order, the government submits that the Preliminary Order of Forfeiture mentioned above will become final as to the defendant and no separate Final Order will be presented.

                                                     Respectfully submitted,

                                                     RICHARD S. HARTUNIAN
                                                     United States Attorney

                By:           /s/
                           Geoffrey J. L. Brown
                           Assistant United States Attorney
                           Bar Roll No. 513495

GJLB/EAC
cc:     Lisa A. Peebles, Esq. *via* ECF