

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*   Tel.: (315) 448-0672
*James M. Hanley Federal Building*          Fax: (315) 448-0658
*Syracuse, New York 13261-7198*

December 15, 2014

Lawrence K. Baerman,
Clerk of the Court
U.S. Courthouse and Federal Building
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

**Re:**   *United States v. Joseph Jenkins*
         **Criminal Case No. 5:11-cr-00602-GTS**

Dear Mr. Baerman:

   I respectfully request the removal of Assistant United States Attorney Geoffrey J. L. Brown from the above-captioned matter. The forfeiture aspect of this case was recently assigned to me, and, as I am already assigned to the criminal aspect of this matter, the filing of a Notice of Appearance would be duplicative in this circumstance.

   I further request the removal of Assistant United States Attorney Gwendolyn E. Carroll from this matter. Ms. Carroll has transferred to the U.S. Attorney's Office for the Eastern District of Missouri, and is no longer representing the Government in this matter.

   Please do not hesitate to contact me should you have any questions.

                              Respectfully submitted,

                              RICHARD S. HARTUNIAN
                              United States Attorney

                    By:       _____/s/_____
                              Tamara B. Thomson
                              Assistant United States Attorney
                              Bar Roll No. 515310

TBT/EAC
cc:   Lisa A. Peebles, *via* ECF