Case 5:14-cr-88

12-28-14

Joseph Jenkins
6075 Judd Rd
Oriskany, NY 13424

District Court - court clerk/reporter
PO Box 7396
Syracuse, NY 13261

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 31 2014
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

To whom it may concern:

As pro se defendant in the above case I request court transcripts from case 5:11-cr-602 for court proceedings on October 6, 2011 to help prepare motions, and for trial.

They are essential to my defense and I need them as soon as possible to prepare. Please send them to the above address.

Sincerely,

Joseph Jenkins



Joseph Jenkuis (26150)
6015 Judd Rd
Criskery, NY 13034

District Court
PO Box 7396
Syracuse, NY 13261