U.S. District Court
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY  13261-7367

Joseph Jenkins
28170
Oneida County Correctional Facility
6075 Judd Road
Oriskany, NY  13424

January 5, 2015

Re:  USA v. Joseph V. Jenkins, 5:11-CR-602

Dear Mr. Jenkins,

I am in receipt of your letter dated 12/28/2014 in which you are requesting the transcript of your detention hearing held on 10/6/2011 in the above-referenced case.

As you are aware, payment must be received before transcripts can be provided.  The estimated cost for this transcript is $58.40.  As in the past, payment should be sent to myself at the address indicated above.

Upon receipt of payment, the transcripts will be produced and delivered as soon as possible.

If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,


Jodi L. Hibbard, RPR, CSR, CRR
Official U.S. Court Reporter
U.S. District Court
Northern District of New York